# UNITED STATES DISTRICT COURT
## Western District of Washington

Trevor Kevin Baylis

**Plaintiff**

vs.

Valve Corporation, also known as, Valve Software

**Defendant(s)**

Case Number: 2:23-cv-01653-RSM

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) Trevor Kevin Baylis declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   ☐ Yes  Total amount of net monthly salary (take home pay) $ _____

   Name and address of employer _____

   ☒ No  Date of last employment 22 Jan 2014  Total amount of last net monthly salary $ 1200

2. If married, is your spouse presently employed?  ☒ Not married

   ☐ Yes  Total amount of spouse's net monthly salary (take home pay) $ _____

   Name and address of employer _____

   ☐ No  Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment                                       $ 0
   b. Income from rent, interest or dividends                                              $ 0
   c. Pensions, annuities or life insurance payments                                       $ 0
   d. Disability, unemployment, workers compensation or public assistance                  $ 0
   e. Gifts or inheritances                                                                $ 0
   f. Money received from child support or alimony                                         $ 0
   g. Describe any other source of income  unemployment/social assistance benefits  $ 1860

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 0     Checking Account $ 100     Savings Account $ 0

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes
☑ No

$

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☑ Yes     two children     $ 600
☐ No

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

| | $ |
|---|---|
| Rent | 825 |
| Food clothing, Bills, Misc | 460 |

8. Provide any other information that will help explain why you cannot pay court fees and costs.

I have been long term unemployed and received social benefits for a number of years.

I declare under penalty of perjury that the foregoing is true and correct.

30th OCT 2023     *Trevor Baylis* (signature)
**Executed on: (Date)**     **Signature of Plaintiff (Required)**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) **Trevor Kevin Baylis**

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

30th OCT 2023     *Trevor Baylis* (signature)
**Executed on: (Date)**     **Signature of Plaintiff (Required)**