# Chris Rodriguez

| | |
|---|---|
| **From:** | Trevor Baylis <trevor.baylis@gmail.com> |
| **Sent:** | Monday, October 30, 2023 5:14 AM |
| **To:** | WAWDdb_NewCasesSea |
| **Subject:** | New case filing Trevor Kevin Baylis v Valve Corporation |
| **Attachments:** | ao440.pdf; IFPApplication.pdf; ProSe1Complaint-CivilCase.pdf; ao121.pdf; js_044.pdf |
| | |
| **Categories:** | Chris |

**CAUTION - EXTERNAL:**

Please see attached for documents related to a new case filing as instructed by ProSeGuidetoFilingYourLawsuitinFederalCourt page 15,

Please see completed attached PDF documents

ao121.pdf
ao440.pdf
IFPApplication.pdf
js_044.pdf
ProSe1Complaint-CivilCase.pdf

I have also sent an application to register for e-filing at (cmecfreg@wawd.uscourts.gov)
and activated a PACER account for future file handling.

If you require anything further then please do not hesitate to ask.


--
Trevor Baylis

https://www.trevbaylis.com/

Tel: Finland +358 (0)41 722 5899

https://twitter.com/TrevyLimited

http://uk.linkedin.com/in/trevityger

Skype name: trevy.limited

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author and do not necessarily represent those of Trevityger Limited. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. Trevityger Limited accept no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.