**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

October 30, 2023

Trevor Kevin Baylis
JANKANRAITTI 10A4
TAMPERE33560

Your civil action <u>Baylis v. Valve Corporation</u> was filed in the U.S. District Clerk's office at Seattle on October 30, 2023.

Your case has been assigned Case Number **2:23–cv–01653–RSM,** and has been assigned to Judge Ricardo S. Martinez, Presiding Judge.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file