Case 2:23-cv-01653-RSM Document 6 Filed 10/30/23 Page 2 of 2
Case 2:23-cv-01653-RSM Document 10 Filed 12/08/23 Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-01653-RSM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* VALVE CORPORATION C/O CORPSERVE, INC.
was received by me on *(date)* 11/14/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JENNIFER ROBERSON, ASST SECRETARY who is designated by law to accept service of process on behalf of *(name of organization)* CORPSERVE, INC. on *(date)* 12/5/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 303.50 for travel and $ _____ for services, for a total of $ 303.50

I declare under penalty of perjury that this information is true.

Date: 12/6/2023

_____
Server's signature

SAMUEL DeJESUS / PRIVATE INVESTIGATOR
Printed name and title

19410 Hwy 99 STE A #331, Lynnwood, WA
Server's address

Additional information regarding attempted service, etc: