The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

No. 2:23-cv-01653-RSM

**[PROPOSED] ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS**

THIS MATTER having come before the Court on Defendant Valve Corporation's ("Valve") Motion to Dismiss, and the Court having considered the pleadings and records on file in the matter, including:

1. Defendant Valve Corporation's Motion to Dismiss;
2. Plaintiff's Response, if any;
3. Defendant's Reply, if any;

and the Court deeming itself otherwise advised in the premises, HEREBY GRANTS the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and/or Fed. R. Civ. P. 8(a).

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2024.

_____
The Honorable Ricardo S. Martinez



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

*Presented by*:

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
By: */s/ Jeremy E. Roller*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

[PROPOSED] ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti. 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 21st day of December, 2023 in Seattle, Washington.

/s/ *Janet C. Fischer*
Janet C. Fischer
Paralegal

[PROPOSED] ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250