The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>                    Plaintiff,<br><br>        v.<br><br>VALVE CORPORATION,<br><br>                    Defendant. | No. 2:23-cv-01653-RSM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION FOR MORE DEFINITE STATEMENT** |

THIS MATTER having come before the Court on Defendant Valve Corporation's ("Valve") Motion for More Definite Statement, and the Court having considered the pleadings and records on file in the matter, including:

1.   Defendant Valve Corporation's Motion for More Definite Statement;

2.   Plaintiff's Response, if any;

3.   Defendant's Reply, if any;

and the Court deeming itself otherwise advised in the premises, HEREBY GRANTS the Motion for More Definite Statement pursuant to Fed. R. Civ. P. 12(e)(6). Plaintiff Baylis is Ordered to file a more definite statement identifying the nature and basis of his claim. Said Amended Complaint shall be formatted in compliance with Fed. R. Civ. P. 10(b).

[PROPOSED] ORDER GRANTING DEFENDANT VALVE
CORPORATION'S MOTION FOR MORE DEFINITE STATEMENT
No. 2:23-cv-01653-RSM – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2024.

_____
The Honorable Ricardo S. Martinez

*Presented by*:

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
By: */s/ Jeremy E. Roller*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

[PROPOSED] ORDER GRANTING DEFENDANT VALVE
CORPORATION'S MOTION FOR MORE DEFINITE STATEMENT
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti. 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 8th day of January, 2024 in Seattle, Washington.

/s/ *Janet C. Fischer*
Janet C. Fischer
Paralegal

[PROPOSED] ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION FOR MORE DEFINITE STATEMENT
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250