The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VALVE CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**PLAINTIFF**<br><br>**TREVOR KEVIN BAYLIS**<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Filed: 12 January 2024 |

**I.    TO THE HONORABLE RICARDO S. MARTINEZ, UNITED STATES DISTRICT COURT JUDGE, DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE:** In support of their Motion, First Amended Complaint ("FAC") Dkt. 15. Trevor Kevin Baylis ("Plaintiff") respectfully requests, pursuant to Fed. R. Evid.201(b)(2), Fed. R. Evid.201(c) to take judicial notice of the following, adjudicative facts, videos, links to documents, records and decisions of the higher courts.

A.    Under Rule 201, facts appropriate for judicial notice are those that are "not subject to reasonable dispute" in that they (2) are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."

Federal rules of evidence 201(b). The court may take judicial notice of its own records and other court cases.

### 1.  LOCATION OF IRON SKY DIRECTOR AND PRODUCERS DURING 2010 -2011

1. **Location Of Timo Vuorensola, Samuli Torssonen and Others Involved In Live Action Filming Of Iron Sky During 2010 - 2011.**

**A.  GERMANY**



1. **Director's Diary: Scheduling**

   Uploaded 5 Nov 2010

   https://youtu.be/AUrbi18HzoY?feature=shared (Accessed 11 Jan 2024)

   "*Working on the shooting schedules with Peter McLennan, my First Assistant Director, and Mika Orasmaa, our Director of Photography.*"



2.     **Iron Sky Signal E17 - First Shootings & Sneak Peek**

Uploaded Nov 18, 2010

https://youtu.be/64v_6ZEIrfA?si=B0cDJrENZl4tweL4 (Accessed 11 Jan 2024)

*"Today we had the first day of Iron Sky shootings, and Iron Sky Signal visits the set."*



3.     **Director's Diary: Camera tests**

Uploaded Nov 11, 2010

https://youtu.be/nl9g-frvWaA?si=4VonjzBm9cfSyZR4 (Accessed 11 Jan 2024)

*"In this directors diary we are on the studio lot, doing camera tests"*



4. **Director's Diary: Big Ass Green Screen**

Uploaded Nov 20, 2010

https://youtu.be/fQo_kjDHi50?si=j8va3oDRSgjq-NMg (Accessed 11 Jan 2024)

*"Director's Diary."*



5. **Iron Sky Signal E19 - Frankfurt Wrap & Fan Investors**

Uploaded Dec 10, 2010

https://youtu.be/YK4jnouMShw?si=ysHF0jxtoX5keCHu (Accessed 11 Jan 2024)

*"In this episode of Iron Sky Signal we see how the second half of the Iron Sky shoot in Germany went, and what did our community investors think about their visit to the set!"*

B.   AUSTRALIA



1.   **Director's Diary: The Longest Journey**

Uploaded Dec 30, 2010

https://youtu.be/-HieTTp4a3s?feature=shared (Accessed 11 Jan 2024)

"*Just because I had a long journey from Winland to Australia,...*"

2.   **Director's Diary: Catch the Wave!**

Uploaded Jan 5, 2011

https://youtu.be/IVBOlSx62Fw?si=_YDi4zp_0GTK40YJ (Accessed 11 Jan 2024)

"*First work day here in Australia, visiting the set department*"



3. **Director's Diary: The first shooting day in Australia**

Uploaded Jan 11, 2011

https://youtu.be/ZgWdlIMnH6M?si=_J20-Yy0dgCvUbIl (Accessed 11 Jan 2024)

*"The first shooting day in Australia, in Brisbane. The unit base was flooded night…"*



4. **Director's Diary: Another day down**

Uploaded Jan 27, 2011

https://youtu.be/1k_kjjZ7O-Y?si=Tq2JWmHJVW13ovrT (Accessed 11 Jan 2024)

*"Not so many days left anymore!"*



5.     **Director's Diary: Subterranean homesick aliens**

Uploaded Feb 1, 2011

https://youtu.be/Eot_6NRA4wM?si=AG0X2BXS_noTFyoH (Accessed 11 Jan 2024)

*"We love Iron Sky. We love Australia…"*



6.     **Director's Diary: The final words**

Uploaded Feb 6, 2011

https://youtu.be/_437tXwuFu4?si=Us7_cBpPATGH2oCX (Accessed 11 Jan 2024)

*"That's it. Iron Sky is being shot."*



7. **Iron Sky Signal E20 - Australia Wrap & The First Promo Trailer**

Uploaded March 28, 2011

https://youtu.be/-nwnVQ0iITA?si=8iHvM8MjKDd6JaNT (Accessed 11 Jan 2024)

*"In this episode of Iron Sky Signal we will give you a glimpse to our shoot in Australia,"*

C. **FRANCE (Cannes Film Festival)**

1. **Director's Diary: Arrived to Cannes**

Uploaded May 11, 2011

https://youtu.be/6gRalDNah04?si=zcsGN0Z2007CpKGS (Accessed 11 Jan 2024)

*"We just arrived to Cannes. Uh. Sorry, bad director's diary..."*



2. **Director's Diary: I'm in Cannes - where are you?**

Uploaded May 13, 2011

https://youtu.be/mTwLnNUW_Mg?si=_EtLn-xKXZqW_Mvm (Accessed 11 Jan 2024)

*"Just a short thank you notice, and few images from the Iron Sky lounge happy hour."*

D. **ITALY (Bari)**

1. **Director's Diary: In Bari**

Uploaded June 17, 2011

https://youtu.be/mBXU6I8DDvA?si=ADDgELt02JHYNR7T (Accessed 11 Jan 2024)

*"I visited Bari, Italy, and did a small seminar at Closing The Gap -seminar,"*

E.  EUROPEAN TOUR



1. **Director's Diary: European Tour, part 1**

Uploaded June 28, 2011

https://youtu.be/mZHiaetMmFI?si=L-pzGkNDrR91fa-Q (Accessed 11 Jan 2024)

*"Packing and getting ready to leave!"* (Berlin)

2. **Director's Diary: European Tour, Part 6**

Uploaded June 30, 2011

https://youtu.be/8sKy7enIO_o?si=ayStf-Rcp0WjTF4U (Accessed 11 Jan 2024)

*"Wasting time before the presentation."* (Potsdam Germany)

3. **Director's Diary: European Tour, part 10**

Uploaded July 4, 2011

https://youtu.be/UtnmOCtBvVg?si=lvFHax0DnOkwtQwX (Accessed 11 Jan 2024)

*"This concludes my European Tour from Helsinki to Riga to Berlin to Potsdam back to Berlin to Prague to Ljubljana to Zürich and finally back to Helsinki"*

F.     NEW YORK USA



     1.     Director's Diary: New York, Day 1

Uploaded August 26, 2011

https://youtu.be/gQDJhbOBcX0?si=8HBxmwDx_yg_VUX9 (Accessed 11 Jan 2024)

*"We made it to New York."*

     2.     Director's Diary: New York, Day 2

Uploaded August 30, 2011

https://youtu.be/sJ3s0KawrWM?si=Q0RPy27ypAXEyBeP (Accessed 11 Jan 2024)

*"Our second day shooting in the greatest city on Earth."*

G.     LOS ANGLES USA

     1.     Director's Diary - Iron Sky According To Udo Kier

Uploaded November 9, 2011

https://youtu.be/A9xXGeJG77Y?si=xULQIgfwtdJB-RbJ (Accessed 11 Jan 2024)

*"Our second day shooting in the greatest city on Earth."*

### 2. SAMULI TORSOSNNEN AND TIMO VUORENSOLA WERE FAMOUS FOR BEING AMATEURS IN FINLAND.

1. Samuli Torssonen and Timo Vuorensola friends making "Fan Films" based on Star Trek IP in Torssonen's mother's house.

#### A. Star Wreck (Fan Films)



##### 1. Star Wreck 2 - The Old Sh*t

Uploaded January 7, 2007

https://youtu.be/zJ6-hPgn-hM?si=L8HmP-t2GI4IrUtW (Accessed 12 Jan 2024)

*"One of the funniest Star Trek parodies ever made. Well, at least it was back in 1994 when it was made. This is the second animation in the Star Wreck series"*



2.     **Star Wreck - Definitive Insideout - a one-hour making of documentary (2006)**

Uploaded December 24, 2016

https://youtu.be/4V3HDzUaldg?si=8eXac9vYJdFPJxCr (Accessed 12 Jan 2024)

*"Star Wreck: In the Pirkinning (2005) production took seven years. This is a one hour documentary of the Finnish SISU on how the film was created..."*



3.     **Star Wreck 6 teaser 1 - from 1999**

Uploaded August 19, 2015

https://youtu.be/fOnkIf0amxE?si=lhdJcP8PHSIYF7De (Accessed 12 Jan 2024)

*"Star Wreck 6:...at the end of 2000. But it took 5 more years to finish the film"*

B.     Iron Sky Production



1.     Iron Sky 3D Workflow Seminar from Assembly 2008

Uploaded August 14, 2008

https://youtu.be/CiLC_59jDUA?feature=shared (Accessed 12 Jan 2024)

"Energia's 3D team talking about the task of creating special effects for Iron Sky."

2.     Iron Sky Signal S02: Episode 5 - Making Of Iron Sky

Uploaded August 24, 2015

https://youtu.be/z89NyGkUf6k?feature=shared (Accessed 12 Jan 2024)

"In this episode of Iron Sky Signal we take a look at the making of the first Iron Sky..."

C.  Wreck-a-movie



1.  Wreckamovie Festival

Uploaded August 28, 2010

https://youtu.be/OnQlNHA95z8?si=ELuvamjRGc-2sxAL (Accessed 12 Jan 2024)

*"Bericht über das Wreckamovie Festival in Jyväskylä, Finnland"*

2.  Wreckamovie (BBC Report)

Uploaded July 9, 2014

https://youtu.be/SrLEDe6ddTU?si=AT5zsotbhpGt2HaN (Accessed 12 Jan 2024)

*"from BBC Click, 22 Feb 2014 little blurb about http://wreckamovie.com, a collaborative film creation website."*

3.         FIRST PUBLICATION IN GERMANY "ORIGIN COUNTRY"

1.      Iron Sky was first published at the Berlin Film Festival on 11th February 2012

A.      Iron Sky Red Carpet Event with cast and 3D animation team.



1.      Iron Sky at the Berlinale: Red Carpet and the Premiere

11 February 2012 at the 62nd Berlin International Film Festival

https://youtu.be/x2SF8eEI22k?feature=shared (Accessed 12 Jan 2024)

*"Join us for the Berlinale premiere of Iron Sky. See Timo ride a classic BMW! Hear the 1700 people cheer! Learn what the cast & crew thought of the whole thing!"*

## II. CONCLUSION

This Request For Judicial Notice is respectively made in support of Plaintiff's Motion, First Amended Complaint, Dkt. 15.

I hereby certify that, to the best of my knowledge, the provided information is true and accurate.

12 January 2024

Trevor Kevin Baylis

*/s/ Trevor Baylis*

Jankanraitti

Tampere 33560, FINLAND

Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 12th January 2024 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Dated: 12th January 2024

*Trevor Baylis* (signature)

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND