The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

        Plaintiff,

v.

VALVE CORPORATION,

        Defendant.

No. 2:23-cv-01653-RSM

**NOTICE OF UNAVAILABILITY**

TO:        Clerk of Court

AND TO:    Counsel of Record

PLEASE TAKE NOTICE that Jonah O. Harrison, counsel for Defendant Valve Corporation, will be absent from his office and unavailable from February 19 – 23, 2024. The undersigned requests that no hearings, discovery or other matters requiring response or attention from him be scheduled until he returns to permit adequate preparation time after his absence. Should this request be ignored or overlooked this Notice of Unavailability also serves as notice of a request for an extension of time and/or continuance.

DATED: January 25, 2024.

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
1218 Third Avenue, Suite 2100
Seattle, WA 98101



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com

*Attorneys for Defendant Valve Corporation*

NOTICE OF UNAVAILABILITY
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 25th day of January, 2024 in Seattle, Washington.

/s/ *Kaila Greenberg*
Kaila Greenberg
Legal Assistant

NOTICE OF UNAVAILABILITY
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250