UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>            Plaintiff,<br><br>    v.<br><br>VALVE CORPORATION,<br><br>            Defendant. | No. 2:23-cv-01653-RSM<br><br>ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION FOR MORE DEFINITE STATEMENT |

This matter comes before the Court on Defendant Valve Corporation ("Valve")'s Motion for More Definite Statement. Dkt. #18. Valve's short Motion brought under Rule 12(e)(6) asks the Court to order Plaintiff to state his cause or causes of action with more specificity and to number the paragraphs of his complaint pursuant to Rule 10(b). Plaintiff Baylis has not filed a timely response brief.

The Court agrees with Valve that although the Amended Complaint mentions various statutes and conventions, its one stated cause of action is styled as a common law claim that only alleges a duty was breached. *See* Dkt. #15 at 42. The cause of action does not identify the source of the alleged duty or even what type of claim it is. This is insufficient under Rule 8(a) and justifies the relief requested.

Having reviewed the Amended Complaint and the remainder of the record, the Court hereby FINDS and ORDERS that Valve's Motion for More Definite Statement, Dkt. #18, is GRANTED. Plaintiff Baylis is to file a more definite statement identifying the nature and basis of his claim within fourteen (14) days. This Second Amended Complaint shall have paragraph numbers and otherwise be in compliance with Fed. R. Civ. P. 10(b).

DATED this 29th day January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE