1

The Honorable Ricardo S. Martinez

2

3

4              UNITED STATES DISTRICT COURT

5            WESTERN DISTRICT OF WASHINGTON

6                      AT SEATTLE

7

8    TREVOR KEVIN BAYLIS,                    Case No. 2:23-cv-01653-RSM

9                    Plaintiff,              **PLAINTIFF**

10        v.                                 **TREVOR KEVIN BAYLIS**

11   VALVE CORPORATION,                      **REQUEST FOR ADMISSION SET 2**

12                   Defendant.              Filed: 13th February 2024

13

14   PROPOUNDING PARTY:        Trevor Kevin Baylis

15   RESPONDING PARTY:         Valve Corporation

16   **REQUEST FOR ADMISSION SET 1**

17   TO ANY DEFENDANT AND COUNSEL OF RECORD:

18

19        Pursuant to Federal Rules of Civil Procedure 36. It is hereby requested and

20   demanded of Defendant "Valve" that Valve make admission of following statements of

21   facts which are of material significance to the case at hand, Baylis v Valve Corporation,

22   in accordance to rule 36  of the Federal Rules of Civil Procedure under which this

23   request is made, to answer the following facts, and that such answers be sworn and filed

24   in the office of the District Court Clerk where this case in pending, and file an answer to

the author of this request in writing, 30 days of serving this request upon Valve. Or else,

each of the matters within this request for admission, shall and must be admitted by

Valve in accordance to rule 36 of the Federal Rules of Civil Procedure.

## 1.    REQUEST FOR ADMISSION TRUTH OF FACTS

Admit that the following facts are true:

**REQUEST FOR ADMISSION NUMBER 1.**

1. Admit that in the case at hand, "Baylis v Valve Corporation", Valve cannot

present any written and signed license or any other written and signed agreement from

Plaintiff "Baylis", either directly or through any Chain of Title documentation that

allows Valve to, store, display, distribute, sell, adapt, license or sub-license any of

Baylis' copyrighted works, or works that he has a joint copyright interest to, such as the

film Iron Sky including his 3D animated sequences and 3D models, including adapted

models, associated with the film Iron Sky, via any means including but not limited to by

Internet transmission, Sale, Streaming or any other Public Performance.

**REQUEST FOR ADMISSION NUMBER 2.**

2.    Valve admit that the film Iron Sky is a "Berne Convention work" that was first

published by consent of all authors to a paying public on 11th February 2012 at the Berlin

Film Festival in Berlin, Germany.

**REQUEST FOR ADMISSION NUMBER 3.**

3.    Valve admit that the "Country of Origin" for the film Iron Sky is Germany

under Berne Convention article 5 (4) (a).

**REQUEST FOR ADMISSION NUMBER 4.**

4.      Valve admit that under the Berne Convention Article 5 (2) there is a "no formalities" rule for the enjoyment and exercise of Baylis' copyrighted works and therefore, Baylis does not need a "court order" or any other formality to seek to protect his copyrighted works in any country that is a signatory of the Berne Convention.

**REQUEST FOR ADMISSION NUMBER 5.**

5.      Valve admit that under the Berne Convention Article 6bis Baylis has the right to claim authorship of his works even in the event of a transfer of economic rights.

**REQUEST FOR ADMISSION NUMBER 7.**

7.      Valve admit that under the Berne Convention Article 15 (1) Baylis is protected by the Berne Convention due to the fact his name appears on the work, the film Iron Sky, as well as in meta data of numerous original 3D files from which the film Iron Sky is derived from, and he can institute infringement proceedings to protect his work related to Iron Sky in all Berne Union nations.

This "Request for Admission Set 2" is made Pursuant to Federal Rules of Civil Procedure 36.

13th February 2024

*Trevor Baylis*

Trevor Kevin Baylis
Jankanraitti, Tampere 33560, FINLAND

Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

PLAINTIFF TREVOR KEVIN BAYLIS REQUEST FOR ADMISSION SET 2                   Page 3
No. 2:23-cv-01653-RSM-

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 13th February 2024 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Dated: 13th February 2024

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND