The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

No. 2:23-cv-01653-RSM

**[PROPOSED] ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**

THIS MATTER comes before the Court on Defendant Valve Corporation's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).  The Court having considered the pleadings and records on file in the matter, including:

    1.    Defendant Valve Corporation's Motion to Dismiss;

    2.    Plaintiff Trevor Kevin Baylis' Response, if any; and

    3.    Defendant's Reply, if any;

and the Court deeming itself otherwise advised in the premises, the Court HEREBY GRANTS the Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  The Court DISMISSES Plaintiff's Third Claim ("Material Misrepresentations Under U.S.C. 17 §512(f) [*sic*]") and

[PROPOSED] ORDER GRANTING VALVE CORPORATION'S MOTION TO DISMISS
No. 2:23-cv-01653-RSM – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

Fourth Claim ("Willful Blindness Under U.S.C. 17 §512 and U.S.C. 17 §106[*sic*]") of Plaintiff's Second Amended Complaint (Dkt. #25).

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2024.

_____
Honorable Tana Lin

*Presented by:*

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

[PROPOSED] ORDER GRANTING VALVE CORPORATION'S MOTION TO DISMISS
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 20th day of February, 2024 in Seattle, Washington.

*/s/ Kaila Greenberg*
Kaila Greenberg
Legal Assistant

[PROPOSED] ORDER GRANTING VALVE
CORPORATION'S MOTION TO DISMISS
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250