The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>VALVE CORPORATION,<br><br>    Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**PLAINTIFF**<br><br>**TREVOR KEVIN BAYLIS**<br><br>**REQUEST FOR ADMISSION SET 3**<br><br>Filed: 8th March 2024 |

PROPOUNDING PARTY:   Trevor Kevin Baylis

RESPONDING PARTY:    Valve Corporation

**REQUEST FOR ADMISSION SET 3**

TO ANY DEFENDANT AND COUNSEL OF RECORD:

    Pursuant to Federal Rules of Civil Procedure 36. It is hereby requested and demanded of Defendant "Valve" that Valve make admission of following statements of facts which are of material significance to the case at hand, Baylis v Valve Corporation, in accordance to rule 36 of the Federal Rules of Civil Procedure under which this request is made, to answer the following facts, and that such answers be sworn and filed in the office of the District Court Clerk where this case in pending, and file an answer to

the author of this request in writing, 30 days of serving this request upon Valve. Or else, each of the matters within this request for admission, shall and must be admitted by Valve in accordance to rule 36 of the Federal Rules of Civil Procedure.

**1.    REQUEST FOR ADMISSION TRUTH OF FACTS**

Admit that the following facts are true:

**REQUEST FOR ADMISSION NUMBER 1.**

1. Admit that in the case at hand, "Baylis v Valve Corporation", Valve requires subscriber game developers known as "Partners" to create a "Steam Account" to be able to publish games via Valve's Steam Online Platform.

**REQUEST FOR ADMISSION NUMBER 2.**

2. Valve admit that Partners are required to create a "Steamworks Account" (A set of tools and services that help game developers to manage their games).

**REQUEST FOR ADMISSION NUMBER 3.**

3. Valve admit that Partners are required to send their uploads and games (store presence and product build) for review via Valve's own review process before they can release their game to the public.

**REQUEST FOR ADMISSION NUMBER 4.**

4. Valve admit that Partners are required to download Steamworks SDK (software development kit) to facilitate the uploading of files to Valve's servers.

**REQUEST FOR ADMISSION NUMBER 5.**

5. Valve admit that Valve receive financial benefits from selling, displaying and

distributing Partners content such via the commissions it charges on all game sales, with the exact commission based on total net sales volume.

**REQUEST FOR ADMISSION NUMBER 6.**

6.      Valve admit that they have the right and practical ability to control activities on their Steam Platform.

**REQUEST FOR ADMISSION NUMBER 7.**

7.      Valve admit that in and around May of 2023 they have prevented the release of "Dolphin", an open-source emulator for the Wii and the GameCube, after and email that Valve received from lawyers representing Nintendo of America" (Jenner & Block LLP) on May 26th claiming a violation of Nintendo' intellectual property rights.

**REQUEST FOR ADMISSION NUMBER 8.**

8.      Valve admit that in resolving the issue raised by Nintendo regarding "Dolphin" that Valve informed Dolphin that, "Due to the IP complaint, we have removed Dolphin Emulator from STEAM unless and until both parties notify us that the dispute is resolved." (Email: 26th May 2023 to Dolphin from Valve DMCA Team. Source: https://www.theverge.com/2023/6/1/23745772/valve-nintendo-dolphin-emulator-steam-emails (Accessed 3/8/2024))

This "Request for Admission Set 3" is made Pursuant to Federal Rules of Civil Procedure 36.

8th March 2024

*Trevor Baylis*

Trevor Kevin Baylis
Jankanraitti, Tampere 33560, FINLAND

Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 8th March 2024 2024 I electronically filed the foregoing document with the United States District Court Western District of Washington at Seattle by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Dated: 8th March 2024

*/s/ Trevor Baylis*

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND