The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>           Plaintiff,<br><br>   v.<br><br>VALVE CORPORATION,<br><br>           Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**PLAINTIFF**<br><br>**TREVOR KEVIN BAYLIS**<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Filed: 15th March 2024 |

**I.**    **TO THE HONORABLE RICARDO S. MARTINEZ, UNITED STATES DISTRICT COURT JUDGE, DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE:** In support of their Motion, Second Amended Complaint ("FAC") Dkt. 25. Trevor Kevin Baylis ("Plaintiff") respectfully requests, pursuant to Fed. R. Evid.201(b)(2), Fed. R. Evid.201(c) to take judicial notice of the following, adjudicative facts, links and records.

A.    Under Rule 201, facts appropriate for judicial notice are those that are "not subject to reasonable dispute" in that they (2) are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."

Federal rules of evidence 201(b). The court may take judicial notice of its own records and other court cases.

    1.    **Iron Sky Film was first published in Germany at the Berlin Film on 11th February 2012.**

**A.**    **Finnish sci-fi movie draws crowds in Berlin**
        **https://yle.fi/a/3-5297773 (accessed 15th March 2024)**

**B.**    **Berlin Film Festival: With 'Iron Sky,' Nazis land on moon**
        **https://www.latimes.com/archives/blogs/24-frames/story/2012-02-15/berlin-film-festival-with-iron-sky-nazis-land-on-moon (accessed 15th March 2024)**

**C.**    **Nazi sci-fi film Iron Sky becomes Berlin talking point**
        **https://www.bbc.com/news/entertainment-arts-17046477 (accessed 15th March 2024)**

**D.**    **Iron Sky Panorama 2012**
        **https://www.berlinale.de/en/2012/programme/20123076.html (accessed 15th March 2024)**

## II. CONCLUSION

This Request For Judicial Notice is respectively made in support of Plaintiff's Motion, Second Amended Complaint, Dkt. 25.

I hereby certify that, to the best of my knowledge, the provided information is true and accurate.

15th March 2024

Trevor Kevin Baylis

*[signature: Trvr Bay]*

Jankanraitti

Tampere 33560, FINLAND

Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 15th March 2024 I electronically filed the foregoing document with the United States District Court Western District of Washington at Seattle by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Dated: 15th March 2024

*Trevor Baylis* (signature)

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND