The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

No. 2:23-cv-01653-RSM

**DEFENDANT VALVE CORPORATION'S RESPONSE TO REQUEST FOR JUDICIAL NOTICE PURSUANT TO ER 201(e)**

In response to plaintiff Baylis' March 15, 2024 request that the Court take judicial notice of certain internet postings (Dkt. #32), Valve objects. Pursuant to ER 201(e), Valve requests that if the court is inclined to consider taking judicial notice, that Valve be given the opportunity to be heard on the propriety of taking judicial notice and the nature of the facts to be noticed.

DATED: March 15, 2024.

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax:   (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

DEFENDANT'S RESPONSE TO REQUEST FOR JUDICIAL NOTICE PURSUANT TO ER 201(e)
No. 2:23-cv-01653-RSM – Page 1



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 15th day of March, 2024 in Seattle, Washington.

*/s/ Janet C. Fischer*
Janet C. Fischer
Paralegal

DEFENDANT'S RESPONSE TO REQUEST FOR JUDICIAL
NOTICE PURSUANT TO ER 201(e)
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250