The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>        Plaintiff,<br><br>    v.<br><br>VALVE CORPORATION,<br><br>        Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**PLAINTIFF**<br><br>**TREVOR KEVIN BAYLIS**<br><br>**REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE UNDER RULE 201** |

Filed: 22th March 2024

1. **INTRODUCTION**

    In their RESPONSE by Defendant Valve Corporation re32 Notice-Other to Request for Judicial Notice Pursuant to ER 201(e) (Dkt. #34) ("Objection") Valve ask the court to be given the opportunity to be heard on the propriety of taking judicial notice and the nature of the facts to be noticed.

2. **ARGUMENT**

    A. **Iron Sky Film was first published in Germany at the Berlin Film Festival on 11th February 2012 and this cannot be reasonably disputed.**

    Under Rule 201, facts appropriate for judicial notice are those that are (1) "not subject to reasonable dispute" in that they (2) are "capable of accurate and ready

1  determination by resort to sources whose accuracy cannot be reasonably questioned."
2  Federal rules of evidence 201(b).
3      Valve's Objection cannot be sustained because the sources provided in the
4  Baylis' Judicial notice are sources whose accuracy cannot be reasonably questioned.
5  Additionally, a judge is unrestricted in researching facts for themselves and whilst
6  Baylis has provided four sources of information relating to the first publication of Iron
7  Sky in Germany at the Berlin Film Festival on 11th February 2012, there are many more
8  sources available which a judge can, by their own discretion seek out, and the unquestionable
9  fact remains that Iron Sky was first published in Germany at the Berlin Film Festival on 11th
10 February 2012, and there is no impropriety for the court in noticing such things as they are
11 facts that relate to the case at hand and not subject to reasonable dispute.
12     **3.    CONCLUSION**
13     This Reply is respectively made in support of Plaintiff's in Support of Request for
14 Judicial Notice under rule 201, Dkt. 32.
15
16 I hereby certify that, to the best of my knowledge, the provided information is true and accurate.
17
18     22nd March 2024
19
20     Trevor Kevin Baylis
21     */s/ Trevor Baylis*
22     Jankanraitti
23     Tampere 33560, FINLAND
24

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 22 March 2024 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Dated: 22nd March 2024

*Trevor Baylis*

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND