The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

TREVOR KEVIN BAYLIS,

                Plaintiff,

    v.

VALVE CORPORATION,

                Defendant.

Case No. 2:23-cv-01653-RSM

**PLAINTIFF**

**TREVOR KEVIN BAYLIS**

**REQUEST FOR ADMISSION SET 5**

Filed: 25th March 2024

PROPOUNDING PARTY:      Trevor Kevin Baylis

RESPONDING PARTY:       Valve Corporation

**REQUEST FOR ADMISSION SET 5**

TO ANY DEFENDANT AND COUNSEL OF RECORD:

      Pursuant to Federal Rules of Civil Procedure 36. It is hereby requested and demanded of Defendant "Valve" that Valve make admission of following statements of facts which are of material significance to the case at hand, Baylis v Valve Corporation, in accordance to rule 36  of the Federal Rules of Civil Procedure under which this request is made, to answer the following facts, and that such answers be sworn and filed in the office of the District Court Clerk where this case in pending, and file an answer to the author of this request in writing, 30 days of serving this request upon Valve. Or else,

each of the matters within this request for admission, shall and must be admitted by

Valve in accordance to rule 36  of the Federal Rules of Civil Procedure.

### 1.    REQUEST FOR ADMISSION TRUTH OF FACTS

Admit that the following facts are true:

**REQUEST FOR ADMISSION NUMBER 1.**

1.    Valve admit that the image below (Fig. 1) is the type of work that any

reasonable person would consider to be copyrighted work.



Fig. 1

**REQUEST FOR ADMISSION NUMBER 2.**

2.    Valve admit that the image below (Fig. 2) is the type of work that any

reasonable person would consider to be copyrighted work.



Fig. 2

1

**REQUEST FOR ADMISSION NUMBER 3.**

3.      Valve admit that the image below (Fig. 3) is the type of work that any

reasonable person would consider to be copyrighted work.



Fig. 3

**REQUEST FOR ADMISSION NUMBER 4.**

4.      Valve admit that the image below (Fig. 4) is the type of work that any

reasonable person would consider to be copyrighted work.



Fig. 4

1

**REQUEST FOR ADMISSION NUMBER 5.**

     5.    Valve admit that the image below (Fig. 5) is the type of work that any reasonable person would consider to be copyrighted work.



Fig. 5

**REQUEST FOR ADMISSION NUMBER 6.**

     6.    Valve admit that the image below (Fig. 6) is the type of work that any reasonable person would consider to be copyrighted work.



Fig. 6

1

2      **REQUEST FOR ADMISSION NUMBER 7.**

3            7.      Valve admit that the image below (Fig. 7) is the type of work that any

4      reasonable person would consider to be copyrighted work.



Fig. 7

17      This "Request for Admission Set 5" is made Pursuant to Federal Rules of Civil Procedure 36.

25th March 2024

Trevor Kevin Baylis
Jankanraitti, Tampere 33560, FINLAND

1

2                     CERTIFICATE OF SERVICE FORM

3                       FOR ELECTRONIC FILINGS

4    I hereby certify that on 25th March 2024 I electronically filed the foregoing document

5                       with the United States District Court

6                   Western District of Washington at Seattle by using the

7                  CM/ECF system. I certify that the following parties or their counsel of

8                  record are registered as ECF Filers and that they will be served by the

9                              CM/ECF system:

10                  Jeremy E Roller: jroller@aretelaw.com,

11                       jfischer@aretelaw.com,

12                       kgreenberg@aretelaw.com

13

14            Jonah O. Harrison: jharrison@aretelaw.com,

15                       jfischer@aretelaw.com,

16                       kgreenberg@aretelaw.com

17

18            Dated: 25th March 2024

19

20

21            Trevor Kevin Baylis

22            Jankanraitti

23            Tampere 33560, FINLAND

24