The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>    Plaintiff,<br><br>  v.<br><br>VALVE CORPORATION,<br><br>    Defendant. | No. 2:23-cv-01653-RSM<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REFER COPYRIGHT REGISTRATION QUESTIONS TO THE REGISTER OF COPYRIGHTS AND FOR STAY OF PROCEEDINGS** |

THIS MATTER comes before the Court on Defendant Valve Corporation's Motion to Refer Copyright Registration Questions to the Register of Copyrights and for Stay of Proceedings. The Court having considered the pleadings and records on file in the matter, including:

1. Defendant Valve Corporation's Motion to Refer Copyright Registration Questions to the Register of Copyrights and for Stay of Proceedings;

2. Plaintiff Trevor Kevin Baylis' Response, if any; and

3. Defendant's Reply, if any;

and the Court deeming itself otherwise advised in the premises, the Court HEREBY GRANTS the Motion to Refer Copyright Registration Questions to the Register of

[PROPOSED] ORDER GRANTING MOTION TO REFER COPYRIGHT REGISTRATION QUESTIONS TO THE REGISTER OF COPYRIGHTS AND FOR STAY OF PROCEEDINGS
No. 2:23-cv-01653-RSM – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

Copyrights and for Stay of Proceedings. This Court will issue a request to the Register of Copyrights pursuant to 17 U.S.C. § 411(b)(2) to determine whether the inaccurate statements and omissions in Baylis' application, which resulted in Copyright Registration No. PA0002432422, if known, would have caused the Register of Copyrights to refuse registration. This case is stayed pending the referral to the Register.

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2024.

                                                  Honorable Ricardo S. Martinez

*Presented by:*

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

[PROPOSED] ORDER GRANTING MOTION TO REFER COPYRIGHT REGISTRATION QUESTIONS TO THE REGISTER OF COPYRIGHTS AND FOR STAY OF PROCEEDINGS
No. 2:23-cv-01653-RSM – Page 2



**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 3rd day of April, 2024 in Seattle, Washington.

/s/ *Kaila Greenberg*
Kaila Greenberg
Legal Assistant

[PROPOSED] ORDER GRANTING MOTION TO REFER COPYRIGHT REGISTRATION QUESTIONS TO THE REGISTER OF COPYRIGHTS AND FOR STAY OF PROCEEDINGS
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250