# EXHIBIT A

```
Title:              Iron Sky.

Type of Material:  Motion Picture

Registration Number/Date:
                    PA0002432422 / 2023-08-11

Description:       Electronic file (eService)

Copyright Claimant:
                    Trevor Kevin Baylis, 1967-  .

Date of Creation:  2012

Date of Publication:
                    2012-02-11

Authorship on Application:
                    Trevor Kevin Baylis, 1967-  ;
                    Timo Vuorensola,
                    Kelly Myers;
                    Johanna Sinisalo, 1958-  ;
                    Risto Puukko;
                    Sebastian Barquin;
                    Pyry Parkola;
                    Janne Suhonnen;
                    Erkko Huhtam�ki;
                    Luke Whitehorn;
                    Lee Stringer;
                    Mika Orasmaa;

Previous Registration:
                    2008, PAu003472052.

Copyright Note:    Trevor Kevin Baylis, Jankanraitti, Tampere, 33560, Finland,
                       trevor.baylis@gmail.com
                    C.O. correspondence.

===========================================================================
```