# EXHIBIT B

# Iron Sky 2012 and Director's cut edition.

Director Timo Vuorensola
Production company Blind Spot Pictures

# Original Authors

## Main authorship

Johanna Sinisalo script treatment

Trevor Kevin Baylis 3D models, VFX and animations
*(No contractual copyright transfer to Producer)*

Kelly Myers  VFX and animations
*(No contractual copyright transfer to Producer)*

Risto Puukko 3D models, VFX and animations
*(Non exclusive copyright transfer to producers)*

## Additional 3D animation works (main artists)

Lee Stringer
Luke Whitehorn
Pyry Parkola
Janne Suhonnen
Erkko Huhtamäki
*(All Non exclusive copyright transfer to producers)*
Seb Barquin
*(No contractual copyright transfer to Producer)*

## Director of Cinematography
Mika Orasmaa

## Musical score
Laibach (band)

*For additional information contact trevor.baylis@gmail.com*

# 3D Models VFX and Animation Authorship

## USS George W Bush Spacecraft.
## Main authors

Trevor Kevin Baylis
Erkko Huhtamäki
PyryParkola









# 3D Models VFX and Animation Authorship

## USS George W Bush Spacecraft Weapons.
## Main authors
Trevor Kevin Baylis











# 3D Models VFX and Animation Authorship

## USS George W Bush Spacecraft Weapons.
## Main authors
Trevor Kevin Baylis

Extract from storyboard.
Note the absence of any instruction to 3D Arists

### 67C. EXT. SPACE

full CGI

**1. ESTABLISHING WIDE**

**FULL CGI**

U.S.S. "Dubya" DROPS the outer shielding covering a HUGE ARSENAL of modern weaponry.

full CGI

2.

And it OPENS FIRE on the Zeppelins.

full CGI

3.

This is a real fight now.

# 3D Models VFX and Animation Authorship

## USS George W Bush Spacecraft Battle Scenes.
## Main authors

Kelly Myers
Risto Puukko
Trevor Kevin Baylis
Lee Stringer
Pyry Parkola








# 3D Models VFX and Animation Authorship

## Gotterdammerung war machine.

## Main authors

Trevor Kevin Baylis
Pyry Parkola
Seb Barquin
Risto Puukko











# 3D Models VFX and Animation Authorship

## Valkyrie UFO.
## Main authors

Janne Suhonen
Trevor Kevin Baylis
Risto Puukko









# 3D Models VFX and Animation Authorship

## Rhiengold UFO.
## Main author
Seb Barquin











# 3D Models VFX and Animation Authorship

## Hangar Scene.
## Main author
Trevor Kevin Baylis







# 3D Models VFX and Animation Authorship

## Space Zeppelins Scenes.
## Main authors
Kelly Myers
Risto Puukko
Pyry Parkola











# 3D Models VFX and Animation Authorship

## MoonBase and Gotterdammerung Interior Scenes.
## Main authors

Trevor Kevin Baylis
Seb Barquin
Risto Puukko
Pyry Parkola
Erkko Huhtamäki









# 3D Models VFX and Animation Authorship

## Eath Fleet Ships and Scenes.
## Main authors
Trevor Kevin Baylis
Seb Barquin
Risto Puukko
Pyry Parkola
Luke Whitehorn
Kelly Myers









# 3D Models VFX and Animation Authorship

File names and Metadata examples.
Tampere District Court Baylis v Troll VFX 21.10.2016 L 15/32468
Judge Oskar Kulmala

""Baylis has shown, for example, regarding Maya files K21, K27 and
K28, which are evidence, that numerous files and meta-files have his
name, i.e. he was the author of the animations."



List of 3D files with my name on them - These show some of the work I was
doing duringwinter 2010 - 2011 for Iron Sky

| | |
|---|---|
| weapon_gauss_wip_trev.mb | 10 Jan 2011 at 12.40 |
| weapon_gauss_wip_trev2.mb | 10 Jan 2011 at 14.43 |
| weapon_gauss_wip_trev3.mb | 10 Jan 2011 at 15.02 |
| weapon_gauss_wip_trev4.mb | 11 Jan 2011 at 15.10 |
| weapon_gauss_wip_trev5.mb | 12 Jan 2011 at 9.47 |
| weapon_gauss_gun_rig_trev_WIP7.mb | 9 Feb 2011 at 15.59 |
| weapon_gauss_gun_rig_trev_WIP8.mb | 10 Feb 2011 at 8.59 |
| weapon_gauss_gun_rig_trev_WIP9.mb | 10 Feb 2011 at 11.15 |
| weapon_gauss_gun_rig_trev_WIP10.mb | 10 Feb 2011 at 15.04 |
| weapon_gauss_gun_rig_trev_WIP11.mb | 11 Feb 2011 at 10.30 |
| gwb_front_section_weapon_covers_02.mb | 8 Apr 2011 at 11.27 |
| weapon_gauss_2gun_rig_trev.mb | 20 Apr 2011 at 11.22 |
| gwb_weapon_harpoon_rig_trev.mb | 20 Apr 2011 at 11.40 |
| gwb_front_section_with_weapons_rigs.mb | 20 Apr 2011 at 11.43 |

Opening Original Iron Sky Maya files in Text Editor reveals who the original author of the file was.
see video: https://www.youtube.com/watch?v=wy1jdRcYqW8

# Additional information

Work training documents from employment office - demonstrates there was no copyright agreement or wages for my work during winter 2010 -2011 (6 months).



Note setion 6, [Translated]
"*6. The person participating in the internship/work life coaching is not in an employment or other service relationship with the organizer of the internship/work life coaching mentioned in this contract, nor with the labor and business administration.*"

# Additional information

Videos - shows VFX producer Samuli Torssonen and Director Timo Vuorensola in Germany and Australia during winter 2010 - 2011. I created models and animations used in Iron Sky without wages or contract at that time.







Video refrences
**Germany**
Iron Sky Signal E17 - First Shootings & Sneak Peek
https://www.youtube.com/watch?v=64v_6ZEIrfA

**Australia**
Director's Diary: The Longest Journey
https://www.youtube.com/watch?v=-HieTTp4a3s&t=2s

Director's Diary: Stage 5
https://www.youtube.com/watch?v=KbsoDff4RGs

Director's Diary: Another day down
https://www.youtube.com/watch?v=1k_kjjZ7O-Y&t=1s

All accessed 26th Feburary 2019 at 10:12am

# Additional information

 Johanna Sinisalo <johanna.sinisalo@sci.fi>                                                          6 Mar 2018, 10:39   

to me ▾

Hi Trevor,

and thank you for keeping me up to date in the case.

About the film ending up as I intended it to be: I have never been the single author of the script. From the first beginning, the script ideas were produced in a team of five to ten persons (including Timo Vuorensola, Samuli Torssonen, Jarmo Puskala and some others, and I will from this on call them "The Guys" for short).

I was hired to help The Guys to write a professional script. I was coordinating the idea meetings and later on, writing the first versions of the script, but there never was an intention to create a Johanna Sinisalo movie but a The Guys movie. The original idea of Moon Nazis was by Jarmo Puskala, and the goal was to create a crazy sf comedy with a lot of show-off space battles, and The Guys were already specialists on those things. So, my role in the production was more of a midwife than a creator.

What comes to plot holes, incongruences or pure silliness in the script, it wasn't my job to work as a censor of any sort – if The Guys loved some ideas or jokes I was not too convinced about myself, I still respected their opinion (e.g. I wasn't very keen about Renate's clothes blowing off in the airlock scene, but hey, it was their movie!). And, when there is a team working on anything, it also becomes very difficult to name any "original" creator of a certain detail or idea, so it would be pretty futile to discuss whose story Iron Sky "actually was".

Of course, when Iron Sky production started to get international money and The Guys and Tero Kaukomaa started to discuss international distribution etc., it was inevitable that those people who gave them money, wanted to put their fingerprints on the script, too, and I suppose that Michael Kalesniko was recruited for developing the script to suit more the tastes of the financers. So it would be impossible for me to analyze why some specific detail did end up in the final version of the script.

My best regards,

Johanna Sinisalo

---

Gmail - Iron Sky Gotterdammerung model                                    https://mail.google.com/mail/u/0/?ui=2&ik=32656685cd&jsver=...

                                                        Trevor Baylis <trevor.baylis@gmail.com>

**Iron Sky Gotterdammerung model**

**Trevor Baylis** <trevor.baylis@gmail.com>                                                        1 October 2012 at 22:35
To: samuli <samuli@wearetroll.com>

Hi Samuli,

I received this email, (see below)

Obviously this has nothing to do with me and I don't know who these
people are but maybe you should be aware of it?

Needless to say, I have no intention of sending them anything.

Trev

---------- Forwarded message ----------
From: Jacek Maj <jacek.maj@realitypump.pl>
Date: 1 October 2012 13:12
Subject: Iron Sky Gotterdammerung model
To: trevor.baylis@gmail.com

Hi,

i'm Jacek Maj, an environmental artist from Reality Pump Studio
Poland. We have purchased the Iron Sky IP and are currently working on
IS game. You can check it out here:

http://www.ironskyinvasion.com/en/news.html
http://www.realitypump.com/en/iron-sky-invasion.html
or on our facebook page https://www.facebook.com/IronSkyInvasion?fref=ts

We have already recieved all of the models that have been used in the
movie but the model of Gotterdammerung, that You have been working on.
My task is to create the ship's hull. Do You still have the maya
files? If so, would You be so helpful and maybe send them to us? We
are on a very short development cycle so any help that we can get
would be MUCH appreciated.

All best,

Jacek Maj.

PS. We absolutely LOVE Your work on Gotterdammerung model in the IS movie:)

--
Trevor Baylis

www.trevy.co.uk

# Additional information

## PRODUCTIONS

VISUAL EFFECTS PRODUCER - SAMULI TORSSONEN
VISUAL EFFECTS SUPERVISOR - SAMULI TORSSONEN
VISUAL EFFECTS ART DIRECTOR - JUSSI LEHTINIEMI
COMPOSITING SUPERVISOR - JUUSO KAARI
CG SUPERVISOR / DECLARATION PICTURES INC. - KELLY "KAT" MYERS
CG SUPERVISOR - LEE STRINGER
VISUAL EFFECTS PRODUCTION ASSISTANT - JONI NIVA

### VISUAL EFFECT ARTISTS

LEE STRINGER
MARK HENNESSY-BARRETT
LUKE WHITEHORN
RISTO PUUKKO
TUOMAS KANKOLA
SAMI VAITTINEN

TREVOR BAYLIS
JANNE SUHONEN
JUHANA YLITOLONEN
PHILIPPE CORNE
JUUSO KAARI

### COMPOSITORS

ARI HUUSKONEN
JUUSO KAARI
HAYES BRIEN
VESA JOKINEN

PYRY PARKKOLA
EERO VIHAVAINEN
NIKO FINSK

### MOTION GRAPHICS ARTISTS

VESA JOKINEN
NIKO FINSK
HAYES BRIEN

### DIGITAL MODELERS

ERKKO HUHTAMÄKI
SEB BARQUIN

KIMMO LEMETTI
JANNE SUHONEN