# EXHIBIT E

| | | |
|---|---|---|
| **KORKEIN OIKEUS** | **PÄÄTÖS** | **Diaarinro**<br>S2018/460 |
| | **Antopäivä**<br>29.10.2018 | **Nro**<br>2017 |

MUUTOKSENHAKIJAT

    Trevor Baylis
    Kelly Myers
    Pyry Parkkola

ASIA    Tekijänoikeutta koskeva riita

RATKAISU, JOHON ON HAETTU MUUTOSTA

    Markkinaoikeus 31.5.2018 nro 302/18

KORKEIMMAN OIKEUDEN PÄÄTÖS

    Valituslupaa ei myönnetä. Markkinaoikeuden tuomio jää siis pysyväksi.

    Esittelijä    Saini Siitarinen

Asian ovat ratkaisseet oikeusneuvokset Häyhä ja Leppänen. Esittelijä on ollut määräaikainen oikeussihteeri Siitarinen.