# EXHIBIT F

```
Title:          Iron Sky.

Type of Material:  Dramatic Work and Music; or Choreography

Registration Number/Date:
                PAu003472052 / 2008-05-23

Description:    Print material,    p.

Copyright Claimant:
                Blind Spot Pictures ltd, Transfer: Transfer of all rights
                  by author.

Date of Creation:  2008

Authorship on Application:
                Johanna Sinisalo, 1958-   ;

================================================================================
```