# EXHIBIT I

Case 2:23-cv-01653-RSM   Document 44-9   Filed 04/03/24   Page 2 of 8

☰  r/  🔍  r/ **r/COPYRIGHT** ✕  Search in r/COPYRIGHT        Log In  ⋯

r/ **r/COPYRIGHT** • 4 mo. ago
[deleted]

# [deleted by user]

⬆ 0 ⬇     💬 9     ↑ Share

Sort by: Best ⌄

➕ Add a Comment

⊕ **[deleted]** • 4 mo. ago

**Level_Repeat_8579** • 3 mo. ago

Now his alt account Trevileo has blocked me. I guess you really cant handle the truth.

⬆ 1 ⬇   💬 Reply   ↑ Share   ⋯

**DogKnowsBest** • 4 mo. ago

What's your goal here? I don't think you're winning because honestly nobody cares about any gripe you have with someone ... sounds like you're suffering from TrevyTiger Derangement Syndrome.

⊖ ⬆ 1 ⬇   💬 Reply   ↑ Share   ⋯

**Level_Repeat_8579** • 4 mo. ago

Such a great opinion, honey. But who asked you for it?

Now I know where to find stupid comments the next time I need one!

Dude/Dudette/She/He/Them/They, why not give yourself a treat by taking the day off and not being a jerk?

Do not get offended, dear. I do not mean to insult you, I am just describing you.

If you have problems with the truth?! Then YOU ARE THE PROBLEM!

Seriously, man! I never wanted to insult you, you are doing it all yourself!

Whatever is wrong with you, I bet it is hard to pronounce!

Everyone is ashamed of seeing you so dumb.

  r/COPYRIGHT     Log In

2 more replies

**JamesGunnier** • 3 mo. ago • Edited 3 mo. ago

I worked on the film with Trevor, It was a job like any other of the dozens of films I've worked on and I moved on but TrevyTiger has literally spent 12 years pathologically destroying peoples lives, including his own over this nonsense.

He was junior skill level grunt artist ( senior aged) that got fired then realized the studio hadn't legally protected themselves. He's been on an obsessive vendetta of legal harassment ever since so I can understand people finally losing it at him. I've never responded to his nonsense over the last decade but honestly it just frustrated me the other day seeing his pathetic lies gaining so much traction.

2          Reply          Share

 **trevileo** • 3 mo. ago

https://www.reddit.com/r/COPYRIGHT/comments/16vntco/us_copyright_office_allows_3d_artists_to_be_named/

1          Reply          Share

 **trevileo** • 3 mo. ago

Here's some clarification.

As to the ruling in MAO302/18 case one, 2017/588 it is full of errors and absurdities, which also adds to obfuscations of the Iron Sky Chain of title and thus was ultimately detrimental to the Tero Kaukomaa, Samuli Torssonen and Timo Vuorensola et al themselves and they went bankrupt! (idiots!).

The root of the problem can be found in paragraph 27 of the courts obiter dictum in MAO302/18.It is there when the courts abandons the 'sources of law' such as Berne Convention article 15 and section 7 of the copyright act, "The presumption of authorship rule".The court deliberately misreads chapter 17 of the Finnish judicial code      and omits the part referring to other laws (sources of law, Berne Convention article 15 and section 7 of the copyright act)!

"A party has the right to present the evidence that he or she wants to the court investigating the matter and comment on each piece of evidence presented in court **unless otherwise provided by law.**" [Emphasis added] (chapter 17 of the judicial code)

It is well known in copyright literature about the difficulties that authors would have, to practically demonstrate their authorship, and thus the 'sources of law' have been written in a way to reverse the burden of proof to the opposition. Therefore, an author is presumed to be so, and it is the opposition that have the burden of proof to the contrary.

Or else, for instance, every author of copyrighted work would need to get a court to confirm such things before being able to claim royalties from collection societies.

Such things are unworkable. Formalities to copyright protection are banned by Article 5(2) of Berne

    r/COPYRIGHT                                        Log In

of Directive 2006/116 makes clear. A certain degree of artistic quality or novelty are not therefore required. The purpose of the creation, expenditure and costs are also immaterial." (Painer c145/10 OPINION OF ADVOCATE GENERAL TRSTENJAK delivered on 12 April 2011)

As an example of how absurd MAO302/18 ( 2017/588) is, one can apply to ruling to the script writers of Iron Sky (there were more than one as well as draft scripts and treatments that the final script was based on). **The script writers have not proven themselves to be writers of the script!** They weren't even asked to attend court and provide evidence! To use the words of the Market Court, **it has not been shown that the script writers could be author's of the script** because 'previous scripts existed' and they were 'supervised by the producers' thus there is no 'independent originality'.

1    Reply    Share

 **trevileo** • 3 mo. ago

In recent communication with Myriad Pictures lawyer they were ask to acknowledge the following,

1. You acknowledge that authors rights under section 3 of the Finnish Copyright act - "moral rights", are the rights "to claim authorship of the work and to object to any distortion, mutilation or other modification of, or other derogatory action in relation to, the said work, which would be prejudicial to an author's honour or reputation.

2. You acknowledge that there is a "presumption of authorship rule" section 7 of Finnish Copyright Act and Article 15 of the Berne Convention and that the persons whose name is indicated in on the copies of a work or when the work is made available to the public, shall be deemed to be the author.

3. You acknowledge that my name is in the actual code in the disputed 3D Maya files and that I am therefore presumed author of those files under section 7 of the Finnish Copyright Act and Article 15 of the Berne Convention.

4. You acknowledge that section 3 and section 7 of the Finnish Copyright act were NOT part of MAO302/18 ruling and that only section 2, 6 and 46a were subject of the ruling.

5. You acknowledge that section 4 of the Finnish Copyright act "adaptation rights" was NOT part of MAO302/18 ruling.

6. You acknowledge that section 1 was NOT part of MAO302/18 ruling.

7. You acknowledge that section 1 (2) covers the scope of three-dimensionally executed works and shall also be considered literary works.

8. You acknowledge that only an author "natural person" can give rise to authorship rights NOT a legal entity such as Energia Productions OY, Blind Spot Pictures Oy, Iron Sky Universe OY, Myriad Pictures Inc.

9. You acknowledge that in order for a legal entity to acquire any copyrights from an author "natural person" they would need to identify that author themselves in order to legally obtain copyrights from them.

10. You acknowledge that if a legal entity fails to confirm an author "natural person" is actually an author of works (that they wish to acquire copyrights to), then it is not logically possible for that legal entity to obtain such copyrights.

11. You acknowledge that Blind Spot Pictures and Iron Sky Universe failed to demonstrate copyright ownership to disputed works in MAO302/18

    

r/COPYRIGHT    Log In

as they have/had no proof of obtaining such rights in order to seek remedies and protections.

13. You acknowledge that Myriad Pictures cannot claim to be copyright owners to the disputed works in MAO302/18 given it was not possible for Blind Spot Pictures and Iron Sky Universe Oy to provide any proof of copyright ownership.

14. You acknowledge that Blind Spot Pictures and Iron Sky Universe Oy were NOT "awarded" copyrights under section 2, 6 and 46a of the Finnish copyright act in the ruling of MAO302/18 apart from the 'Japanese ship'.

15. You acknowledge that Blind Spot Pictures and Iron Sky Universe Oy were NOT "awarded" ANY other copyrights under section 1 of the Finnish copyright act in the ruling of MAO302/18.

1    Reply    Share

## More posts you may like

Related   Copyright   Law

 r/COPYRIGHT

**Welcome to the public domain, Mickey Mouse**


theverge

7 upvotes · 4 comments

 r/COPYRIGHT

**If Mickey is becoming public domain, what's the deal with Oswald?**

6 upvotes · 14 comments

 r/COPYRIGHT

**The inevitable has finally happened. The Times Sues OpenAI and Microsoft Over A.I. Use of Copyrighted Work.**

6 upvotes

 r/COPYRIGHT

**Question regarding album cover license**

3 upvotes · 1 comment

 r/COPYRIGHT

☰　　🔴　　🔍　　r/ r/COPYRIGHT ✕　　　　　　　🐝　　Log In　　⋯

3 upvotes · 1 comment

r/COPYRIGHT

### Copyright of "the most beautiful suicide"?

time

3 upvotes · 3 comments

r/COPYRIGHT

### Would it be legal to read a law book on my YouTube channel?

3 upvotes · 9 comments

r/COPYRIGHT

### CC BY-NC license - Where to draw the line with regard to commercial vs commercial use?

2 upvotes · 6 comments

r/COPYRIGHT

### Steamboat Willie (1st mickey mouse question)

2 upvotes · 5 comments

r/COPYRIGHT

### Is using AI Voices for my videos legal?

2 upvotes · 7 comments

r/COPYRIGHT

### Does the Copyright of a work depend on the country of origin or on the country you are at?

2 upvotes · 2 comments

r/COPYRIGHT

### Guy leeching off content

2 upvotes · 9 comments

r/COPYRIGHT

### How does Copyright cover additional content?

2 upvotes · 4 comments

r/COPYRIGHT

[deleted by user] : r/COPYRIGHT    https://www.reddit.com/r/COPYRIGHT/comments/16e44lh/deleted...



r/COPYRIGHT

### Sgargz-Interface

1 upvote · 12 comments

r/COPYRIGHT

### FTC Continues To Wade Into Copyright Issues In AI Without Understanding Anything

techdirt

1 upvote · 4 comments

r/COPYRIGHT

### If I create a product with my own plans and measurements from scratch, inspired by some images, is it infringement?

1 upvote · 3 comments

r/COPYRIGHT

### I have some questions related to copyright using game characters in 3D animations.

1 upvote · 4 comments

r/COPYRIGHT

### How to deal with a copyright troll

youtube

1 upvote · 7 comments

r/COPYRIGHT

### Full Screen Website Screenshots

1 upvote · 2 comments

r/COPYRIGHT

### Can I copy a dice game concept?

1 upvote · 1 comment

r/COPYRIGHT

### Able to use sport team logos for sports website providing match commentary and previews UK?

1 upvote

r/COPYRIGHT

[deleted by user] : r/COPYRIGHT                    https://www.reddit.com/r/COPYRIGHT/comments/16e44lh/deleted...

 

r/COPYRIGHT ✕          Log In

r/COPYRIGHT

**Can i upload others videos without their audio and put my voice in my native language on my channel? Do i get copyright?**

1 upvote · 3 comments

r/COPYRIGHT

**Is the word Loaf copyrighted?**

1 upvote · 8 comments