# EXHIBIT A



BAYLIS_I