# EXHIBIT D

                                                    **Trevor Baylis <trevor.baylis@gmail.com>**

---

## Trev Baylis - Baylis v Valve
3 messages

---

**Trevor Baylis <trevor.baylis@gmail.com>**                                 5 April 2024 at 16:37
To: Petri Eskola <petri.eskola@backstrom.fi>

Hi Petri I hope you are well.

I am in the process of writing a reply to a Motion filed by Valve corporation pertaining to the MAO302/18 ruling.

They are claiming I have made a false registration to the US Copyright Office claiming joint authorship to the film Iron Sky.

Given that Under Berne Convention "country of origin" rules article 5 (4) (a) Iron Sky Sky would be nationalized as a German Work due to it being first published there, and thus authorship laws of Germany apply rather than the nordics, and also under Berne Convention article 6bis I have right to claim authorhsip of my work than I think I am allowed to claim authorship.

Never the less it might be helpful to have a Finnish Lawyer such as yourself to at least confirm the incoherence of MAO302/18 and possibly the "grave procedural error" of not applying German Law. And also the fact that Moral rights were not in dispute,

"86. According to section 27, subsection 1 of the Copyright Act, copyright can be transferred in whole or in part, subject to the restrictions arising from the provisions of section 3. **There has been no dispute regarding the so-called moral rights stipulated in Section 3 of the Copyright Act.** Taking into account the nature of the case and the arguments presented in support of the claim, **the claim must be considered to concern the economic rights referred to in Section 2** of the Copyright Act. (MAO302/18)

So an affidavit or statement  essentially to confirm that the animators were not actually denied full copyright and are entitled to claim authorship regardless of MAO302/18 and can seek protection based on the laws of other Nations (Berne article 5(2).

Is this something you could help with?

Thanks

Trevor Baylis


Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger


This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

---

**Petri Eskola** <petri.eskola@backstrom.fi>                                           8 April 2024 at 09:22
To: Trevor Baylis <trevor.baylis@gmail.com>

Hi Trev,


indeed, I can confirm that moral rights were not an issue at all in Market Court proceedings, but only economical rights.


BR

Petri

---

**Lähettäjä:** Trevor Baylis <trevor.baylis@gmail.com>
**Lähetetty:** perjantai 5. huhtikuuta 2024 16.37
**Vastaanottaja:** Petri Eskola <petri.eskola@backstrom.fi>
**Aihe:** Trev Baylis - Baylis v Valve

[Quoted text hidden]

---

**Trevor Baylis** <trevor.baylis@gmail.com>                                           8 April 2024 at 09:48
To: Petri Eskola <petri.eskola@backstrom.fi>

Thanks Petri,

I think this may be enough for me to add as an appendix the my reply to Valve's motion.

All the best

Trev
[Quoted text hidden]
--
[Quoted text hidden]