The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>　　　　　Plaintiff, *(pro se)*.<br><br>　v.<br><br>VALVE CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**DECLARATION OF BAYLIS IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT VALVE CORPORATION'S SEVENTEENTH DEFENSE TO PLAINTIFF TREVOR KEVIN BAYLIS' SECOND AMENDED COMPLAINT** |

I, Trevor Kevin Baylis, declare as follows:

1.　I am a professional 3D artist and animator. I represent myself as Plaintiff ("Baylis") in this matter. I am fifty six years old and have personal knowledge of the facts stated below. I am otherwise competent to testify and, if called upon to testify on the matters herein, would do so consistently with this declaration.

2.　Attached hereto as **Exhibit A** is a true and correct copy of Iron Sky film End Credits showing Trevor Baylis at the top of the list of VFX artists denoting his senior position in the creation and authorship of the film. Baylis was NOT an "intern" or amateur but a professional artist.

2. Attached hereto as **Exhibit B** is a true and correct copy of email exchanges Baylis had with Jonah O. Harrison (and others) attorney at the law firm Arete Law Group PLLC. Who represent Defendant Valve Corporation ("Valve") in this matter. Wherein, on 29th of March 2024, Baylis offers to demonstrate original Iron Sky animation files to Valve via a shared screen Zoom 'Meet and Confer'.

3. Attached hereto as **Exhibit C** is a true and correct copy of a Machine Translation of Tekijänoikeusneuvosto TN 2018:12 as mention by Petri Gunther as an example of 3D animation works that recieve copyright protection in Finland in his Kluwer Copyright Blog: Finnish court rules on copyright in the film 'Iron Sky' (see #Dkt. 44, Harrison Decl., Ex. H at p. 2-3 of 13).

4. Attached hereto as **Exhibit D** is a true and correct copy Baylis' Trevi Tyger Character Manual mentioned in Tekijänoikeusneuvosto TN 2018:12 page 1 Paragraph 1.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed in Tampere, Finland on this 12th day of April, 2024.

Trevor K Baylis

*[signature: Trvr Bay]*

DECLARATION OF BAYLIS IN SUPPORT OF PLAINTIFF'S MOTION
TO STRIKE DEFENDANT VALVE CORPORATION'S SEVENTEENTH
DEFENSE TO PLAINTIFF TREVOR KEVIN BAYLIS' SECOND AMENDED
COMPLAINT                                                                Page 1
No. 2:23-cv-01653-RSM

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 12th April 2024 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Dated: 12th April 2024

*Trevor Baylis* (signature)

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

DECLARATION OF BAYLIS IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT VALVE CORPORATION'S SEVENTEENTH DEFENSE TO PLAINTIFF TREVOR KEVIN BAYLIS' SECOND AMENDED COMPLAINT
No. 2:23-cv-01653-RSM