# EXHIBIT A



## VISUAL EFFECTS

### ENERGIA PRODUCTIONS

VISUAL EFFECTS PRODUCER - SAMULI TORSSONEN
VISUAL EFFECTS SUPERVISOR - SAMULI TORSSONEN
VISUAL EFFECTS ART DIRECTOR - JUSSI LEHTINIEMI
COMPOSITING SUPERVISOR - JUUSO KAARI
CG SUPERVISOR / DECLARATION PICTURES INC. - KELLY "KAT" MYERS
CG SUPERVISOR - LEE STRINGER
VISUAL EFFECTS PRODUCTION ASSISTANT - JONI NIVA

### VISUAL EFFECT ARTISTS

LEE STRINGER
MARK HENNESSY-BARRETT
LUKE WHITEHORN
RISTO PUUKKO
TUOMAS KANKOLA
SAMI VAITTINEN

TREVOR BAYLIS
JANNE SUHONEN
JUHANA YLITOLONEN
PHILIPPE CORNE
JUUSO KAARI

### COMPOSITORS

ARI HUUSKONEN
JUUSO KAARI
HAYES BRIEN
VESA JOKINEN

PYRY PARKKOLA
EERO VIHAVAINEN
NIKO FINSK

### MOTION GRAPHICS ARTISTS

VESA JOKINEN
NIKO FINSK
HAYES BRIEN

### DIGITAL MODELERS

ERKKO HUHTAMÄKI
SEB BARQUIN
SAMI VAITTINEN
PYRY PARKKOLA

KIMMO LEMETTI
JANNE SUHONEN
JUHANA YLITOLONEN
JEFFRY GUGICK
KOJI KURAMURA

### JUNIOR MODELERS

PERTTU JUNTUNEN
MIKKO MONTO
JOEL MANTILA
MARIA VILKO
JUHO KORHONEN
MILE EROR

TONI KONTIO
LASSI AALTO
SAMULI AHOKAS
SHAWN BOUNDY
RALF BAUMANN
WILLIAM WARWICK

### TEXTURE ARTISTS

KIMMO LEMETTI
ERKKO HUHTAMÄKI
SEB BARQUIN

BAYLIS_I