The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>　　　　　　Plaintiff, *(pro se)*.<br><br>　v.<br><br>VALVE CORPORATION,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**DECLARATION OF BAYLIS IN SUPPORT OF PLAINTIFF'S RESPONSE TO VALVE'S MOTION TO REFER COPYRIGHT REGISTRATION QUESTIONS TO THE REGISTER OF COPYRIGHTS AND FOR STAY OF PROCEEDINGS**<br>Date filed 10th April 2024 |

I, Trevor Kevin Baylis, declare as follows:

1.　I am a professional 3D artist and animator. I represent myself as Plaintiff ("Baylis") in this matter. I am fifty six years old and have personal knowledge of the facts stated below. I am otherwise competent to testify and, if called upon to testify on the matters herein, would do so consistently with this declaration.

2.　Attached hereto as **Exhibit A** is a true and correct copy of Director Timo Vuorensola's comments regarding the Finish Market Court Case "MAO302/18" from Iron Sky Producers official web site, (https://web.archive.org/web/20181004123920/http://ironsky.net/2018/08/01/the-iron-sky-struggle-part-3-the-final-countdown/) (Accessed 10th April 2024)

DECLARATION OF BAYLIS IN SUPPORT OF PLAINTIFF'S RESPONSE
TO VALVE'S MOTION TO REFER COPYRIGHT REGISTRATION
QUESTIONS TO THE REGISTER OF COPYRIGHTS AND FOR STAY OF
PROCEEDINGS
No. 2:23-cv-01653-RSM

1  Wherein it is admitted by "Defendants" in MAO302/18 words to the effect that Baylis did
2  work on the film Iron Sky, and **a false claim by Defendants** that Baylis was working on a
3  "work-for-hire" basis under a signed contract.
4      "As the defendants, we argued that while they did work on the film, they were
5      working on a work-for-hire basis, under a signed contract" (Iron Sky Director Timo
6      Vuorensola)
7      2.  Attached hereto as **Exhibit B** is a true and correct copy of email exchanges
8  Baylis had with Saskia Florence, Supervisory Registration Specialist, Performing Arts
9  Division, Motion Picture Team U.S. Copyright Office. (Copyright Office <cop-ad@loc.gov>
10 26 Sept 2023, 22:36). Wherein Ms Florence specifically instructs Baylis to base his registration
11 on United States Copyright law whilst assuring him she understands that foreign laws may be
12 different. "Please note that an application for copyright registration must be filed according to
13 the U.S. Copyright law. I understand that in other countries, copyright law and work made for
14 hire can be quite different." (Saskia Florence)
15     3.  Attached hereto as **Exhibit C** is a true and correct copy of a Machine
16 Translation of Pirkanmaa District Court case in Finland Baylis v Troll VFX, L15/32468
17 wherein Baylis has proven his authorship to his Iron Sky works in front of Judge Oskar
18 Kulmala who wrote, "In relation to the aforementioned animations, Baylis has shown, for
19 example, regarding Maya files K21, K27 and K28, which are evidence, that numerous and
20 numerous files and meta-files have his name, i.e. he was the author of the animations." (Judge
21 Oskar Kulmala page 11 (Baylis_11))
22
23
24 DECLARATION OF BAYLIS IN SUPPORT OF PLAINTIFF'S RESPONSE
   TO VALVE'S MOTION TO REFER COPYRIGHT REGISTRATION
   QUESTIONS TO THE REGISTER OF COPYRIGHTS AND FOR STAY OF
   PROCEEDINGS     Page 1
   No. 2:23-cv-01653-RSM

4. Attached hereto as **Exhibit D** is a true and correct copy of a recent email exchange Baylis had with Finnish Lawyer Petri Eskola who represented Baylis and other plaintiffs in MAO302/18 wherein he confirms that there was no actual dispute in MAO302/18 about Moral rights (The right to claim authorship) under section 3 of the Finnish copyright act.

"Hi Trev,

indeed, I can confirm that moral rights were not an issue at all in Market Court proceedings, but only economical rights.

Petri" (Email from Petri Eskola <petri.eskola@backstrom.fi> 08 April 2024).

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed in Tampere, Finland on this 10th day of April, 2024.

Trevor K Baylis

*/s/ Trevor Baylis*

---

[1] "¶" citations are to Second Amended Complaint ("SAC") Dkt. #25 unless otherwise indicated.

DECLARATION OF BAYLIS IN SUPPORT OF PLAINTIFF'S RESPONSE
TO VALVE'S MOTION TO REFER COPYRIGHT REGISTRATION
QUESTIONS TO THE REGISTER OF COPYRIGHTS AND FOR STAY OF
PROCEEDINGS
No. 2:23-cv-01653-RSM

Page 2

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 10th April 2024 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Dated: 10th April 2024

*[signature: Trevor Baylis]*

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

DECLARATION OF BAYLIS IN SUPPORT OF PLAINTIFF'S RESPONSE TO VALVE'S MOTION TO REFER COPYRIGHT REGISTRATION QUESTIONS TO THE REGISTER OF COPYRIGHTS AND FOR STAY OF PROCEEDINGS
No. 2:23-cv-01653-RSM