The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>        Plaintiff, *(pro se)*.<br><br>  v.<br><br>VALVE CORPORATION,<br><br>        Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANT VALVE CORPORATION'S AFFIRMATIVE DEFENSES** |

THIS MATTER comes before the Court on Plaintiff's Trevor Kevin Baylis's Motion To Strike Defendant Valve Corporation's Affirmative Defenses (to Baylis' SAC #Dkt. 25). The Court having considered the pleadings and records on file in the matter, including:

1. Plaintiff's Trevor Kevin Baylis's Motion To Strike Defendant Valve Corporation's Affirmative Defenses ;

2. Defendant Valve Corporation's Response, if any; and

3. Plaintiff's Reply, if any;

1  and the Court deeming itself otherwise advised in the premises, the Court HEREBY

2  GRANTS the Motion To Strike Defendant Valve Corporation's Seventeenth Defense To

3  Plaintiff Trevor Kevin Baylis' Second Amended Complaint.

4

5  IT IS SO ORDERED.

6  Dated this___day of_____ , 2024.

7                                                                        _____

8                                                                        The Honorable Ricardo S. Martinez

9

10  *Presented by:*

11  Trevor Kevin Baylis

12

13

14

15

16

17

18                                                        16th April 2024

19                                                        Trevor Kevin Baylis

20                                                        [signature: Trvr Bay]

21                                                        Jankanraitti

22                                                        Tampere 33560, FINLAND

23

24

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 16th April 2024 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Dated: 16th April 2024

*[signature: Trevor Baylis]*

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANT
VALVE CORPORATION'S AFFIRMATIVE DEFENSES
No. 2:23-cv-01653-RSM