The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>　　　　　Plaintiff, *(pro se)*.<br><br>　v.<br><br>VALVE CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANT VALVE CORPORATION'S NINTH DEFENSE TO PLAINTIFF TREVOR KEVIN BAYLIS' SECOND AMENDED COMPLAINT** |

THIS MATTER comes before the Court on Plaintiff's Trevor Kevin Baylis's Motion To Strike Defendant Valve Corporation's Ninth Defense To Plaintiff Trevor Kevin Baylis' Second Amended Complaint. The Court having considered the pleadings and records on file in the matter, including:

1. Plaintiff's Trevor Kevin Baylis's Motion To Strike Defendant Valve Corporation's Ninth Defense To Plaintiff Trevor Kevin Baylis' Second Amended Complaint. ;

2. Defendant Valve Corporation's Response, if any; and

3. Plaintiff's Reply, if any;

and the Court deeming itself otherwise advised in the premises, the Court HEREBY

[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANT VALVE CORPORATION'S NINTH DEFENSE TO PLAINTIFF TREVOR KEVIN BAYLIS' SECOND AMENDED COMPLAINT
No. 2:23-cv-01653-RSM

Page 1

1  GRANTS the Motion To Strike Defendant Valve Corporation's Ninth Defense To Plaintiff

2  Trevor Kevin Baylis' Second Amended Complaint.

3

4  IT IS SO ORDERED.

5  Dated this___day of_____ , 2024.

6                                                                  _____

7                                                                  The Honorable Ricardo S. Martinez

8

9  *Presented by:*

10  Trevor Kevin Baylis

11

12

13

14

15

16

17                                              24th April 2024

18                                              Trevor Kevin Baylis

19

20                                              _____

21                                              Jankanraitti

22                                              Tampere 33560, FINLAND

23                                              trevor.baylis@gmail.com

24                                              +3584172259899

[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANT
VALVE CORPORATION'S NINTH DEFENSE TO PLAINTIFF TREVOR        Page 2
KEVIN BAYLIS' SECOND AMENDED COMPLAINT
No. 2:23-cv-01653-RSM

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 24th April 2024 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Dated: 12th April 2024

*[signature: Trevor Baylis]*

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANT VALVE CORPORATION'S NINTH DEFENSE TO PLAINTIFF TREVOR KEVIN BAYLIS' SECOND AMENDED COMPLAINT
No. 2:23-cv-01653-RSM