# EXHIBIT A



## VISUAL EFFECTS

### ENERGIA PRODUCTIONS

Visual Effects Producer - Samuli Torssonen
Visual Effects Supervisor - Samuli Torssonen
Visual Effects Art Director - Jussi Lehtiniemi
Compositing Supervisor - Juuso Kaari
CG Supervisor / Declaration Pictures Inc. - Kelly "Kat" Myers
CG Supervisor - Lee Stringer
Visual Effects Production Assistant - Joni Niva

### VISUAL EFFECT ARTISTS

Lee Stringer
Mark Hennessy-Barrett
Luke Whitehorn
Risto Puukko
Tuomas Kankola
Sami Vaittinen

Trevor Baylis
Janne Suhonen
Juhana Ylitolonen
Philippe Corne
Juuso Kaari

### COMPOSITORS

Ari Huuskonen
Juuso Kaari
Hayes Brien
Vesa Jokinen

Pyry Parkkola
Eero Vihavainen
Niko Finsk

### MOTION GRAPHICS ARTISTS

Vesa Jokinen
Niko Finsk
Hayes Brien

### DIGITAL MODELERS

Erkko Huhtamäki
Seb Barquin
Sami Vaittinen
Pyry Parkkola

Kimmo Lemetti
Janne Suhonen
Juhana Ylitolonen
Jeffry Gugick
Koji Kuramura

### JUNIOR MODELERS

Perttu Juntunen
Mikko Monto
Joel Mantila
Maria Vilko
Juho Korhonen
Mile Eror

Toni Kontio
Lassi Aalto
Samuli Ahokas
Shawn Boundy
Ralf Baumann
William Warwick

### TEXTURE ARTISTS

Kimmo Lemetti
Erkko Huhtamäki
Seb Barquin