# EXHIBIT D

# Trevi Tyger
## Character Manual



1

© Copyright Trevor Kevin Baylis 2014

BAYLIS_I

# TreviTyger Poses Faces



Happy



Happy Squash



Worried



Sad



Sad Stretched



Annoyed



Sneer



Evil Smile



Cunning Plan

© Copyright Trevor Kevin Baylis 2014

2

# TreviTyger Poses Faces


Dreamy


Shouty


Irony



Impending Doom


Awe


Smug

These are just a small sample of the achievable expressions of emotions from the current rig. More and more expressions can be added as the character is developed over time.

© Copyright Trevor Kevin Baylis 2014

BAYLIS_3

# TreviTyger Poses






© Copyright Trevor Kevin Baylis 2014

4

# TreviTyger Poses






5

© Copyright Trevor Kevin Baylis 2014

BAYLIS_5

# Logo

Main Logo

The font for this logo is made up. Therefore it is completely original. It was developed from the handwriting of Trevor Kevin Baylis.



© Copyright Trevor Kevin Baylis 2014

# Trevi Tyger Font

The font for this logo is made up. Therefore it is completely original. It was developed from the handwriting of Trevor Kevin Baylis.

TREVI
TYGER

ABCDEFGHIJKLMNOPQRSTUVWXYZ

abcdefghijklmnopqrstuvwxyz

1234567890

© Copyright Trevor Kevin Baylis 2014

BAYLIS_7

# Trevi Tyger

## Character developments

*Tyger! Tyger! burning bright*
*In the forests of the night,*
*What immortal hand or eye*
*Dare frame thy fearful symmetry?*

From William Blake's 'The Tyger'

**Main Character name**
Trevi Tyger

**Antagonists names**
Iron Ani Villy (Iron Annie)
Virgyl

**Game Name**
Trevi Tyger, Irony skies, Iron in the sky,

**Sorbriquets**
**Trevi Tyger** –  Trev Tyger, Trevi tiger, Trevi the tyger, Trevi the tiger, Trevor the tiger, Trevy the tiger, Trev the tiger, Big T, TT, Tee-Tee, Ti-Ti, Ti-Ty. Trevi cat, Trevy the cat,

**Iron Ani Villy** –  Iron Annie, Iron Ani Villy the Anvil, The Big A, Iron Ani

**Virgyl** – Virgyl the monkey, Virgil the monkey, Virgil, Big-V,  V-Man.

**Slogan Phrases**
"There is iron in the sky", "There is irony in the sky" ,"There is irony in the skies", "I am a fearsome tiger and don't you forget it", "Pfft, lions","Pfft". "what? Go that way? I'm not going that way you must be crazy!"

© Copyright Trevor Kevin Baylis 2014

8

# Trevi Tyger
## Character developments

**Main Habitat**
Minimalist cartoon universe governed by cartoon physics. A Kafkaesque
nightmare given the conflict for no reason.

**Future habitats**
Any other habit chosen as required
Dante's universe for future film.

**Trevi Tyger physical description**
Trevi Tyger is a 3D CGI cartoon tiger. His head and feet are large but he has
skinny limbs and a pear shaped body. He has large flattened conical points
for ears, large white eyes with a black pupil. He has fat cheeks and a bulbous
pink nose. He is predominately orange in colour with black rings around his
arms, legs, neck, body, tail and ears. His belly and throat are white as are the
tips of his fingers, tail, ears and toes. Additionally he has a white jawline and
some white points below his ears.

**Mode of speech**
He has a very small vocabulary as yet but could be extended in the future.
He can comunicate with signs.

**Original Language**
English.

**Props**
Any number of items that spring from the imagination of the author. Similar to
Wile E Coyote in this regard.

**Philosophy**
Esitentialism, Theology, ideology and pragmatism in some sence as foils for
each other.

**Continuing Mission**
To search for who is responsible for dropping an anvil on him.

**Target audience -** Universal. Children and Adults male and female.

9

© Copyright Trevor Kevin Baylis 2014

BAYLIS_9

# Trevi Tyger
# Character development

**Trevi Tyger** is a cartoon tiger living in a cartoon universe which is governed by cartoon laws of physics.

He acts and walks in classic cartoon style based somewhat on the classic style of Tex Avery Et al.

He doesn't speak much. He does conunicate with signs.

Oddly, an anvil called **Iron Annie Villy** will fall on his head at any time and from anywhere.

Trevi Tyger eventually becomes aware of Iron Annie Villy as a kind of nemesis.

His world is something of Kafkaesque nightmare because of his relationship to Iron Anni Villy falling on him for no discernible reason.

Initial cartoons containing Trevi Tyger are short (a few 10s of seconds) and involve him being aware of the viewer in some way. Lots of looking into camera for example.

Iron Ani Villy does not need any reason to fall on him but it seems sometimes somehow related but not limited to, the seven vices. For instance, in moments of pride, jealousy or anger etc.

As more and more cartoons are made he will eventually seek try to understand why it is happening to him.

© Copyright Trevor Kevin Baylis 2014

10

BAYLIS_10

# Future of Trevi Tyger character development

In time Trevi Tyger will meet another character (possibly a monkey with the name Virgil or Machiavelli).

Initially he will be in conflict with this character.

In the future, once Trevi Tyger's character is more developed, slightly longer cartoons will be made including the conflict with this new character but still the cartoon will end with Ani Villy falling.

The new character will not be revealed in it's entirety. For instance there might just be a hand striking Trevi Tyger from out of shot. (or water from a hose...or something...but never revealed what the source actually is....might be urine...no one will ever know....or admit to it...even when asked).

Incidences of minor violence towards TreviTyger from the new character will develop both characters further by the way conflicts are played out.

The new character will notice the weirdness of the relationship between Trevi Tyger and Ani Villy. Eventually, the new character will befriend Trevi Tyger and help him to work out why Ani Villy is persecuting him.

The new character will help guide Trevi Tyger on a long journey full of adventure and new conflicts to confront. For example a journey though Hell similar to Dante, Heracles, Aenus and or Perseus.

© Copyright Trevor Kevin Baylis 2014

BAYLIS_11

# Game Ideas

**TreviTyger Game idea.**

"we can think of game emotions as emotions of competition; they are emotions generated due to winning, losing, accomplishment, and frustration."

http://lmc.gatech.edu/~cpearce3/DiGRA07/Proceedings/111.pdf (Emotion types. p2)

TreviTyger appears on screen looking at the gamer (important to make eye contact). The gamer touches the top of the screen and an anvil appears and starts to fall. TreviTyger notices the anvil and takes evasive action in a comically cartoon way. The ways he avoids the falling anvil will have been developed within the cartoon shorts previously made.

The gamer will have a sense of frustration and will try to drop another anvil. TreviTygers actions are repeated. The gamers actions are repeated and so on and so on.

Possible tactics for winning. Each level, The anvils will stay on the ground and the gamer must try to trap TreviTyger to stop him escaping from the anvil dropping. There could be a lifespan on the anvils so that they disappear and allow further possibilities to escape a trapped situation. TreviTyger can climb or jump over them comically.

Additionally, the roles can be reversed so that the gamer is avoiding anvils. Not avoiding anvils can lead to a sense of frustration to the gamer. Seeing how long you can survive may be part of the challenge.

© Copyright Trevor Kevin Baylis 2014

BAYLIS_12

# Game Ideas

The game controls will have a degree of lag instilled in them. For instance, rather than just moving left or right there will be some preliminary anticipation type acting from TreviTyger before he moves. These can be randomly programmed into the standard movements of walking running climbing etc. For instance, lifting a leg up and leaning backwards before running forwards. Double takes or screaming etc. Even looking at the gamer and refusing to move as if the gammer is suggesting a bad idea! Holding up a sign maybe "what? Go that way? I'm not going that way you must be crazy!"

These things can increase the level of frustration and add to more button pressing...and swearing :)

This should be fun :)

© Trevor Baylis 05/03/2014Text

© Copyright Trevor Kevin Baylis 2014

BAYLIS_13

# Foils and Props
# Iron Annie Villy

**Iron Ani Villy character development Ideas**

The Anvil lets call it Annie-Ville or Iron AniVilly works better because of the 'i' and 'y' relation ship to Trev'i'T'y'ger. Additionally, there is some added originality to distinguish it from other cartoon anvil props from other cartoons.

For instance, as the animation shorts develop, TreviTyger can take evasive action. Maybe just side stepping Iron AniVilly as it falls. However, as in nature when prey works out a defence for the hunter, the hunter must adapt. So even though TreviTyger has avoided the first attack a hatch can open some where on Iron AniVilly and a gun appears pointing at Trevi Tyger. So he ducks just as the gun fires. Not to be outdone the gun goes back in the hatch and a knew sci-fi looking gun pops up. TreviTyger is too bemused to avoid this gun. Lets say this gun is a Shrink Ray gun and shrinks him. Then a mortar gun appears and fires a smaller anvil into the air as the shrunken TreviTyger tries desperately to run away in panic which of course ends in the usual dénouement.

Once we have established that the AniVilly can change into things we can do other stuff like drop a Jelly AniVilly, or a Fish Tank AniVilly full of Piranhas or a Shark. Or even Particle AniVilly that is made of sand and is poured over TreviTyger. We can even work from different angles such as an Inflatable AnVilly that activates when TreviTyger stands on it to catapult him into the air.



© Copyright Trevor Kevin Baylis 2014

# Foils and Props
# Virgyl the monkey

So named because he was once placed in a room with a typewriter for and endless amount of time to see if he could write the complete works of Shakespeare. However, he actually, quite by chance,wrote the Aeneid by Virgil instead.

He has a long career history which accounts for his somewhat, though slightly dubious, sage like wisdom. He was a cigarette tester, astronaut, taught humans how to do sign language (etc...etc...insert monkey history here.... etc)

He has quite literally been to Hell and back so this is why he can guide TreviTyger though Hell relatively unscathed.

He is a Wiley character and can extract himself from any difficult situation with wit and intelligence. He tells stories with the humour of Douglas Adams, Alexi Sayle, Monty Pyton.

Example Story (taken from my facebook comments)

"Don't mention the irradiated sticklebacks! They arrived soon after the Chernobyl disaster. Sucked up from a small pond by a radioactive tornado which resulted from the sudden heat exchange in the atmosphere. A cloud drifted towards Finland and they fell like fiery meteorites from the skies. By this time they had grown into hideously deformed monsters which had a penchant for horribly complicated bureaucracy. Soon they were running the local municipal council. I can't say more...I can see one now heading this way with some form that needs filling in about posting comments on Facebook... No!....Get away! No!....Nooooooooooooo!"

## Character Design yet to be decided upon.

© Copyright Trevor Kevin Baylis 2014

BAYLIS_15

# Example script
## At the gates of Hell

**Trevi and Virgil approach gates of hell. They are asked by someone at the gate (Gatekeeper for now) if they have any hope.**

Gatekeeper  noticing them enter though the gates– Oi you got any hope to declare? You can't co through that gate with hope. Read the sign.

Points to the top of the gate which says 'Abandon All Hope Ye Who Enter'

Trevi looks at Virgil not knowing how to respond.

Virgil produces a sign saying – sorry we can't read.

Gatekeeper trying to be clever, er, how did you make to sign then.

Virgil pulls a card out of somewhere on his person and waves it around in front of the gatekeeper but does not hold it still enough for the gatekeeper to read.

Virgil – Artistic licence!

Virgil just drags Trevi through the gates anyway

Trevi is slightly bemused by the whole encounter

Iron Ani Villy falls on top of the gatekeeper.

© Copyright Trevor Kevin Baylis 2014

16

# Published Works
## to Date 31 March 2014

**Links from the year 2014**

**https://www.facebook.com/trevor.baylis.7**

https://www.youtube.com/watch?v=8GDOTNZ8Ozw&list=UUVoCs8_xaPVm_rOEb4oijoA

https://www.youtube.com/watch?v=jFGr_VnUk2k&list=UUVoCs8_xaPVm_rOEb4oijoA

https://www.youtube.com/watch?v=QGCDdhHrWOo&list=UUVoCs8_xaPVm_rOEb4oijoA

https://www.youtube.com/watch?v=UamqIH76XQk&list=UUVoCs8_xaPVm_rOEb4oijoA

https://www.youtube.com/watch?v=lq9Tn84HcxU&list=UUVoCs8_xaPVm_rOEb4oijoA

https://www.youtube.com/watch?v=Anyx7arCvz8&list=UUVoCs8_xaPVm_rOEb4oijoA

Please contact Trevor Baylis at
trevor.baylis@gmail.com for access to these links if required.

© Copyright Trevor Kevin Baylis 2014

# Sketches









© Copyright Trevor Kevin Baylis 2014

18

# Sketches







19

© Copyright Trevor Kevin Baylis 2014

# Drawing Formula for Head



TreviTyger head freehand sketch formula

© Copyright Trevor Baylis 2014



© Copyright Trevor Kevin Baylis 2014

20

# Example Storyboard





© Copyright Trevor Kevin Baylis 2014

# Previous incarnations

A previous cartoon was made in 2004 by Trevor Kevin Baylis whilst studying at  the London Metropolitan University but this has been superseded by the 2014 version which has been completely reworked.



© Copyright Trevor Kevin Baylis 2014

22

# Previous incarnations

An image of the superceded 2004 Trevi Tyger from a previous showreel belonging to Trevor Kevin Baylis.



23

© Copyright Trevor Kevin Baylis 2014

BAYLIS_23