The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TREVOR KEVIN BAYLIS,

Plaintiff, *(pro se)*.

v.

VALVE CORPORATION,

Defendant.

Case No. 2:23-cv-01653-RSM

**[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANT VALVE CORPORATION'S AFFIRMATIVE AND OTHER DEFENSES**

THIS MATTER comes before the Court on Plaintiff's Trevor Kevin Baylis's Motion To Strike Defendant Valve Corporation's Seventeenth Defense To Plaintiff Trevor Kevin Baylis' Second Amended Complaint. The Court having considered the pleadings and records on file in the matter, including:

1. Plaintiff's Trevor Kevin Baylis's Motion To Strike Defendant Valve Corporation's Affirmative And Other Defenses;

2. Defendant Valve Corporation's Response, if any; and

3. Plaintiff's Reply, if any;

and the Court deeming itself otherwise advised in the premises, the Court HEREBY

[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANT VALVE CORPORATION'S AFFIRMATIVE AND OTHER DEFENSES
No. 2:23-cv-01653-RSM

Page 1

GRANTS the Motion To Strike Defendant Valve Corporation's Affirmative And Other Defenses.

IT IS SO ORDERED.

Dated this___day of_______ , 2024.

_______________________________

The Honorable Ricardo S. Martinez

*Presented by:*

Trevor Kevin Baylis

25th April 2024

Trevor Kevin Baylis

_______________________________

Jankanraitti

Tampere 33560, FINLAND

trevor.baylis@gmail.com

+358417225899

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 12th April 2024 I electronically filed the foregoing document with the United States District Court Western District of Washington at Seattle by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com, jfischer@aretelaw.com, kgreenberg@aretelaw.com

Jonah O. Harrison: jharrison@aretelaw.com, jfischer@aretelaw.com, kgreenberg@aretelaw.com

Dated: 12th April 2024

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

[PROPOSED] ORDER GRANTING MOTION TO STRIKE DEFENDANT VALVE CORPORATION'S AFFIRMATIVE AND OTHER DEFENSES
No. 2:23-cv-01653-RSM