The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>                Plaintiff, *(pro se)*.<br><br>v.<br><br>VALVE CORPORATION,<br><br>                Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**DECLARATION OF BAYLIS IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT VALVE CORPORATION'S AFFIRMATIVE AND OTHER DEFENSES** |

I, Trevor Kevin Baylis, declare as follows:

1. I am a professional 3D artist and animator. I represent myself as Plaintiff ("Baylis") in this matter. I am fifty six years old and have personal knowledge of the facts stated below. I am otherwise competent to testify and, if called upon to testify on the matters herein, would do so consistently with this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of 2024-03-07 Valve Response to 1st RFAs #Dkt. 27. Wherein Valve respond with insufficient "boilerplate answers.".

3. Attached hereto as Exhibit B is a true and correct copy of 2024-03-14 Valve Response to 2nd RFAs #Dkt. 28. Wherein Valve respond with insufficient "boilerplate answers."

4. Attached hereto as Exhibit C is a true and correct copy of 2024-04-08 Valve Response to 3rd RFAs #Dkt. 31. Wherein Valve respond with insufficient "boilerplate answers."

5. Attached hereto as Exhibit D is a true and correct copy of 2024-04-23 Valve Response to 4th RFAs #Dkt. 37. Wherein Valve respond with insufficient "boilerplate answers."

6. Attached hereto as Exhibit E is a true and correct copy of 2024-04-23 Valve Response to 5th RFAs #Dkt. 38. Wherein Valve respond with denials that obviously copyrightable works would be considered to be copyrightable works by any reasonable person.

7. Attached hereto as Exhibit F is a true and correct copy of email exchanges Baylis had with Jonah O. Harrison (and others) attorney at the law firm Arete Law Group PLLC. Who represent Defendant Valve Corporation ("Valve") in this matter. Wherein, Baylis makes available contact details for Lawyer Max Tuominen who has the Iron Sky Chain of Title documentation after the bankruptcy of Iron Sky Producers, and also contact information for principle Iron Sky Producer Tero Kaukomaa of Blind Spot Pictures who were headquartered in Switzerland. (Baylis_4 and Baylis_5).

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed in Tampere, Finland on this 25th day of April, 2024.

Trevor K Baylis

*/s/ Trevor Baylis*

trevor.baylis@gmail.com

+358417225899

DECLARATION OF BAYLIS IN SUPPORT OF PLAINTIFF'S
MOTION TO STRIKE DEFENDANT VALVE CORPORATION'S
AFFIRMATIVE AND OTHER DEFENSES
No. 2:23-cv-01653-RSM                                                                          Page 2

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 25th April 2024 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com


Dated: 25th April 2024

*Trevor Baylis* (signature)

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

DECLARATION OF BAYLIS IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT VALVE CORPORATION'S AFFIRMATIVE AND OTHER DEFENSES
No. 2:23-cv-01653-RSM