# EXHIBIT C

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

    Plaintiff,

  v.

VALVE CORPORATION,

    Defendant.

No. 2:23-cv-01653-RSM

**DEFENDANT VALVE CORPORATION'S RESPONSES TO PLAINTIFF TREVOR KEVIN BAYLIS'S REQUEST FOR ADMISSION SET 3**

Defendant Valve Corporation ("Valve"), by and through its counsel of record, provides the following objections and answers to Plaintiff Trevor Kevin Baylis's Request for Admissions Set 3.

**REQUEST FOR ADMISSION NUMBER 1.**

1. Admit that in the case at hand, "Baylis v Valve Corporation", Valve requires subscriber game developers known as "Partners" to create a "Steam Account" to be able to publish games via Valve's Steam Online Platform.

**ANSWER**: Valve denies that it requires "Partners" to create a "Steam Account" in "Baylis v. Valve Corporation." Valve objects on the basis that the terms "subscriber game developers" and "Partners" are vague and ambiguous. Valve admits that creation of a Steam account is one of several steps that a game developer who wishes to distribute a game on Steam must take.

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 3
No. 2:23-cv-01653-RSM – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

BAYLIS_I

**REQUEST FOR ADMISSION NUMBER 2.**

2. Valve admit that Partners are required to create a "Steamworks Account" (A set of tools and services that help game developers to manage their games).

**ANSWER**: Valve objects on the basis that this request is vague and ambiguous.

**REQUEST FOR ADMISSION NUMBER 3.**

3. Valve admit that Partners are required to send their uploads and games (store presence and product build) for review via Valve's own review process before they can release their game to the public.

**ANSWER**: Valve objects on the basis that this request is vague and ambiguous.

**REQUEST FOR ADMISSION NUMBER 4.**

4. Valve admit that Partners are required to download Steamworks SDK (software development kit) to facilitate the uploading of files to Valve's servers.

**ANSWER**: Valve objects on the basis that this request is vague and ambiguous.

**REQUEST FOR ADMISSION NUMBER 5.**

5. Valve admit that Valve receive financial benefits from selling, displaying and distributing Partners content such via the commissions it charges on all game sales, with the exact commission based on total net sales volume.

**ANSWER**: Valve objects on the basis that this request is vague and ambiguous.

**REQUEST FOR ADMISSION NUMBER 6.**

6. Valve admit that they have the right and practical ability to control activities on their Steam Platform.

**ANSWER**: Valve objects on the basis that this request is vague and ambiguous.

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 3
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

BAYLIS_2

**REQUEST FOR ADMISSION NUMBER 7.**

7. Valve admit that in and around May of 2023 they have prevented the release of "Dolphin", an open-source emulator for the Wii and the GameCube, after and email that Valve received from lawyers representing Nintendo of America" (Jenner & Block LLP) on May 26th claiming a violation of Nintendo' intellectual property rights.

**ANSWER**: Valve objects on the basis that this request seeks irrelevant information beyond the scope of Fed. R. Civ. P. 26(b), and is vague and ambiguous.

**REQUEST FOR ADMISSION NUMBER 8.**

8. Valve admit that in resolving the issue raised by Nintendo regarding "Dolphin" that Valve informed Dolphin that, "Due to the IP complaint, we have removed Dolphin Emulator from STEAM unless and until both parties notify us that the dispute is resolved." (Email: 26th May 2023 to Dolphin from Valve DMCA Team. Source: https://www.theverge.com/2023/6/1/23745772/valve-nintendo-dolphin-emulator-steam-emails (Accessed 3/8/2024)).

**ANSWER**: Valve objects on the basis that this request seeks irrelevant information beyond the scope of Fed. R. Civ. P. 26(b), and is vague and ambiguous.

DATED: April 8, 2024.

**ARETE LAW GROUP PLLC**

By: /s/ *Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 3
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

BAYLIS_3

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland<br>trevor.baylis@gmail.com | ☒ E-mail<br>☐ U.S. Mail<br>☐ E-filing |

Dated this 8th day of April 2024 in Seattle, Washington.

                                          */s/ Kaila Greenberg*
                                          Kaila Greenberg
                                          Legal Assistant

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 3
No. 2:23-cv-01653-RSM – Page 4

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

BAYLIS_4