# EXHIBIT D

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

No. 2:23-cv-01653-RSM

**DEFENDANT VALVE CORPORATION'S RESPONSES TO PLAINTIFF TREVOR KEVIN BAYLIS'S REQUEST FOR ADMISSION SET 4**

Defendant Valve Corporation ("Valve"), by and through its counsel of record, provides the following objections and answers to Plaintiff Trevor Kevin Baylis's Request for Admissions Set 4.

**REQUEST FOR ADMISSION NUMBER 1.**

1. Admit that in the case at hand, "Baylis v Valve Corporation", Valve's subscriber Topware Entertainment from Germany (Rittnertstraße 36, 76227 Karlsruhe), also known as Topware Interactive and AC Enterprises e.K. ("Partner") who are the developers of Iron Sky Invasion games, which are subject to this case, do not have a US Copyright Office registration for any Iron Sky Invasion games.

**<u>ANSWER</u>**: Valve admits that it performed a reasonable search of the US Copyright Office registrations and did not locate a copyright registration in the name of Topware Interactive for a video game titled *Iron Sky Invasion*.

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 4
No. 2:23-cv-01653-RSM – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**REQUEST FOR ADMISSION NUMBER 2.**

2.      Valve admit that their Partner do not have any US Copyright Office registration for any 3D models, artworks or animated sequences related to the film Iron Sky.

**ANSWER**: Valve admits that it performed a reasonable search of the US Copyright Office registrations and did not locate a copyright registration in the name of Topware Interactive for 3D models, artworks or animated sequences for a film titled *Iron Sky*.

**REQUEST FOR ADMISSION NUMBER 3.**

3.      Valve admit that their Partner do not have any valid exclusive license from Baylis to make any adaptations of the film Iron Sky via any legitimate Chain of Title.

**ANSWER**: Objection. This Request calls for a legal conclusion.

**REQUEST FOR ADMISSION NUMBER 4.**

4.      Valve admit that their Partner do not have any valid assignment of copyright from Baylis to make any adaptations of the film Iron Sky via any legitimate Chain of Title.

**ANSWER**: Objection. This Request calls for a legal conclusion.

**REQUEST FOR ADMISSION NUMBER 5.**

5.      Valve admit that their Partner do not have any standing to seek "remedies and protections" for any potential copyright infringement related to Iron Sky works.

**ANSWER**: Objection. This Request calls for a legal conclusion.

**REQUEST FOR ADMISSION NUMBER 6.**

6.      Valve admit that Valve also, do not have any standing to seek "remedies and protections" for any potential copyright infringement related to Iron Sky works.

**ANSWER**: Objection. This Request calls for a legal conclusion.

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 4
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**REQUEST FOR ADMISSION NUMBER 7.**

7. Valve admit that Valve also, do not have any US Copyright Office registration for any 3D models, artworks or animated sequences related to the film Iron Sky.

**ANSWER**: Valve objects on the basis that this request is vague and ambiguous. Valve further objects that this Request calls for a legal conclusion. To the extent the request is meant to ask Valve to admit that Valve is not named as a registered copyright owner with respect to the copyright registrations for the film *Iron Sky*, Valve admits.

**REQUEST FOR ADMISSION NUMBER 8.**

8. Valve admit that Valve also, do not have any valid exclusive license from Baylis to make any adaptations of the film Iron Sky via any legitimate Chain of Title.

**ANSWER**: Objection. This Request calls for a legal conclusion.

**REQUEST FOR ADMISSION NUMBER 9.**

8. [*sic*] Valve admit that under USC 17 §103(a) their Partner's use of Baylis' copyrighted work without a valid license from him means copyright does not extend to any part of Iron Sky Invasion games . (See Anderson v. Stallone and The Tolkien Tr. v. Polychron).

**ANSWER**: Objection. This Request calls for a legal conclusion.

DATED: April 23, 2024.

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax:   (206) 428-3251
jharrison@aretelaw.com

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 4
No. 2:23-cv-01653-RSM – Page 3



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250