# EXHIBIT E

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

        Plaintiff,

  v.

VALVE CORPORATION,

        Defendant.

No. 2:23-cv-01653-RSM

**DEFENDANT VALVE CORPORATION'S RESPONSES TO PLAINTIFF TREVOR KEVIN BAYLIS'S REQUEST FOR ADMISSION SET 5**

Defendant Valve Corporation ("Valve"), by and through its counsel of record, provides the following objections and answers to Plaintiff Trevor Kevin Baylis's Request for Admissions Set 5.

**REQUEST FOR ADMISSION NUMBER 1.**

1. Valve admit that the image below (Fig. 1) is the type of work that any reasonable person would consider to be copyrighted work.

Fig. 1

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 5
No. 2:23-cv-01653-RSM – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1  **ANSWER**: Denied.

3  **REQUEST FOR ADMISSION NUMBER 2.**

4  2.  Valve admit that the image below (Fig. 2) is the type of work that any reasonable person would consider to be copyrighted work.



Fig. 2

12  **ANSWER**: Denied.

14  **REQUEST FOR ADMISSION NUMBER 3.**

15  3.  Valve admit that the image below (Fig. 3) is the type of work that any reasonable person would consider to be copyrighted work.



Fig. 3

23  **ANSWER**: Denied.

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 5
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**REQUEST FOR ADMISSION NUMBER 4.**

4. Valve admit that the image below (Fig. 4) is the type of work that any reasonable person would consider to be copyrighted work.



Fig. 4

**ANSWER**: Denied.

**REQUEST FOR ADMISSION NUMBER 5.**

5. Valve admit that the image below (Fig. 5) is the type of work that any reasonable person would consider to be copyrighted work.



Fig. 5

**ANSWER**: Denied.

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 5
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**REQUEST FOR ADMISSION NUMBER 6.**

6.	Valve admit that the image below (Fig. 6) is the type of work that any reasonable person would consider to be copyrighted work.



Fig. 6

**ANSWER**: Denied.

**REQUEST FOR ADMISSION NUMBER 7.**

7.	Valve admit that the image below (Fig. 7) is the type of work that any reasonable person would consider to be copyrighted work.



Fig. 7

**ANSWER:** Denied.

DATED:  April 23, 2024.

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 5
No. 2:23-cv-01653-RSM – Page 4

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 5
No. 2:23-cv-01653-RSM – Page 5

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland<br>trevor.baylis@gmail.com | ☒ E-mail<br>☐ U.S. Mail<br>☐ E-filing |

Dated this 23rd day of April 2024 in Seattle, Washington.

/s/ *Kaila Greenberg*
Kaila Greenberg
Legal Assistant

VALVE CORPORATION'S RESPONSES
TO REQUESTS FOR ADMISSION SET 5
No. 2:23-cv-01653-RSM – Page 6

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250