The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VALVE CORPORATION,<br><br>　　　　　　Defendant. | No. 2:23-cv-01653-RSM<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Minute Order dated February 10, 2025 (Dkt. #62), Plaintiff Trevor Kevin Baylis ("Baylis") and Defendant Valve Corporation ("Valve") herby submit the following Joint Status Report:

　　　1.　Pursuant to the correspondence attached hereto as Exhibit A, the US Copyright Office indicates it should have a response to the inquiries regarding Copyright Registration No. PA0002432422 by March 14, 2025.

DATED: March 3, 2025

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101

By: */s/ Trevor Kevin Baylis*
Trevor Kevin Baylis
Plaintiff *pro se*



Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

JOINT STATUS REPORT
No. 2:23-cv-01653-RSM – Page 2



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 3rd day of March, 2025 in Seattle, Washington.

/s/ *Janet Fischer*
Janet Fischer
Paralegal

JOINT STATUS REPORT
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250