The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>    Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>    Defendant. | No. 2:23-cv-01653-RSM<br><br>**PRAECIPE TO ATTACH DOCUMENT**<br><br><u>**Clerk's Action Required**</u> |

On March 3, 2025, Defendant Valve Corporation filed a Joint Status Report on behalf of all parties (Dkt. No. 63). Exhibit A was inadvertently omitted from that filing. Accordingly, Defendant Valve Corporation respectfully requests the Clerk attach to the Joint Status Report the Exhibit A filed concurrently as an exhibit to this Praecipe.

DATED: March 3, 2025.

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

PRAECIPE TO ATTACH DOCUMENT
No. 2:23-cv-01653-RSM – Page 1



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 3rd day of March, 2025 in Seattle, Washington.

*/s/ Janet Fischer*
Janet Fischer
Paralegal

PRAECIPE TO ATTACH DOCUMENT
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250