# EXHIBIT A



**From:** Luna, Gabriela E <gluna@copyright.gov>
**Sent:** Tuesday, February 25, 2025 9:44 AM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Kaila Greenberg <kgreenberg@aretelaw.com>; 'trevor.baylis@gmail.com' <trevor.baylis@gmail.com>; Jeremy Roller <jroller@aretelaw.com>
**Subject:** RE: Question regarding PA0002432422

Good afternoon,

Thank you for your inquiry. The Office is in receipt of the 411(b) request under the case captioned, *Baylis v. Valve Corp*, No. 23-cv-1653 (W.D. Wash.). The Office's response is forthcoming, and the Court can expect it to be filed by March 14, 2025.

Best,
Gabi



**Gabriela Luna**
Paralegal Specialist
OGC & PIA | U.S. Copyright Office
101 Independence Ave SE, Washington, DC 20559-6001

---

**From:** Jonah Harrison <jharrison@aretelaw.com>
**Sent:** Tuesday, February 25, 2025 12:13 PM
**To:** Copyright Information <copyinfo@copyright.gov>
**Cc:** 411filings <411filings@copyright.gov>

**Subject:** RE: Question regarding PA0002432422

> **CAUTION:** This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

Thank you, John,

Much appreciated.

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

---

**From:** Copyright Public Information Office <copyinfo@copyright.gov>
**Sent:** Tuesday, February 25, 2025 7:04 AM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** 411filings@copyright.gov
**Subject:** Re: Question regarding PA0002432422


Dear Jonah Harrison,

We have forwarded your inquiry to the correct contact. Please note: pursuant to 37 CFR 215.14 (Court requests to the Register of Copyrights pursuant to 17 U.S.C. 411(b)(2)), filings should be sent to: 411filings@copyright.gov. Sending these filings to our general public information email will delay the office's ability to respond in a timely manner.

Sincerely,
John Saint Amour



**Manager**

**Public Information Office, LM401**
**U.S. Copyright Office | Library of Congress**

**101 Independence Ave SE, Washington, DC 20559-6001**

**Phone: 877-476-0778 (toll free) | Fax: 202-252-2041**

**Email:** copyinfo@copyright.gov | **Web:** www.copyright.gov/

--------------- Original Message ---------------

**From:** Jonah Harrison [jharrison@aretelaw.com]

**Sent:** 2/11/2025, 3:15 PM

**To:** copyinfo@copyright.gov

**Cc:** kgreenberg@aretelaw.com; trevor.baylis@gmail.com; jroller@aretelaw.com; jharrison@aretelaw.com

**Subject:** Question regarding PA0002432422

> **CAUTION:** This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

Good afternoon,

We represent defendant Valve Corporation in United States District Court for the Western District of Washington, Case No. C23-1653RSM. I have the plaintiff, Mr. Baylis, on this email. On February 10, 2025, Judge Martinez of that Court ordered the parties to submit a status report by March 3 to the Court, updating it on the status of the Court's April 29, 2024 order regarding Copyright Registration No PA0002432422.

Pursuant to that order, the Court mandated on April 29, 2024:

Accordingly, pursuant to 17 U.S.C. § 411(b)(2), the Court requests the Register of Copyrights to advise the Court as to the following question:

> Would the Register have rejected Baylis' [the plaintiff] Copyright Registration No. PA0002432422 had it known that, contrary to his statement that he is a joint author of *Iron Sky*, on May 31, 2018, a Finnish court expressly determined that Baylis is not a joint author and has no copyright in the movie Iron Sky or its animated parts?

I understand that this email will be forwarded to counsel for the Copyright Office, and I look forward to discussing the status of this matter and any updates they may be able to provide.

Sincerely,

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

thread::--iNx0WCdRWKlLqY0mUoSQI::