The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>        Plaintiff,<br>v.<br><br>VALVE CORPORATION,<br><br>        Defendant. | Case No. C23-1653-RSM<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the United States, on behalf of the United States Copyright Office, hereby enters its notice of appearance by Scott Bolden, Director, in the above-entitled matter.

You are advised that service of all further pleadings, notices, documents, or other papers herein, may be made upon the United States by serving the undersigned attorney at the address stated below.

//

//

//

Date: March 10, 2025

               YAAKOV M. ROTH
               Acting Assistant Attorney General

*s/ Scott Bolden*
SCOTT BOLDEN
Director
Intellectual Property Section
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Scott.Bolden@usdoj.gov
Tel: (202) 307-0262

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the United States Department of Justice and of such age and discretion as to be competent to serve papers;

I further certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all case participants through CM/ECF.

Date: March 10, 2025

*s/ Scott Bolden*
SCOTT BOLDEN
Director
Intellectual Property Section
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Scott.Bolden@usdoj.gov
Tel: (202) 307-0262