The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>VALVE CORPORATION,<br><br>　　　　　Defendant. | Case No. C23-1653-RSM<br><br>**NOTICE OF FILING** |

The United States Copyright Office, through its undersigned counsel, hereby files the attached Response of the Register of Copyrights to Request Pursuant to 17 U.S.C. § 411(b)(2), as directed by the Court's Order.  *See* ECF 60.

//

//

//

1  Date: March 10, 2025

2  YAAKOV M. ROTH
   Acting Assistant Attorney General

3

4  *s/ Scott Bolden*
   SCOTT BOLDEN
   Director
5  Intellectual Property Section
   Commercial Litigation Branch
6  Civil Division
   U.S. Department of Justice
7  Washington, DC 20530
   Scott.Bolden@usdoj.gov
8  Tel: (202) 307-0262

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the United States Department of Justice and of such age and discretion as to be competent to serve papers;

I further certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all case participants through CM/ECF.

Date: March 10, 2025

*s/ Scott Bolden*
SCOTT BOLDEN
Director
Intellectual Property Section
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530
Scott.Bolden@usdoj.gov
Tel: (202) 307-0262