The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>        Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>        Defendant. | No. 2:23-cv-01653-RSM<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Minute Order dated March 18, 2025 (Dkt. #67), Plaintiff Trevor Kevin Baylis ("Baylis") and Defendant Valve Corporation ("Valve") hereby submit the following Joint Status Report.

Valve has endeavored to communicate with Baylis regarding the Court's order to provide a joint status report, asking if it was his position that "the court should lift the stay and we should proceed with the litigation." Exhibit A. Baylis' response was that "I have made it clear in previous correspondence that I find you to be dishonest. So obviously I have no trust in your words." *Id*. He provided as an attachment a seven-page proposed status report setting forth his arguments on various legal issues and discussing a request for sanctions under Fed. R. Civ. P. 11. Exhibit B.



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

Valve's position is that in light of the Register of Copyright's March 10, 2025 Response, the stay should be lifted and a new scheduling order should be issued. Valve proposes a trial date setting in mid-May 2026, due to trial conflicts for Valve and Valve's counsel prior to that time, with other pretrial dates set in accordance with whichever date in that time frame the Court sets for trial.

Baylis' position is set forth in Exhibits A and B, submitted herewith. Baylis further states that "Baylis respectfully requests that the court lift the stay on this case and addresses [*sic*] the pending motions before the Court in this case (#Dkt 56 and #Dkt 58)."

DATED: March 24, 2025

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

By: */s/ Trevor Kevin Baylis*
Trevor Kevin Baylis
Plaintiff *pro se*

JOINT STATUS REPORT
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 24th day of March, 2025 in Seattle, Washington.

/s/ *Janet Fischer*
Janet Fischer
Paralegal

JOINT STATUS REPORT
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250