# EXHIBIT A

| | |
|---|---|
| **From:** | Trevor Baylis |
| **To:** | Jonah Harrison |
| **Cc:** | Jeremy Roller; Janet Fischer; Kaila Greenberg |
| **Subject:** | Re: Baylis v Valve _ Order- Dkt 67 Mar 18, 2025 - joint status report |
| **Date:** | Wednesday, March 19, 2025 9:43:24 PM |
| **Attachments:** | image001.png |

Mr Harrison,

I have made it clear in previous correspondence that I find you to be dishonest. So obviously I have no trust in your words.

My reading of the Judges direction is that he is asking for reason why the stay is lifted.

"and whether the stay should be lifted and a new scheduling order issued"

So I am providing my reasoning.

If I refer to our previous Joint Statement #Dkt 24 it has a section thus,

1. Nature and Complexity of the Case
A. Plaintiff's Position
Baylis asserts the following

As I don't trust you or anything you say or write, and as you have definitely been wrong and mistaken in this case, then I will not give credence to any of your opinions about what I should include in a "JOINT" status report unless I see my own reason to, any more than if you and I made a film together wherein I was in charge of creating the animations.

Kind regards


On Thu, 20 Mar 2025 at 00:48, Jonah Harrison <jharrison@aretelaw.com> wrote:

> Hi, Trevor,
>
> I don't think the Court wants us to be arguing the positions of the parties for this, it only wants to know the case status from our perspective and if the stay should be lifted and a new scheduling order issued. I assume your position is that the court should lift the stay and we should proceed with the litigation?
>
> Best,



**Jonah Harrison**
A 600 University Street, Suite 2420
   Seattle, WA 98101
D 206-428-3253   O 206-428-3250
E jharrison@aretelaw.com
W www.aretelaw.com

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Wednesday, March 19, 2025 7:53 AM
**To:** Jonah Harrison <jharrison@aretelaw.com>; Jeremy Roller <jroller@aretelaw.com>; Janet Fischer <jfischer@aretelaw.com>; Kaila Greenberg <kgreenberg@aretelaw.com>
**Subject:** Baylis v Valve _ Order- Dkt 67 Mar 18, 2025 - joint status report


RE: Baylis v Valve _ Order- Dkt 67  Mar 18, 2025 - Court now DIRECTS the parties to file a joint status report

Attached for your review is a draft "position of plaintiff" section for the Joint status report for the Court.

I apologize for any gramma or formatting issues as I am dyslexic and struggle with such things.

You may adjust such things on my behalf if you wish or let me know of any corrections I should make.

Kind regards


--

Trevor Baylis


Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

> This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.