UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS, | Case No. C23-1653RSM |
| Plaintiff, | ORDER LIFTING STAY AND RE-NOTING MOTIONS TO STRIKE DEFENSES |
| v. | |
| VALVE CORPORATION, | |
| Defendant. | |

This matter comes before the Court in response to the parties' Joint Status Report filings. *See* Dkt. #68. On April 29, 2024, the Court issued an Order staying this case pending a referral to the Register of Copyrights. Dkt. #60. On March 10, 2025, a notice was filed on the docket with an attached Response from the Register of Copyrights. Dkt. #66. The parties agree that the stay should be lifted. *See* Dkt. #68.

Given the above, the Court hereby FINDS and ORDERS that the April 29, 2024, stay in this case is LIFTED. The Court further RE-NOTES Plaintiff's Motions at Dkt. #56 and #58. These Motions are to be re-noted for consideration on April 25, 2025, with response briefs due on April 21, 2025, and reply briefs due on April 25, 2025. A new scheduling order will also be issued in this case.

DATED this 25th day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER LIFTING STAY AND RE-NOTING MOTIONS TO STRIKE DEFENSES - 1