The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>           Plaintiff, *(pro se)*.<br><br>     v.<br><br>VALVE CORPORATION,<br><br>           Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**PLAINTIFF'S NOTICE OF OBJECTION ON DEFENDANT VALVE CORPORATION'S NOTICE OF INTENT TO RAISE FOREIGN LAW**<br><br>September 2, 2025 |

PLAINTIFF'S NOTICE OF OBJECTION ON DEFENDANT VALVE
CORPORATION'S NOTICE OF INTENT TO RAISE FOREIGN LAW.
No. 2:23-cv-01653-RSM

# INTRODUCTION

Defendant's ("Valve") have raise a notice of its intent to rely upon the law of Finland in support of its Motion for Summary Judgment. See Dkt 71.

However, Finnish Copyright Law *by it's own Copyright Act is* **territorially restricted** *in Section 63(2) of that very Finnish Copyright Act.*[1] Therefore, the Finnish Copyright Act cannot be relied on in this case because it bars itself under its own Act!

**§63(2) of Finnish copyright act.**

"**Chapter 8. Applicability of the Act. Territorial application** (607/2015)
The provisions of this Act relating to copyright shall apply:
2) to works first published in Finland or published in Finland within thirty days of having first been published in another country; 3) to a cinematographic work the producer of which has its headquarters or habitual residence in Finland;"

*Iron Sky* the copyrighted work at issue (Plaintiff Trevor Kevin Baylis Second Amended Complaint ("SAC") Dkt 25) in this case was "First Published" in Germany.[2] Which is undisputed by Valve and is fact based in any case.

*Iron Sky*'s Producer Tero Kaukomaa's habitual residence was/is in Switzerland and Blind Spot Pictures was headquartered in Switzerland.[3]

Baylis wasn't even employed by Blind Spot Pictures (SAC Dkt 25, ¶¶ 40-41; 82-83).

---

[1] Finnish Copyright Act Translated version. https://www.finlex.fi/en/legislation/translations/1961/eng/404

[2] See, Nation of First Publication - Germany. Iron Sky United States Copyright Office Registration. https://publicrecords.copyright.gov/detailed-record/voyager_35539658

[3] Blind Spot Zürich GmbH in Liquidation. [Machine Translation] Blind Spot Zürich GmbH, in Zurich, CHE-110.542.326, limited liability company (SHAB No. 184 of September 22, 2010, p. 18, Publ. 5822300). New company name: Blind Spot Zürich GmbH in liquidation. The company was dissolved by resolution of the shareholders' meeting of November 26, 2020. New or changed registered persons: Kaukomaa, Tero, Finnish citizen, in Zurich, shareholder and managing director, liquidator, with sole signature, with 20 registered shares of CHF 1,000.00 each [previously: shareholder and managing director, with sole signature]. https://www.zefix.ch/de/search/entity/list/firm/738200 (Accessed 27th August 2025).

PLAINTIFF'S NOTICE OF OBJECTION ON DEFENDANT VALVE CORPORATION'S NOTICE OF INTENT TO RAISE FOREIGN LAW.
No. 2:23-cv-01653-RSM

Page 1

Furthermore the issues of copyright authorship and copyright originality that Valve want to raise in the Motion of Summary Judgment (Dkt 76) are FACT based an not law based.

"Authorship is a question of fact." S.O.S., Inc. v. Payday, Inc., 886 F.2d 1081, 1086 (9th Cir. 1989) (citing Del Madera Props. v. Rhodes & Gardner, Inc., 820 F.2d 973, 980 (9th Cir. 1987)).

Whether a work is a joint work is a question of fact. See S.O.S., Inc. v. Payday, Inc., 886 F.2d 1081, 1087 (9th Cir. 1989) (reversing summary judgment determination of joint authorship). But see Richlin v. Metro-Goldwyn-Mayer Pictures, Inc., 531 F.3d 962, 967-70 (9th Cir. 2008) (affirming summary judgment determination of joint authorship); Aalmuhammed v. Lee, 202 F.3d 1227, 1236 (9th Cir. 2000) (same).

"Original, as the term is used in copyright, means only that the work was independently created by the author . . . , and that it possesses at least some minimal degree of creativity."Feist Pubs, Inc. v. Rural Tel. Serv. Co., Inc., 499 U.S. 340, 345 (1991). The effort involved to create the work is "wholly irrelevant." CDN, Inc. v. Kapes, 197 F.3d 1256, 1260 (9th Cir. 1999).

Whether a work involves sufficient creativity is a question of fact, see Dezendorf v. Twentieth Century-Fox Film Corp., 99 F.2d 850, 851 (9th Cir. 1938) (holding that "question of originality" is "one of fact, not of law"); Paul Goldstein, Goldstein on Copyright,§ 2.2.1 (3d ed. 2023) ("Courts have historically characterized originality as a question of fact.").

## CONCLUSION.

Finnish copyright law cannot apply to this case even if this Court were to look to Finnish copyright law on the copyright issues of FACT that Valve want to raise, (authorship and originality) because Finnish copyright law itself bars itself from being applied to a work "First published" in Germany under territorial restrictions of the Finnish Copyright Act (§63(2).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

17    2nd September 2025

18

19    Trevor Kevin Baylis

20    *[signature: Trvr Bay]*

21    Jankanraitti

22    Tampere 33560, FINLAND

23    Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

24

PLAINTIFF'S NOTICE OF OBJECTION ON DEFENDANT VALVE
CORPORATION'S NOTICE OF INTENT TO RAISE FOREIGN LAW.
No. 2:23-cv-01653-RSM

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 2nd September 2025 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN

Director Intellectual Property Section Commercial Litigation Branch

Civil Division U.S. Department of Justice

Scott.Bolden@usdoj.gov

Dated: 2nd September 2025

*[signature: Trevor Baylis]*

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

PLAINTIFF'S NOTICE OF OBJECTION ON DEFENDANT VALVE CORPORATION'S NOTICE OF INTENT TO RAISE FOREIGN LAW.
No. 2:23-cv-01653-RSM