The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>              Plaintiff, *(pro se)*.<br><br>  v.<br><br>VALVE CORPORATION,<br><br>              Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**MOTION FOR BRIEFING SCHEDULE AND NOTICE OF REQUEST TO FILE CROSS MOTION FOR SUMMARY JUDGMENT** |

**MOTION FOR BRIEFING SCHEDULE AND NOTICE OF REQUEST TO FILE CROSS MOTION FOR SUMMARY JUDGMENT**
No. 2:23-cv-01653-RSM

**Briefing Schedule And Notice Of Request To File
Cross Motion For Summary Judgment**

1. Plaintiff ("Baylis") respectfully request leave of the Court to file a Combined Response and Cross-Motion for Summary Judgment in Opposition to Defendant's ("Valve")Motion for Summary Judgment Dkt 76 on the issues of comity and collateral estoppal and also request for partial summary judgment on copyright ownership, authorship and originality issues under Title 17, or at minimum factual determinations under Rule 56(g) as a declaratory judgment under 28 U.S.C. § 2201 supported by the registration and an undisputed evidentiary record.

2. Baylis shall file his opposition to Valve's Motion for summary judgment, as his Combined Response and Cross-Motion for Summary Judgment in Opposition to Valve's Motion for Summary Judgment, on or before September 22, 2025 which is consistent with Court rules on response times (LCR 7)

3. Baylis proposes Valve file its reply in support of its Motion for summary judgment (Dkt 76), together with its opposition to Baylis' Combined Response and Cross-Motion for Summary Judgment on or before October 6, 2025

4. And Baylis shall file his Reply in support of Combined Response and Cross-Motion for Summary Judgment on or before October 16, 2025.

**MOTION FOR BRIEFING SCHEDULE AND NOTICE OF REQUEST TO FILE CROSS MOTION FOR SUMMARY JUDGMENT**                                      Page 1
No. 2:23-cv-01653-RSM

5.   Baylis' anticipates his Combined Response and Cross-Motion for Summary Judgment in Opposition to Valve's Motion for Summary Judgment which, Baylis would include a request for partial summary judgment on copyright ownership, authorship and originality would not exceed 8,400 words or 24 pages.

6.   Baylis has conferred with Valve on this Motion for Briefing Schedule by email exchanges from the 2nd to the 6th of September, See Exhibit A, submitted herewith, but does not anticipate a clear agreement from Valve and Baylis does not want to delay this case. Therefore Baylis files this Motion for the Court's consideration.

> "Thanks. OK, I think we should talk early next week and discuss a briefing schedule and a stipulation to stay the matter or extend the trial schedule to accommodate both motio being heard. As these issues could be dispositive, it makes sense to either put further action on hold or simply extend the trial schedule far enough out to provide for time for briefing and for the Court to decide on the motions. Would you like us to put together a stipulation and proposed order on all those items?"
> (Counsel for Valve. 6 Sept 2025, 01:53. Exhibit A, at BAYLIS_1)

8 September 2025

Trevor Kevin Baylis

*/s/ Trevor Baylis*

Jankanraitti

Tampere 33560, FINLAND

Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

**MOTION FOR BRIEFING SCHEDULE AND NOTICE OF REQUEST TO FILE CROSS MOTION FOR SUMMARY JUDGMENT**
No. 2:23-cv-01653-RSM

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 8th September 2025 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN

Director Intellectual Property Section Commercial Litigation Branch

Civil Division U.S. Department of Justice

Scott.Bolden@usdoj.gov

Dated: 8th September 2025

*[signature: Trevor Baylis]*

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

**MOTION FOR BRIEFING SCHEDULE AND NOTICE OF REQUEST TO FILE CROSS MOTION FOR SUMMARY JUDGMENT**
No. 2:23-cv-01653-RSM