# EXHIBIT D



Trevor Baylis <trevor.baylis@gmail.com>

## Activity in Case 2:23-cv-01653-RSM Baylis v. Valve Corporation Minute Order
10 messages

**ECF@wawd.uscourts.gov** <ECF@wawd.uscourts.gov>　　　　　　　　　　　8 September 2025 at 20:49
To: ECF@wawd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**United States District Court for the Western District of Washington**

### Notice of Electronic Filing

The following transaction was entered on 9/8/2025 at 10:49 AM PDT and filed on 9/8/2025
**Case Name:**　　　　Baylis v. Valve Corporation
**Case Number:**　　　2:23-cv-01653-RSM
**Filer:**
**Document Number:** 81(No document attached)

**Docket Text:**
**MINUTE ORDER, Motions terminated: [80] MOTION Request for cross motion and briefing schedule re [76] MOTION for Summary Judgment filed by Trevor Kevin Baylis.The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge: On August 28, 2025, Defendant filed a Motion for Summary Judgment. Dkt. #76. On September 8, 2025, Plaintiff filed a Motion requesting a briefing schedule for cross motions. Dkt. #80. Under this Court's Local Rules, "Parties anticipating filing cross motions are encouraged to agree on a briefing schedule and to submit it to the court for approval through a stipulated motion and proposed order." LCR 7(k). Plaintiff attaches email correspondence between the parties indicating that they almost reached agreement on this issue but were waiting until "early next week" to discuss further.** *See* **Dkt. #80-2. Plaintiff's Motion is not stipulated between the parties. Given all of the above, the Court will STRIKE the instant Motion and encourages the parties to immediately agree on a briefing schedule and to submit it to the Court for approval through a stipulated motion and proposed order. (CB)**

**2:23-cv-01653-RSM Notice has been electronically mailed to:**

Jeremy E Roller　　　jroller@aretelaw.com, jfischer@aretelaw.com, kgreenberg@aretelaw.com

Jonah O. Harrison　　　jharrison@aretelaw.com, jfischer@aretelaw.com, kgreenberg@aretelaw.com

Scott Bolden　　　scott.bolden@usdoj.gov

Trevor Kevin Baylis    trevor.baylis@gmail.com

**2:23-cv-01653-RSM Notice will not be electronically mailed to:**

---

**Trevor Baylis** <trevor.baylis@gmail.com>　　　　　　　　　　　　　8 September 2025 at 21:33
To: Jonah Harrison <jharrison@aretelaw.com>, Jeremy Roller <jroller@aretelaw.com>, Janet Fischer <jfischer@aretelaw.com>, Kaila Greenberg <kgreenberg@aretelaw.com>

Re: Latest Minute Order.

My previous proposal and timing still stands as regards to a briefing schedule and I have no reason to change it.

I understand Finnish law very well.

Even theatre works in Finland are joint works. We had a preliminary hearing with Judge Pekka Savola for the Iron Sky case just after the Ari Kaurismaki case which Judge Pekka Savola ruled on himself. It's all very odd that the Kaurismaki case doesn't even get a mention in the Iron Sky case given the issues regarding authorship were identical.

So again. My previous proposal and timing still stands as regards to a briefing schedule an I have no reason to change it.

Additionally I sent you and email referring to video files that I may use as evidence and the transcripts for them. I presume If you have some gmail account I can send them to you then I can do that. There is a problem sending packages from Finland to the United States at the moment because of some law changes made by the President of US.

I've managed to send the video files on two USB drives to the Court. Do you need a USB drive or can you download them from Google Drive. If not then alternative you can follow the YouTube links.

Kind regards

[Quoted text hidden]
--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

---

**Jonah Harrison** <jharrison@aretelaw.com>　　　　　　　　　　　　　8 September 2025 at 21:43
To: Trevor Baylis <trevor.baylis@gmail.com>, Jeremy Roller <jroller@aretelaw.com>, Janet Fischer <jfischer@aretelaw.com>, Kaila Greenberg <kgreenberg@aretelaw.com>

You sent files to the Court that you did not send to us?  When did you do that?  Why did you not copy us on that correspondence?



**Jonah Harrison**
A 600 University Street, Suite 2420
   Seattle, WA 98101
D 206-428-3253   O 206-428-3250
E jharrison@aretelaw.com
W www.aretelaw.com

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

[Quoted text hidden]

---

**Trevor Baylis** <trevor.baylis@gmail.com>                                    8 September 2025 at 22:05
To: Jonah Harrison <jharrison@aretelaw.com>
Cc: Jeremy Roller <jroller@aretelaw.com>, Janet Fischer <jfischer@aretelaw.com>, Kaila Greenberg <kgreenberg@aretelaw.com>

You can't be serious.

I sent you multiple emails and attached pdfs as document telling you I would be submitting video files to the court and asking you to contact me with any questions.

"Pursuant to Rule 26 of the Federal Rules of Civil Procedure (FRCP) "Rule 26",
Plaintiff "Baylis" hereby discloses to Defendant "Valve" a non exhaustive list of video files
that Baylis intends to rely on in this case, and which may be attached as evidence to support
upcoming motions for the court. These video files are necessary to prove Baylis is the creator
and originator of his own work which appears significantly in the film Iron Sky and because of
the remote distance of Baylis residing in Finland and the need to provide video evidence as a
practical consideration for Baylis to prove his competence as a 3D artist using Maya software.
A number of these files have been uploaded to Youtube for practical convenience and
may be submitted as hard copies on USB drives or by other electronic files sharing means as
may be agreed upon by meet and confer communications and court rules."

PLAINTIFF'S FIRST DISCLOSURE OF VIDEO
EVIDENCE FILES
August 18, 2025

See attached

[Quoted text hidden]

---

**2 attachments**



**Screenshot 2025-09-08 at 22.02.29.png**
507K

Gmail - Baylis v Valve - Request for chain of title documents..pdf
74K

---

**Jonah Harrison** <jharrison@aretelaw.com>      8 September 2025 at 22:27
To: Trevor Baylis <trevor.baylis@gmail.com>
Cc: Jeremy Roller <jroller@aretelaw.com>, Janet Fischer <jfischer@aretelaw.com>, Kaila Greenberg <kgreenberg@aretelaw.com>

I'm quite serious.  Ex parte communication with the Court of the sort you are discussing is strictly prohibited.  Please immediately provide us exact copies of everything you have given the court, including copies of all emails, cover letters, communications and any and all thumbdrives you have sent.

[Quoted text hidden]

---

**Trevor Baylis** <trevor.baylis@gmail.com>      8 September 2025 at 22:28
To: Jonah Harrison <jharrison@aretelaw.com>
Cc: Jeremy Roller <jroller@aretelaw.com>, Janet Fischer <jfischer@aretelaw.com>, Kaila Greenberg <kgreenberg@aretelaw.com>

You already have it dumbass!

[Quoted text hidden]

 Gmail - Baylis v Valve - Request for chain of title documents..pdf
74K

---

**Jonah Harrison** <jharrison@aretelaw.com>      8 September 2025 at 22:39
To: "martinezorders@wawd.uscourts.gov" <martinezorders@wawd.uscourts.gov>
Cc: Trevor Baylis <trevor.baylis@gmail.com>, Jeremy Roller <jroller@aretelaw.com>, Kaila Greenberg <kgreenberg@aretelaw.com>, Janet Fischer <jfischer@aretelaw.com>, Jonah Harrison <jharrison@aretelaw.com>, Lisa Herb <lherb@aretelaw.com>

Good afternoon,

Per the email below, it appears that Mr. Baylis, a pro se plaintiff, may have been directing ex parte communications to the Court.  Would it be possible to either set a brief telephonic conference to address this or to obtain a copy from the Court of any and all communications that Mr. Baylis has directed to the Court?

Thank you in advance,

[Quoted text hidden]

 **Gmail - Baylis v Valve - Request for chain of title documents..pdf**
74K

**Trevor Baylis** <trevor.baylis@gmail.com>  8 September 2025 at 22:39
To: Jonah Harrison <jharrison@aretelaw.com>
Cc: Jeremy Roller <jroller@aretelaw.com>, Janet Fischer <jfischer@aretelaw.com>, Kaila Greenberg <kgreenberg@aretelaw.com>

Here they are again.
[Quoted text hidden]

**7 attachments**

 **Baylis_Disclosure4.pdf**
198K

 **Baylis_DisclosureEmails2.pdf**
468K

 **Baylis_DisclosureEmails.pdf**
212K

 **Baylis_Disclosure3.pdf**
191K

 **Baylis_Disclosure2.pdf**
193K

 **Baylis_Disclosure1.pdf**
220K

 **Baylis_Videofile_Transcripts.zip**
4985K

**Trevor Baylis** <trevor.baylis@gmail.com>  8 September 2025 at 23:08
To: Jonah Harrison <jharrison@aretelaw.com>
Cc: Jeremy Roller <jroller@aretelaw.com>, Janet Fischer <jfischer@aretelaw.com>, Kaila Greenberg <kgreenberg@aretelaw.com>

What you haven't done is actually reply to any of my emails concerning this videos. I sent you this information so that you would have a decent amount of time to look at it and I have repeatedly asked you have you want me to send you the files. Hence - can I send them to you via Google drive?  or Is the Youtube links a practical solution for you?

Do you need a USB drive sent to you? I don't know if the court gives you the second copy or if I have to provide you with a 3 copy. It cost money for me to do this so I would rather you either supply a Google drive account or you can access them via Youtube and use some online software to download them such as;

https://ssyoutube.com/en805gE/

Kind regards

You didn't reply to my emails. That's on you!

[Quoted text hidden]

---

**Trevor Baylis** <trevor.baylis@gmail.com>                                           8 September 2025 at 23:39
To: Jonah Harrison <jharrison@aretelaw.com>
Cc: Jeremy Roller <jroller@aretelaw.com>, Janet Fischer <jfischer@aretelaw.com>, Kaila Greenberg <kgreenberg@aretelaw.com>

So anyway there is still the "actual point" of this email thread to address!

**and encourages the parties to immediately agree on a briefing schedule and to submit it to the Court for approval through a stipulated motion and proposed order. (CB)**

[Quoted text hidden]