The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

TREVOR KEVIN BAYLIS,

                    Plaintiff, *(pro se)*.

     v.

VALVE CORPORATION,

                    Defendant.

Case No. 2:23-cv-01653-RSM

**DECLARATION OF TREVOR BAYLIS  IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Trevor Kevin Baylis, declare as follows:

1.      I am over the age of Eighteen, competent to be a witness herein, and make this declaration on the basis of my personal knowledge.

2.      I am a United Kingdom Citizen, currently residing in Finland. I was a lead Visual Effects Artist, animator and Modeling Supervisor for the film Iron Sky. I am the plaintiff ("Baylis") in this case and I make this declaration in Opposition to Valve Corporation's Motion for Summary Judgment on issue of comity and collateral estoppal, and with respect to copyright ownership of "Iron Sky."

3.      All video exhibits cited in Plaintiff's Opposition To Defendant's Motion For Summary Judgment ("Opposition") are attached to this concurrently filed Declaration of Trevor Baylis in Support Plaintiff's Opposition To Defendant's Motion For Summary Judgment ("Baylis Dec."). Many of these exhibit materials are video evidence with accompanying written transcripts which have been mailed to the Court on two USB drives, and a, Notice Of Filing Paper Or Physical Materials With The Clerk Regarding Plaintiff's Motion For Summary Judgment On Ownership Of Copyright Relating ("Notice") to that material has been concurrently filed in CM/ECF in accordance with U.S. District Court, Western District Of Washington Electronic Filing Procedures For Civil And Criminal Cases Amended 3/26/2025, page 9 section J.

4.      Within the Opposition text, Baylis refers to video exhibits for example as, "Baylis Dec., Ex. F," which on the USB drive (see Notice) refers to a folder with a relative prefix and the title of the 'mp4' video file. - "Baylis_Dec_Ex_Q_KermodeFilmReview_ IronSkyExtract". Then within that folder is the video file - "KermodeFilmReview_ IronSkyExtract.mp4" and a PDF transcript of the video named as Baylis_Dec_Ex_Q.pdf. See image below for example.



DECLARATION OF TREVOR BAYLIS IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
No. 2:23-cv-01653-RSM                                                          Page 2

5.      Additionally, as the transcript PDFs may actually contain the salient evidential extracts then Baylis also uploads those PDFs to the Courts CM/ECF for practical ease of reference along with other exhibits not related to video evidence.

6.      Note: A PDF file exists on the USB drive called "Baylis_v_Valve_2_23_ cv_01653_RSM_NoF_PhyM_wC.pdf" dated 29th of August 2025 but this is just a first draft notice document for practical referral at the time, and superseded by the correct Notice uploaded to the Courts CM/ECF on 15th September 2025 "Notice Of Filing Paper Or Physical Materials With The Clerk Regarding Plaintiff's Opposition To Defendant's Motion For Summary Judgment".

7.      Attached hereto as **Exhibit B1** is a true and correct copy of the film Iron Sky and the related transcript PDF (Baylis_Dec_Ex_B1.pdf) which shows Baylis' name in the end credits of the film.

8.      Attached hereto as **Exhibit A** is a true and correct copy of an Interview by Iron Sky Director Timo Vuorensola ("Vuorensola") talking about the amateur nature of the film *Iron Sky* as a collaborative film making project and web site called "Wreckamovie" to help facilitate crowd-sourcing help from creative artist via the Internet.

9.      Attached hereto as **Exhibit Q** is a true and correct copy of a video of BBC film reviewer Mark Kermode, and the related transcript PDF (Baylis_Dec_Ex_Q.pdf) expressing how well designed the 3D animation sets and spaceship models are for the film Iron Sky which demonstrates the audience appeal of Baylis' Work.

10.      Attached hereto as **Exhibit H1** is a true and correct copy of a media report related to Finland's Audio Visual and Film Production Incentive which is intended to enhance

DECLARATION OF TREVOR BAYLIS IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Finland's reputation internationally by attracting international co-productions such as *Iron Sky the Ark* which was partly filmed at the Tuku Appeals Court in Finland, and shows Iron Sky Producer Tero Kaukomaa and Director Timo Vuorensola participating in that shoot which was around the same time Baylis' award for damages was reduced *by that very court* related to Baylis v Troll VFX and where Timo Vuorensola gave evidence against Baylis related to Baylis' Work on *Iron Sky*.

11.     Attached hereto as **Exhibit I1** is a true and correct copy of an email exchange Baylis had with his lawyer (Anti Palo) in Baylis v Troll VFX and where that lawyer confirms that there was indeed an Iron Sky derivative production being shot at the very court, Tuku Appeals Court in Finland, around the same time that very court reduced Baylis' damages award and after Timo Vuorensola gave evidence against Baylis related to Baylis' Work on *Iron Sky*. Additionally the conversation mentions the preliminary hearing for the Finnish Market court case where the recent ruling MAO79/18 was brought up as well as Baylis' concerns about potential corruption in the Finnish judiciary given Iron Sky Producer Tero Kaukomaa's and Director Timo Vuorensola's liaisons at the Tuku Appeals Court in Finland

12.     Attached hereto as **Exhibit W** is a true and correct copy of a Financial Statement of Iron Sky Universe Oy which shows that Samuli Torssonen (Energia Productions) was receiving payment for what could only be the 3D models and animation files from the film *Iron Sky* because although he didn't own the copyright to such files he had the actual files in his possession. This indicates fraudulent conduct between Samuli Torssonen and Iron Sky Universe's Tero Kaukomaa and Timo Vuorensola in trafficking in Intellectual Property for financial gain that did not belong to them.

DECLARATION OF TREVOR BAYLIS IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1      13.    Attached hereto as **Exhibit F1** is a true and correct copy of the Finnish

2  Market Court Ruling MAO79/18 which ruled that a film's "assistant set designers" were

3  joint author of the Ari Kaurismaki Film The Other Side of Hope (Finnish: Toivon tuolla

4  puolen). This ruling demonstrates the inconsistency in the Finnish Market Court as it has the

5  same issues regarding "staging" existed for the 3D artists and animators, Baylis included, in

6  the Iron Sky case MAO302/18 wherein two of the same judges as made the MAO79/18 ruling

7  refused to "confirm" authorship regarding Baylis' and other foreign nationals work on Iron

8  Sky and also expropriated economic rights then ruled that Baylis had to pay legal costs!

9  The original Finnish version is included but for ease of reference Baylis has used Google

10  Translate for the English version.

11      14.    Attached hereto as **Exhibit G1** is a true and correct copy of an email

12  exchange Baylis had with his lawyer Petri Eskola discussing the Finnish Market Court

13  Ruling MAO79/18 related to the preliminary hearing 15th Feburary 2018 with Judge Pekka

14  Savola at the Market Court and how that MAO79/18 ruling was good for the upcoming Iron

15  Sky Case which Judge Pekka Savola was to become part of himself.

16      15.    Attached hereto as **Exhibit E1** is a true and correct copy of a media

17  report about the Market Court Ruling MAO79/18 which ruled that a film's "assistant set

18  designers" were joint author of the Ari Kaurismaki Film The Other Side of Hope (Finnish:

19  Toivon tuolla puolen).

20      16.    Attached hereto as **Exhibit F** is a true and correct copy of Baylis' Iron Sky

21  show-reel (TrevorBaylis_ironSky_showreel_v2_2.mp4) which demonstrates non-exhaustive

22  examples of his 3D animation work on *Iron Sky*. There is a PDF with this but there is no actual

23  transcript for reference.

24  DECLARATION OF TREVOR BAYLIS IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

17.    Attached hereto as **Exhibit G** is a true and correct copy of a video of Baylis demonstrating the basics of Maya 3D animation software ("Maya"). This and following exhibits, video files G, H, I, J, K, L, M, N, O and P, are necessary to prove Baylis is the creator and originator of his own work which appears significantly in the film *Iron Sky* and because of the remote distance of Baylis residing in Finland and the need to provide video evidence as a practical consideration for Baylis to prove his competence as a 3D artist using Maya software.

18.    Attached hereto as **Exhibit H** is a true and correct copy of Baylis at desk in his home with laptop and demonstrates some basic rigging hydraulic and engine piston in Maya.

19.    Attached hereto as **Exhibit I** is a true and correct copy of Baylis at desk in his home with laptop and demonstrates basics of character rigging in Maya.

20.    Attached hereto as **Exhibit J** s a true and correct copy of Baylis at desk in his home with laptop and demonstrates how to model an Iron Sky Valkyrie spacecraft.

22.    Attached hereto as **Exhibit K** s a true and correct copy of Baylis at desk in his home with laptop and demonstrates an original '2011 Iron Sky Maya file' by Trevor Baylis. (Lead Maya Artist) George W Bush Craft weapons reveal. (Includes footage from official Iron Sky "Making of" videos).

23.    Attached hereto as **Exhibit L** s a true and correct copy of Baylis at desk in his home with laptop and demonstrates a look at more original *Iron Sky* files and explaining how smaller models are combined for larger scenes. Also some preliminary 'Work in Progress' files are shown related to the G W Bush craft main weapons.

24.    Attached hereto as **Exhibit M** s a true and correct copy of Baylis at desk in his home with laptop and demonstrates a close look at the Iron Sky George W Bush model and rigs for Iron Sky.

DECLARATION OF TREVOR BAYLIS IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
No. 2:23-cv-01653-RSM                                                    Page 6

1        25.    Attached hereto as **Exhibit N** s a true and correct copy of Baylis at desk in his

2    home with laptop and demonstrates a look at the *Iron Sky* Gotterdammerung Model.

3        26.    Attached hereto as **Exhibit O** s a true and correct copy of Baylis at desk in

4    his home with laptop and demonstrates an example of how main scene files in Maya are

5    constructed from smaller scene files and how I superintend the arrangement of the scenes.

6        27.    Attached hereto as **Exhibit P** s a true and correct copy of Baylis opening

7    Original *Iron Sky* Maya files in Text Editor  (Mac OS software) reveals the

8    name "trev" thousands of times within the files.

9        28.    Attached hereto as **Exhibit R** s a true and correct copy of a comparison video

10   of the *Iron Sky* with and without the 3D animation work to compare and see how central to

11   the film Baylis' work really is. By taking the 3D animation work from *Iron Sky* out of the film

12   would make a dramatic difference to the whole film and proving why the 3D artists are authors

13   of the film. The (uncopyrightable) "scène à faire" elements if any are more likely to be the live

14   action footage of the German officers rather than the 3D animation parts which are entirely

15   original in at least their selection and arrangement by the animators ans in setting up the

16   cameras and other rendering aspects as well as their creation as 3D models by the 3D team of

17   which Baylis was a principle creative artist, animator, scene builder and author. The film could

18   not exist without Baylis' contributions which were executed independently by him and without

19   any input from the film director who was often not even in the country let alone the studio.

20       29.    Attached hereto as **Exhibit S** s a true and correct copy of a comparison video of

21   the *Iron Sky* with and without the 3D animation work to compare and see how central to the

22   film Baylis' work really is.

23

24   DECLARATION OF TREVOR BAYLIS IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

29.    Attached hereto as **Exhibit T**  is a true and correct copy of a comparison video of the *Iron Sky* with and without the 3D animation work to compare and see how central to the film Baylis' work really is.

30.    Attached hereto as **Exhibit D1**  is a true and correct copy of a video where Jussi Lehtineimi (Iron Sky Art Director) confirms that he was NOT fully responsible for the final 3D models or other VFX and animation and that he reverse enginered his concept work based on models created by myself and other members of the Iron Sky VFX team. His main role was to provide reference material and 'mood boards' for the modeling team to create their own stuff with. If any "concept work" looks like the final models in the film then it is because they ARE final 3D models and not "concept work at all". Lehtiniemi admitted to the courts that he had reverse engineered his own 2D "concept work" work based on images supplied to him from the 3D modelers. He said it was "part of the process". (see Jussi Lehtiniemi's recorded testimony from the Finnish Market Court Case MAO302/18 - https://www.youtube.com/watch?v=FLAV56vBnVs&t=650s).

31.    Attached hereto as **Exhibit V**  is a true and correct copy of an Email from Samuli Torssonen (Energia productions) in 2014 to Baylis that he does not own any right to the Iron Sky film and is not connected to the sequels (*Iron Sky the Coming Race*). However, **Ehxibit W** (See above Paragraph 12) confirms Samuli Torssonen was receiving payment from Iron Sky Universe Oy according to financial records connected to the sequels (*Iron Sky the Coming Race*).

32.    Attached hereto as **Exhibit A1**  is a true and correct copy of a video at the Berne Film Festival 11th February 2012 . Press conference. Timo and Tero talk about the

1  importance of CGI for Iron Sky, the community nature of he production and the small

2  specialized team of "International top level guys" (Tero Kaukomaa).

3      33.    Attached hereto as **Exhibit Y** is a true and correct copy of a video where Iron

4  Sky Director Timo Vuoresnsola and Producer Tero Kaukomaa confirm their consent that the

5  "First Publication" of Iron Sky was11th February 2012 in Berlin German and confirms the

6  "Country of origin" was Germany under Berne Convention Article 5(4)(a) for a "point of

7  attachment" of German copyright law. Iron Sky is thus "nationalised" as a German film. NOT

8  a Finnish film.

9      34.    Attached hereto as **Exhibit Z** is a true and correct copy of a video of the VFX

10  team for *Iron Sky* including Trevor Kevin Baylis at the Berlin Film Festival 11th February

11  2012 after the First Publication to a paying audience. Comments from Actor Udo Kier also

12  emphasize the central role of the 3D animation sequences of the film and the audience appeal

13  is demonstrated by the applause from the crowd when he compares our work to special

14  effects in a George Lucas or Steven Spielberg film.

15

16      I declare under penalty of perjury under the laws of the State of Washington that the

17  foregoing is true and correct.

18

19  Executed in Tampere, Finland on this 15th day of September, 2025.

20  Trevor Kevin Baylis (pro se)

21  Jankanraitti

22  33560, Tampere, Finland

23  +358 41 722 5899

24  DECLARATION OF TREVOR BAYLIS IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1

2                          CERTIFICATE OF SERVICE FORM

3                            FOR ELECTRONIC FILINGS

4     I hereby certify that on 15th September 2025 I electronically filed the foregoing document

5                          with the United States District Court

6                     Western District of Washington at Seattle by using the

7                  CM/ECF system. I certify that the following parties or their counsel of

8                 record are registered as ECF Filers and that they will be served by the

9                                   CM/ECF system:

10                        Jeremy E Roller: jroller@aretelaw.com,

11                       Jonah O. Harrison: jharrison@aretelaw.com,

12                              jfischer@aretelaw.com,

13                             kgreenberg@aretelaw.com

14                                  SCOTT BOLDEN

15           Director Intellectual Property Section Commercial Litigation Branch

16                     Civil Division U.S. Department of Justice

17                          Scott.Bolden@usdoj.gov

18                          Dated: 15th September 2025

19

20

21                             Trevor Kevin Baylis

22                                  Jankanraitti

23                           Tampere 33560, FINLAND

24
      DECLARATION OF TREVOR BAYLIS IN SUPPORT OF PLAINTIFF'S
      OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
      No. 2:23-cv-01653-RSM                                              Page 10