The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>　　　　Plaintiff, *(pro se)*.<br><br>　v.<br><br>VALVE CORPORATION,<br><br>　　　　Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>15 September, 2025 |

1  The following is being filed in paper or physical form with the Clerk's Office for the
2  Western District of Washington:
3  These files are in relation to Declaration of Trevor Baylis in Support of Plaintiff's
4  Opposition To Defendant's Motion For Summary Judgment ("Baylis Dec."). Many of
5  these exhibit materials are video evidence with accompanying written transcripts which
6  have been mailed to the Court on two USB drives, and a this, Notice Of Filing Paper
7  Or Physical Materials With The Clerk Regarding Plaintiff's Opposition To Defendant's
8  Motion For Summary Judgment ("Notice") to that material has been concurrently filed in
9  CM/ECF in accordance with U.S. District Court, Western District Of Washington Electronic
10 Filing Procedures For Civil And Criminal Cases Amended 3/26/2025, page 9 section J.

12 Baylis Dec. Ex. C. Wreckamovie.mp4

13 Baylis Dec. Ex. D. Imagine Filmfestival – Crowdsourcing.mp4

14 Baylis_Dec_Ex_D1_JussiLehtiniemi.mp4

15 Baylis Dec. Ex. E. ExtractSamuli Torssonen_Iron Sky Wrkamvi.mp4

16 Baylis Dec. Ex. F. TrevorBaylis ironSky showreel v2 2.mp4

17 Baylis Dec. Ex. G. MayaBasics.mp4

18 Baylis Dec. Ex. H. BasicHydraulicAndEnginePiston.mp4

19 Baylis Dec. Ex. I. RigAnimationDemo.mp4

20 Baylis Dec. Ex. J. ValkModeling.mp4

21 Baylis Dec. Ex. K. IS VFX GWBush1.mp4

22 Baylis Dec. Ex. L. GenFilesandGWBWeapon.mp4

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE
CLERK REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
No. 2:23-cv-01653-RSM                                                Page 1

1   Baylis Dec. Ex. M. GWBModelCloseLook.mp4

2   Baylis Dec. Ex. N. Gotterdammerung.mp4

3   Baylis Dec. Ex. O. SceneBuildExample.mp4

4   Baylis Dec. Ex. P. IronSkyFilesMetaData.mp4

5   Baylis_Dec_Ex_Q_KermodeFilmReview_IronSkyExtract.mp4

6   Baylis_Dec_Ex_R_HangerWashingtnCmpre.mp4

7   Baylis_Dec_Ex_S_MchRmCmpre.mp4

8   Baylis_Dec_Ex_T_GotterCmpare.mp4

9   Baylis_Dec_Ex_Y_IronSkyOfficial_Berlin_11Feb2012_TimoTero.mp4

10  Baylis_Dec_Ex_Z_IronSky_2012Berlinale_ RedCarpetPremiere2012.mp4

11  Baylis_Dec_Ex_A1_BerlinPressCon_Extract_CGI.mp4

12  Baylis_Dec_Ex_B1_Iron Sky 2012 DC.mp4

13  Baylis_Dec_Ex_C1_trevMTVNews29 02 2012 Ironsky.mp4

14

15

16

17

18

19

20

21

22

23

24  NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
No. 2:23-cv-01653-RSM

Page 2

**Files on drive list.**

| Name | Date Modified | Size | Kind |
|---|---|---|---|
| Baylis_v_Valve_2_23-cv-01653_ExhibitsList.pdf | 27. August 2025 at 22.40 | 1,1 MB | PDF Document |
| ⌄ PDFs | 27. August 2025 at 22.25 | -- | Folder |
|    Baylis_Dec_Ex_A.pdf | 26. August 2025 at 16.11 | 201 KB | PDF Document |
|    Baylis_Dec_Ex_B.pdf | 26. August 2025 at 16.20 | 198 KB | PDF Document |
|    Baylis_Dec_Ex_U.pdf | 27. August 2025 at 13.54 | 1,4 MB | PDF Document |
|    Baylis_Dec_Ex_V.pdf | 27. August 2025 at 14.04 | 76 KB | PDF Document |
|    Baylis_Dec_Ex_W.pdf | 27. August 2025 at 17.11 | 295 KB | PDF Document |
|    Baylis_Dec_Ex_X.pdf | 27. August 2025 at 18.19 | 224 KB | PDF Document |

| Name | Date Modified | Size | Kind |
|---|---|---|---|
| ⌄ Videos | Today at 10.02 | -- | Folder |
|  ⌄ Baylis_Dec_Ex_A1_BerlinPressCon_Extract_CGI | 27. August 2025 at 21.35 | -- | Folder |
|    Baylis_Dec_Ex_A1.pdf | 27. August 2025 at 19.18 | 69 KB | PDF Document |
|    BerlinPressCon_Extract_CGI.mp4 | 25. August 2025 at 15.21 | 44,2 MB | MPEG-4 movie |
|  ⌄ Baylis_Dec_Ex_B1_Iron Sky 2012 DC | 27. August 2025 at 22.07 | -- | Folder |
|    Baylis_Dec_Ex_B1.pdf | 27. August 2025 at 22.05 | 418 KB | PDF Document |
|    Iron Sky 2012 DC.mp4 | 4. March 2018 at 22.40 | 798,4 MB | MPEG-4 movie |
|  ⌄ Baylis_Dec_Ex_C_wreckamovie | 27. August 2025 at 20.41 | -- | Folder |
|    Baylis_Dec_Ex_C.pdf | 26. August 2025 at 17.37 | 92 KB | PDF Document |
|    wreckamovie.mp4 | 1. January 2024 at 14.01 | 17,2 MB | MPEG-4 movie |
|  ⌄ Baylis_Dec_Ex_C1_trevMTVNews29 02 2012 Ironsky | 27. August 2025 at 22.21 | -- | Folder |
|    Baylis_Dec_Ex_C1.pdf | 27. August 2025 at 22.20 | 1,8 MB | PDF Document |
|    trevMTVNews29 02 2012 Ironsky.mp4 | 25. August 2025 at 14.42 | 16,3 MB | MPEG-4 movie |
|  ⌄ Baylis_Dec_Ex_D_Imagine Filmfestival - Crowdsourcing | 27. August 2025 at 20.43 | -- | Folder |
|    Baylis_Dec_Ex_D.pdf | 26. August 2025 at 17.39 | 93 KB | PDF Document |
|    Imagine Filmfestival - Crowdsourcing.mp4 | 20. August 2025 at 18.01 | 11,9 MB | MPEG-4 movie |
|  ⌄ Baylis_Dec_Ex_D1_JussiLehtiniemi | Today at 10.01 | -- | Folder |
|    Baylis_Dec_Ex_D_JussiLehtiniemi.pdf | Today at 9.52 | 30 KB | PDF Document |
|    JussiLehtiniemi.mp4 | Today at 9.38 | 12,5 MB | MPEG-4 movie |
|  ⌄ Baylis_Dec_Ex_E_ExtractSamuli Torssonen_ Iron SkyWrkamvi | 27. August 2025 at 20.46 | -- | Folder |
|    Baylis_Dec_Ex_E.pdf | 26. August 2025 at 17.42 | 93 KB | PDF Document |
|    ExtractSamuli Torssonen_ Iron SkyWrkamvi.mp4 | 20. August 2025 at 22.47 | 33,5 MB | MPEG-4 movie |
|  ⌄ Baylis_Dec_Ex_F _TrevorBaylis_ironSky_showreel_v2_2 | 27. August 2025 at 20.48 | -- | Folder |
|    Baylis_Dec_Ex_F.pdf | 26. August 2025 at 20.25 | 99 KB | PDF Document |
|    TrevorBaylis_ironSky_showreel_v2_2.mp4 | 30. May 2016 at 16.31 | 110,8 MB | MPEG-4 movie |
|  ⌄ Baylis_Dec_Ex_G_MayaBasics | 27. August 2025 at 20.38 | -- | Folder |
|    Baylis_Dec_Ex_G.pdf | 26. August 2025 at 20.41 | 104 KB | PDF Document |
|    MayaBasics.mp4 | 4. August 2025 at 17.21 | 104,1 MB | MPEG-4 movie |
|  ⌄ Baylis_Dec_Ex_H_BasicHydraulicPIston | 27. August 2025 at 20.50 | -- | Folder |
|    BasicHydraulicPIston.mp4 | 5. August 2025 at 15.54 | 89,7 MB | MPEG-4 movie |
|    Baylis_Dec_Ex_H.pdf | 26. August 2025 at 20.35 | 100 KB | PDF Document |
|  ⌄ Baylis_Dec_Ex_I_RigAnimationDemo | 27. August 2025 at 20.52 | -- | Folder |
|    Baylis_Dec_Ex_I.pdf | 26. August 2025 at 20.40 | 98 KB | PDF Document |
|    RigAnimationDemo.mp4 | 5. August 2025 at 21.12 | 78,7 MB | MPEG-4 movie |
|  ⌄ Baylis_Dec_Ex_J_ValkModeling | 27. August 2025 at 20.54 | -- | Folder |
|    Baylis_Dec_Ex_J.pdf | 26. August 2025 at 20.44 | 93 KB | PDF Document |
|    ValkModeling.mp4 | 7. August 2025 at 17.52 | 68,1 MB | MPEG-4 movie |

81 items, 325,91 GB available

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE
CLERK REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
No. 2:23-cv-01653-RSM      Page 3

| Name | Date Modified | Size | Kind |
|---|---|---|---|
| ▾ Baylis_Dec_Ex_K_IS_VFX_GWBush1 | 27. August 2025 at 20.56 | -- | Folder |
|   Baylis_Dec_Ex_K.pdf | 26. August 2025 at 20.47 | 158 KB | PDF Document |
|   IS_VFX_GWBush1.mp4 | 11. August 2025 at 19.42 | 137,1 MB | MPEG-4 movie |
| ▾ Baylis_Dec_Ex_L_GenFilesandGWBWeapon | 27. August 2025 at 20.58 | -- | Folder |
|   Baylis_Dec_Ex_L.pdf | 26. August 2025 at 20.50 | 113 KB | PDF Document |
|   GenFilesandGWBWeapon.mp4 | 12. August 2025 at 18.06 | 94,2 MB | MPEG-4 movie |
| ▾ Baylis_Dec_Ex_M_GWBModelCloseLook | 27. August 2025 at 21.02 | -- | Folder |
|   Baylis_Dec_Ex_M.pdf | 26. August 2025 at 20.59 | 360 KB | PDF Document |
|   GWBModelCloseLook.mp4 | 13. August 2025 at 16.33 | 105,1 MB | MPEG-4 movie |
| ▾ Baylis_Dec_Ex_N_Gotterdammerung | 27. August 2025 at 21.03 | -- | Folder |
|   Baylis_Dec_Ex_N.pdf | 26. August 2025 at 21.03 | 119 KB | PDF Document |
|   Gotterdammerung.mp4 | 13. August 2025 at 23.09 | 129 MB | MPEG-4 movie |
| ▾ Baylis_Dec_Ex_O_SceneBuildExample | 27. August 2025 at 21.04 | -- | Folder |
|   Baylis_Dec_Ex_O.pdf | 26. August 2025 at 21.44 | 136 KB | PDF Document |
|   SceneBuildExample.mp4 | 16. August 2025 at 22.13 | 130,5 MB | MPEG-4 movie |
| ▾ Baylis_Dec_Ex_P_IronSkyFilesMetaData | 27. August 2025 at 21.23 | -- | Folder |
|   Baylis_Dec_Ex_P.pdf | 26. August 2025 at 21.41 | 2 MB | PDF Document |
|   IronSkyFilesMetaData.mp4 | 27. August 2025 at 21.21 | 18,2 MB | MPEG-4 movie |
| ▾ Baylis_Dec_Ex_Q_KermodeFilmReview_IronSkyExtract | 27. August 2025 at 21.24 | -- | Folder |
|   Baylis_Dec_Ex_Q.pdf | 27. August 2025 at 12.42 | 109 KB | PDF Document |
|   KermodeFilmReview_IronSkyExtract.mp4 | 15. August 2025 at 19.04 | 11 MB | MPEG-4 movie |
| ▾ Baylis_Dec_Ex_R_HangerWashingtnCmpre | 27. August 2025 at 21.26 | -- | Folder |
|   Baylis_Dec_Ex_R.pdf | 27. August 2025 at 12.52 | 942 KB | PDF Document |
|   HangerWashingtnCmpre.mp4 | 9. August 2025 at 14.37 | 61,9 MB | MPEG-4 movie |
| ▾ Baylis_Dec_Ex_S_MchRmCmpre | 27. August 2025 at 21.27 | -- | Folder |
|   Baylis_Dec_Ex_S.pdf | 27. August 2025 at 12.55 | 645 KB | PDF Document |
|   MchRmCmpre.mp4 | 9. August 2025 at 17.56 | 47,1 MB | MPEG-4 movie |
| ▾ Baylis_Dec_Ex_T_GotterCmpare | 27. August 2025 at 21.28 | -- | Folder |
|   Baylis_Dec_Ex_T.pdf | 27. August 2025 at 13.02 | 1 MB | PDF Document |
|   GotterCmpare.mp4 | 9. August 2025 at 12.26 | 81,7 MB | MPEG-4 movie |
| ▾ Baylis_Dec_Ex_Y_IronSkyOfficial_Berlin_11Feb2012_TimoTero | 27. August 2025 at 21.31 | -- | Folder |
|   Baylis_Dec_Ex_Y.pdf | 27. August 2025 at 19.10 | 63 KB | PDF Document |
|   IronSkyOfficial_Berlin_11Feb2012_TimoTero.mp4 | 25. August 2025 at 16.09 | 21,9 MB | MPEG-4 movie |
| ▾ Baylis_Dec_Ex_Z_IronSky_2012...rlinale_ RedCarpetPremiere2012 | 27. August 2025 at 21.33 | -- | Folder |
|   Baylis_Dec_Ex_Z.pdf | 27. August 2025 at 19.14 | 466 KB | PDF Document |
|   IronSky_2012Berlinale_ RedCarpetPremiere2012.mp4 | 14. February 2018 at 14.21 | 257,8 MB | MPEG-4 movie |

81 items, 325,91 GB available

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE
CLERK REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
No. 2:23-cv-01653-RSM                                                                                          Page 4

The item(s) will remain in the Clerk's custody until appropriate Disposition pursuant to the Local Rules of the Western District of Washington.

Dated this day of September 15th 2025

*Trevor Baylis*

Trevor Kevin Baylis (Pro Se)

Jankanraitti

Tampere

Finland

+358 41 722 5899

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
No. 2:23-cv-01653-RSM

Page 5

15th September 2025

Trevor Kevin Baylis

*[signature: Trev Bay]*

Jankanraitti

Tampere 33560, FINLAND

Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE
CLERK REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
No. 2:23-cv-01653-RSM

Page 6

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 15th September 2025 I electronically filed the foregoing document with the United States District Court Western District of Washington at Seattle by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Jonah O. Harrison: jharrison@aretelaw.com,

Jeremy E Roller: jroller@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN Director

Intellectual Property Section Commercial Litigation Branch Civil Division

U.S. Department of Justice Washington, DC 20530

Scott.Bolden@usdoj.gov

Dated: 15th September 2025

*Trevor Baylis* (signature)

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
No. 2:23-cv-01653-RSM