# EXHIBIT A

https://web.archive.org/web/20110716203040/http://workbookproject.com/blog/2008/06/18/5-questions-for-timo-vuorensola/

26/08/2025, 15:57    5 questions for Timo Vuorensola « WorkBook Project :: an open creative network



**WB:** Can you explain Space Wreck and how the audience played a role in the film?

**TV:** Star Wreck: In the Pirkinning was a huge collaborative effort made by a core group of 5 people, and a community of about 3000 volunteers from around the world, during the years 1998-2005, in a small country of Finland, with the help of Internet.

==We started working on a film with only a little knowledge in how to actually make a feature-length film. Luckily we had a small base of a community, thanks to our earlier Star Wreck -episodes (mainly short animations), who were very eager to help us out. Without thinking too much, we started to ask for help from the community, which proved pretty soon to be a very good resource base, whatever was our need – when we wanted people to help us out with the script, when we needed actors, when we needed 3d-models, and later when we needed publicity, subtitles & all that type of things.==

**WB:** What is the concept behind Wreck a Movie and what lead to its creation?

==**TV:** The idea was when we started working on our next film, Iron Sky, that we wanted to do the film in many ways the same way as Star Wreck – by having the community joining the production.== We realized, that what we did with Star Wreck, communicating via email, forums, ICQ, MSN, IRC and other stuff like that was OK, but pretty inefficient. So we wanted to build a platform that would support what we called 'collaborative film production' for Iron Sky, and started to design one.

Obviously none of us knew anything about coding or anything, but we had a good understanding on how the community works, and what makes it tick – we've always had this kind of intuition. So we gathered some money, hired some coders and started to build the platform.

Few years later we now have a good Alpha of the system up and running, and it's already working the way I've always wanted it to work: it activates people, gets a lot of good input, and strengthens the community around the film.

**WB:** Looking forward what type of role do audiences play in the process of creating and distributing films?

**TV:** I would say there's a lot of roles that the community can either fill or be helping with. Personally, I wouldn't think about writing the script collaboratively, or trying to find some solutions on collaborative

directing, but I think on pre-production and post production the community can be a very effective help, and later on on getting the message across the Internet, it's most valuable.

**WB:** Do you think audiences are looking for a richer experience with their entertainment and if so what have you personally seen that shows this?

**TV:** I'd say that the media consuming habits are changing and adjusting to the fact that Internet is around, and the people want to have a more personal experience with the media. Thus, the most personal experience with media is actually to create or join the creation of the media itself.

**WB:** What is next for you?

**TV:** Right now we are working on a film production called Iron Sky, which tells a story about Nazis that went to the Moon in 1945, and now, it's 2018, and they are returning to earth. It's the first film on [WreckAMovie](), with another finnish film, a horror flick called Sauna. We are opening Wreck A Movie for outside productions slowly during this year. I'm also working on few very early ideas for some films, and going around the world to talk about WAM and our stuff etc.

*Iron Sky trailer:*





Posted in [audience]() [crowdsourced]() [development]() [digital downloads]() [distro]() [diy]() [narrative]() [production]() [vidsocial]()

lance weiler is the founder of the WorkBook Project and also a story architect of film, tv and games. He's written and directed two feature films THE LAST BROADCAST and HEAD TRAUMA. He's currently developing a number of transmedia projects

[email]()    [twitter]()    [site]()
RELATED

BAYLIS_2