# EXHIBIT A1

BerlinPressCon_Extract_CGI.mp4

Also found at, https://www.youtube.com/watch?v=OhKxqrxv194
and https://www.berlinale.de/en/archive/photos-videos/videos.html/s=iron%20sky/o=desc/p=1/rp=40?l=192125

Description - At the Berne Film Festival 11th February 2012 . Press conference. Timo and Tero talk about the importance of CGI for Iron Sky, the community nature of he production and the small specialised team of "International top level guys" (Tero Kaukomaa)

0:01 Tim, can you tell us a little bit more about the the technical aspect of the of the filming, especially of the post-production?

0:08 Of course, there's a lot of uh CGI. Where where did it with how many people? Just a little bit background information on that.

==0:13 (Timo Vuorensola) Yeah, we had a we had a good team. The film has about 890 CG shots, which I think is around the same amount as, for example, Transformers movies have, but==

==0:24  we really didn't have well, we didn't have that money or or that kind of a team. We had a really really small really specialized team of twenty five people working in Finland uh 24 hours a day and uh uh kind of making that place.==

0:38 As you can see a lot of lbig thing in the film is obviously the virtual set building which was really important for us because we weren't able to build all the sets we wanted to.

0:50 So we really needed to rehearse and to make the virtual sets look as real as possible because you know, setting up something like the interior of a moon.

1:00 Basically, it's a complicated process, but uh we were able to with with virtual sets, we were able to extend, you know,  do whatever we want for that.

1:07 We just needed things that are five meters around the characters. The rest of the stuff is of course we shot a lot in in location in Frankfurt and a bit in in in Australia, but u the

whole CG was a really important thing. And uh yeah, it's good.

1:24  (Julia Dietze) Yeah, we share a lot of in in front of the green screen. Lot of playing with points.

1:33 (Tero Kaukomaa) A few words about the CGI um to add. I mean we were at the same time we were financing we were uh studying basically uh different possibilities to do the CGI and uh uh we ended up to do all them in Finland with our own team.

1:55 Uh but what we used there also was the sort sort of the whole community idea on the film and and we we we spread spread the word around that we have a really really good team in Finland but but we need few cool really...

2:09 cool artists and and this way we found really like four or five really international top level guys uh moving out to Tampere Finland for six to eight months and join the production and and  that also really really helpful there.