# EXHIBIT B1

Iron Sky 2012 DC.mp4

Description - Full Iron Sky Movie

No transcript

End Credits show Trevor Baylis at top of list of VFX artist at 1:46:31 and extra credit as 3D modeler and animator at 1:50:05





For related video file See:
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM