JussiLehtiniemi

Also at - https://www.youtube.com/watch?v=EQS32MNY9K8

Description - Here Jussi confirms that he was NOT fully responsible for the final 3D models or other VFX and animation and that he reverse engineered his concept work based on models created by myself and other members of the Iron Sky VFX team. His main role was to provide reference material and 'mood boards' for the modeling team to create their own stuff with. If any "concept work" looks like the final models in the film then it is because they ARE final 3D models and not "concept work at all". Lehtiniemi admitted to the courts that he had reverse engineered his own 2D "concept work" work based on images supplied to him from the 3D modelers. He said it was "part of the process". (see Jussi Lehtiniemi's recorded testimony from the Finnish Market Court Case MAO302/18 - https://www.youtube.com/watch?v=FLAV56vBnVs&t=650s)

Transcript

0:00 I'm the concept artist for the movie project [Iron Sky]. It's fairly interesting to see.
0:05 We just came in and it's uh there's a lot of art on the walls and it's interesting to see the stuff, you know, to see being fleshed out.

0:17 Actually, this is the first sort of mood piece or mood concept of the interior of the Nazi fortress, showing the first design of the Hanu craft.

There's no point really concepting everything. So, you know, drawing it from scratch. So, you take some reference pictures and you point out that this is what we want to have.

0:43 There's a lot of stuff. Trust me.