# EXHIBIT F

**TrevorBaylis ironSky showreel v2 2.mp4**

Alternate link - https://www.youtube.com/watch?v=i3MSphdZO6A

Description - A non-exhaustive example of some of Baylis' work that appears in the film Iron Sky.

No transcript.

For related video file See:
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM

BAYLIS_I