# EXHIBIT G

MayaBasics.mp4

Also found at -  https://www.youtube.com/watch?v=E_E-kuJWplY

Description - Basics of Maya 3D software.

(0:00) Hello, my name is Trevor Baylis and I was one of the lead artists for the film Iron Sky and I'm going to show some 3D animation work using the software program Maya (Autodesk Maya).

(0:14)  This is our interface in in Maya. You have a 3D view, and you have some orthographic views side, front and top. The main building block in Maya is called a polygon.

(0:29) Polygon consists of a face, edges, and some vertexes. These vertexes can be moved around.The edges can be moved around. I can also extrude edges to make new polygons. I can select the face and extrude that as well. To make more polygons. I can extrude the face in different directions and I can delete faces.

(1:04) This is the very basics of uh modeling. There's much more to it, but this just gives you a brief introduction. So, next I'm going to demonstrate the basics of rendering. Rendering is essentially setting up a camera, adjusting textures, adjusting lights, and trying to take a picture of our 3D scene.

(1:27) So, I'll start with just a basic object. I'm going to add some bevels to this cube to help uh sell the idea that it's an actual object in real world. And I'm also going to add a floor. So, here we go. We've basically got an object. We got a horizon line.

(1:50)  And what we can also do is add a camera. So this is our camera. And essentially a camera is how we're looking into we have a perspective camera here. That's essentially how we're looking into our 3D scene in any in any case. So I can look through this camera by just going to camera one. And now I'm looking through the camera I've just created.

(2:16) And I'm ready to take a picture. But if I do that at the moment, we don't see anything because I haven't put any lights in the scene. The way we would put a light in the scene quite often is to create something called a "sky dome", which gives us a kind of a

background environment.

(2:38) So this is called a sky dome light. And basically it's a very large light bulb which our scene lives inside. So there we go. And so we get light coming in from all directions. So now when we press render we can see where our object is and we get some soft shadows because of the light coming in from all directions.

(3:02) And similar to like a painter, painting on a canvas. So, we can adjust our environment to make it look like a sky. And I'll just demonstrate that. I'll select my light in the background and I'll just add some colors to it. We don't need any light coming from the bottom. So, I can darken the bottom of our sky.

(3:28) And because it's a sky, I'm just going to add a blue color. And you can see this blue color is now the main light source coming into our scene to make it a bit more realistic looking as a sky, I'm going to add that kind of orange glow that you get on the horizon.

(4:02) There you go. Something like that. It's fine. That'll do. And we can adjust our texture by adding something called "Shader" to it. So [select] shader, it's going to be a standardSurface shader. We can adjust the color of our shader.

(4:26) And then we've got a kind of an object in our scene which our camera is pointing at. So, we've got an environment, sky, and if we wanted to add a bit of sunlight to our scene, I can create a directional light. So, this directional light will, you see, will give us an extended shadow here.

(4:50) And I can also adjust the the shadow to make it a bit softer. And then if I wanted to create a studio setup, uh, using light boxes is I might make a just a a polygon and move it into position. And from there, I would add a texture. And I'll just kind of mimic what a light box might look like. To give it that look of a light box.

(5:34) And then by increasing the intensity of the color I now have this kind of object in the scene which acts as a light. So very much like studio light. I can move that around like a photographer might do in a studio.

(5:58) Then I can make another one and do a kind of a three-point-lighting setup, studio

BAYLIS_2

lighting setup. So that's essentially how you do rendering in Maya. You have an object, you have your environment, and you set up some lights.

BAYLIS_3