# EXHIBIT H

BasicHydraulicAndEnginePiston.mp4

Also found at - https://www.youtube.com/watch?v=xbj30jHo-1Q

Description - Basic Rigging Hydraulic and Engine Piston in Maya.

(0:00) So the next thing I'm going to do is show some basic rigging. Rigging is essentially a way to control polygon objects in a kind of a practical way to help modeling and animation.

(0:13)  First, I'm going to create a Locator (A null Object). And then I'm going to create another one. What I'm going to try to do is to create a type of piston setup which can be useful for mechanical and hydraulic things that we might model.

(0:48) So, let's create my cylinder. I'm going to give this a bevel edge. Position that around there. Make a duplicate. make this slightly smaller. And then I'm going to constrain [Select – parentConstrain] these objects to the locators.

(1:31) So now when I move this locator, it'll move the polygon around. And what I'm going to do now is create a new constraint called an "Aim constraint" [Select – aimConstrain] between these two locators in the Y axis. These boxes here just represent X, Y, and Z. So my Y axis is pointing up.

(2:01) So I'm going to use a "plus one" Y axis (+1 in Y axis) to make sure that my aim constraint is pointing upwards. Apply that. Then I'm going to reverse the procedure to make the other locator point downwards in the minus y axis.

(2:24)  So now when I move this locator around it. Then it creates a kind of a piston effect. And the same if I remove move this bottom one around. And I can just add a kind of a another piece of geometry as a kind of a connecting geometry.  So this is a very basic rig that just shows how to create a kind of piston effect.

(3:04) Okay. So in this example that I'm going to demonstrate how to make a mechanical piston rig. I've already created the models and I used locators to attach the geometry. And this 'crank locator' is what's going to drive the rig, but it's not doing anything at the moment.

For related video file See:
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH
THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM

BAYLIS_I

(3:32) So, I need to have this other locator connect to the crank. And then I need to do a connection to the bottom of this con-rod here so that it moves along with the crank. So I just make a "Point constraint" [Select – pointConstrain].

(3:52) And now when I turn the crank, we get some movement going. And I need to connect this con-rod somehow to the piston. So I'm going to make a connect a point connection a point constraint again to the top of the com- rod but just in the Y axis.

(4:13) Now I get I get the locator moving and I just need to connect the piston now, and again rotate around, and we can see the piston going up and down but the conrods not actually part of the rig just yet.

(3:42) So, what I need to do here is I need to add an "expression" - a little bit of code - onto the locator. So, I have an Expression Editor and I've got my "cr_bottom" locator selected and I have an expression which I use for this and this is basically going to point the locator at the top of the conrod.

(5:05) Press create. And what that's done, this little purple rectangle here indicates that this now has an expression applied to it. So now when I rotate the crank, we get a piston action and that goes all the way around. So that's a basic setup for a piston.

BAYLIS_2