# EXHIBIT H1

└ Parking Control

└ Pedestrians and Cyclists

└ Public Transport

└ Shared-use vehicles

└ Streets and Public Areas

└ Waterborne Traffic

Urban Planning

└ City Planning

└ Master Planning

└ Nomenclature and Addresses

└ Park and Recreation Area Planning

└ Street and Traffic Planning

CHILDREN AND FAMILIES

ENTREPRENEURS

IMMIGRANTS

TRAVELLERS

YOUTH

HOME > THE MOVIE IRON SKY: THE ARK SHOT IN TURKU IS STRIVING FOR THE CHINESE MARKET

26.01.2018

# The movie Iron Sky: The Ark shot in Turku is striving for the Chinese market

An important scene of a Chinese-Finnish action movie was shot in Turku, with the mysterious Illuminati gathering to plot in the milieu of the Old Academy

Building representing the hall of a luxury hotel located in the German Alps.



Image: The director of *Iron Sky: The Ark* **Timo Vuorensola** and the main producer of Iron Sky Universe **Tero Kaukomaa** (on the right) thanked the entire movie team and Turku. Actor **Stephanie Paul** was also present at the Turku film shoot.

The sci-fi action movie, focused on solving environmental issues, is starred by **Andy Garcia** and **Malla Malmivaar**a, directed by Timo Vuorensola and produced by **Max Wang** and Tero Kaukomaa. *Iron Sky: The Ark (钢铁苍穹.希望岛)* is executed in cooperation between China, Finland and Canada. After four months in China, the film shoot arrived in Turku.

The two-day shoot came to an end at the hall of the Old Academy Building in Turku on Wednesday 24 January. The shoot was originally planned at the Central European Alps but was moved to Finland instead thanks to the production incentive of the AV industry, governed by Business Finland, and funding by West Finland Film Commission. The significant 25 million dollar production makes use of Finnish expertise and locations.

## The production incentive of the AV industry had an important role in bringing the film shoot in Finland

The production incentive offers competitiveness for both Finnish AV expertise and for Finland as a location for productions. The production incentive of the AV industry, taken into use in Finland at the beginning of 2017, is a compensation system where the production company receives a maximum of 25 per cent refund of all salaries and service purchases.

During the first year, the production incentive was marketed in dozens of international movie industry events where it received excellent feedback. A total of 10 million euros reserved for the incentive was granted by the end of June 2017. Iron Sky: The Ark is one of 24 productions funded last year.



– The production incentive is the best thing that has happened in the industry for years. Big studios and production companies are finally interested in opportunities offered by Finland. We would not be in this position without the production incentive, says **Teija Raninen**, film commissioner at West Finland Film Commission.

Image: **Teija Raninen**, film commissioner at West Finland Film Commission.



*Iron Sky: The Ark* film shoot at the Old Academy Building.

*Iron Sky: The Ark* will arrive in movie theatres in early 2019.

  

KEYWORDS:   elokuva    elokuvakomissio    kansainvälisyys

© City of Turku

PO 355, 20101 TURKU
phone (02) 330 000
turun.kaupunki@turku.fi
firstname.lastname@turku.fi

**ORGANIZATION**

City Administration
Central Administration
Divisions
Subsidiaries

**DECISION-MAKING**

City Council
City Board
Committees
Affiliations
Participate and Influence