# EXHIBIT I

RigAnimationDemo.mp4

Also found at -  https://www.youtube.com/watch?v=66PxNzWiGgk&t=177s

Description - Basics of character rigging in Maya.

(0:00) Now I'm going to demonstrate a little bit of character rigging which is very much based on the same principles as you might get with real world stop-motion animation where you might have a a clay figure and you have a kind of a skeleton that the clay is placed upon.

(0:20) So in Maya we have an ability to create skeletons. And I'm going to go into side view and just create a joint chain. Press enter. So this is just another way of attaching geometry to a joint chain.

(0:47) I can just move this around and I'm going to attach the geometry to that. So now when I select this top joint, the the whole leg will move around. But as you notice the the leg kind of goes through the the floor, which so I need to rig it in a way that doesn't happen.

(1:10) I'm going to add something called an "IK handle", which is a stands for inverse kinematics. And I'm going to group these two handles together for the foot and parent them to the main IK handle. And I'm going to create a couple of control objects to help me select the [IK] handles easier.

(1:45) And then with this top circle, I'm just going to connect the joints into that. And then the IK handle is going to go into the bottom circle. So now when I select this circle, I get my leg to move properly.

(2:02) And then when I select the top circle, it now moves much like a much more like I want it to move. And then I can create different types of animation.

(2:15) For this next example, again, I've got a joint chain here, and I'm going to show how to create a kind of a a cable or even a kind of a spine type of rig setup. so I've got my joint chain here, and I've got my polygon object.

For related video file See:
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH
THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM

BAYLIS_I

(2:40) And the first thing I'm going to do is I'm going to use something called skin binding to bind the joints to the geometry. So now if I again I grab this joint and the geometry moves around. But what I want is a kind of a bendy action rather than a rigid action.

(3:05) So, I'm just going to hide this for now. And I'm going to attach something called a "spline IK". And in this spline IK, it has a curve. And these curves have some curve points on them. In component mode, I can select these curve points and move them around. And that gives me a flexible rig for things like cables, necks, torsos, that sort of thing.

(3:51) Okay. So, by demonstrating the basics of modeling and rigging, it allows me to make models such as like a cartoon character and rig it and then be able to animate it myself.

(4:07) So the the spine rig is in here and the IK rigs are in here. And we basically have a a a usable animated character which I can create my own little cartoons with, such as this one.

BAYLIS_2