# EXHIBIT I1



**Trevor Baylis <trevor.baylis@gmail.com>**

## Trevor Baylis V Troll VFX
7 messages

**Trevor Baylis** <trevor.baylis@gmail.com>  
To: Antti Palo <Antti.Palo@kplaw.fi>, Matti Orkovaara <matti.orkovaara@erto.fi>  
10 February 2018 at 08:49

Hi Antti,

Can you give me an update as to what is happening regarding the latest court action.

Thanks

--
Trevor Baylis

[www.trevityger.com](www.trevityger.com)

Tel: Finland +358 (0)41 722 5899

[https://twitter.com/TrevyLimited](https://twitter.com/TrevyLimited)

[http://uk.linkedin.com/in/trevityger](http://uk.linkedin.com/in/trevityger)

Skype name: trevy.limited

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author and do not necessarily represent those of Trevityger Limited. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. Trevityger Limited accept no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

**Antti Palo** <antti.palo@kplaw.fi>  
To: Trevor Baylis <trevor.baylis@gmail.com>  
10 February 2018 at 10:07

Hey Trevor,

I didn't get the answer from the Union (Orkovaara, Arola) yet. But don't worry, we have still time to make an appeal if needed.

Kind regards,

Antti Palo

Lähetetty iPhonesta
[Quoted text hidden]

**Trevor Baylis** <trevor.baylis@gmail.com>  
To: Antti Palo <antti.palo@kplaw.fi>  
12 February 2018 at 17:34

Thanks Antti,

Even if there is an appeal regarding the discrimination aspects of the case, is it still possible for Troll VFX to pay up

now for the unfair dismissal part?

Thanks

[Quoted text hidden]

---

**Antti Palo** <antti.palo@kplaw.fi>  14 February 2018 at 12:51
To: Trevor Baylis <trevor.baylis@gmail.com>

Hey,

if only we would appeal, Troll would be forced to pay for the unfair dismissal part. But if also Troll makes an appeal for the dismissal part of the case then they probably won´t pay.

However, I got a message from Erto (Saara Arola). Since you are not a member of Erto anymore, they won´t cover your legal costs in Supreme court. So if you want to make an appeal, I would have to charge you.

It is very difficult to get a permission to appeal in Supreme court. We would have to be able to argue that there is some precedent aspects in this case, like some juridical question that has not been under investigation in Supreme court yet. Now since the main problem is the decision is that the Court of appeal has misinterpretated the evidence in the case (especially Erkkos skills compared to your skills), this has not been adequate grounds for a permission. So the fact that the decision is wrong considering the evidence, is not enough.

Statistically it is about 5 % of all the permission applications that are granted.

Kind regards,

Antti Palo

**Lähettäjä:** Trevor Baylis [mailto:trevor.baylis@gmail.com]
**Lähetetty:** maanantai 12. helmikuuta 2018 17.34
**Vastaanottaja:** Antti Palo <antti.palo@kplaw.fi>
**Aihe:** Re: Trevor Baylis V Troll VFX

[Quoted text hidden]

---

**Trevor Baylis** <trevor.baylis@gmail.com>  14 February 2018 at 13:49
To: Antti Palo <antti.palo@kplaw.fi>

Ok thanks Antti,

I guess we are stuck then. I noticed Iron Sky turned up in Turku to do some shooting scenes after originally planning to do the shooting in Germany. Hmm.

At least the copyright case is moving forwards. There is a preliminary hearing tomorrow. They were supposed to be in Germany at the Berne film festival releasing the sequel instead they have to sit in court in Pasila with me. Funny how justice finds a way. ;)

Thanks again for your good work. We know we won really :)

All the best

Trev

[Quoted text hidden]

---

**Antti Palo** <antti.palo@kplaw.fi>  21 February 2018 at 10:09
To: Trevor Baylis <trevor.baylis@gmail.com>

Hey Trevor,

Yes, I heard about Iron Sky shooting in Turku also. Actually, in my understanding the exact place of shooting was Acadymy House which is the same building where Court of appeal works..

How did the hearing in copyright case went?

Anyhow, we close the case in this termination matter. I hope that Troll will also let it go.

Kind regards,

Antti Palo

**Lähettäjä:** Trevor Baylis [mailto:trevor.baylis@gmail.com]
**Lähetetty:** keskiviikko 14. helmikuuta 2018 13.49

[Quoted text hidden]

[Quoted text hidden]

---

**Trevor Baylis** <trevor.baylis@gmail.com>  21 February 2018 at 10:30
To: Antti Palo <antti.palo@kplaw.fi>

Hi Antti,

It is kind of depressing if the courts have let outside influences affect things.

The hearing went well for us with the copyright case. Basically Iron Sky Universe cannot produce contracts for some of the application thus there is no proof that rights were ever signed over in the first instance. So they can never really give assurances to distributors that they actually own the rights.

Kelly Myer's (CGI Supervisor) Has made a running commentary of the whole film giving explanations of how the VFX

work was done.

The opposition have no idea themselves who did the VFX work, and they have a burden of proof to say who did! As we already know Samuli Torssonen was in Australia with the director and producer when much of the model building was done.

We are due to watch a rough version of Iron Sky The Coming Race next week to see what it contains.

Lets hope the Market courts don't get influenced by external influences either.

There was an interesting case involving Ari Kaurismäki's film just heard in the Market Courts which is favourable to us. MOA 79/18

All the best
[Quoted text hidden]

BAYLIS_4