# EXHIBIT J

ValkModeling.mp4

Also found at -  https://www.youtube.com/watch?v=tqz4nJMT6I8

Description - Modeling demonstration Iron Sky Valkyrie Craft

(0:00) Okay. So now I'm going to demonstrate how a bit of modeling and how we might put together a one of the spacecraft for the film Iron Sky. So we can see I'm going to use the Valkyrie as a demonstration because it's easy to demonstrate with.

(0:21) So this is basically a source shape with this kind of cross-section in it and then things like guns attached to it. I might start with this kind of shape and this is basically created quite easily from a cube.

(0:42) So for instance I'd have a cube. I'd add bevels to it and then I would just adjust it. That's that sort of thing. Okay. And then I'm going to add to this a disc shape which I've already prepared here. And I'm going to subdivide this disc shape a bit by modifying the smooth-mesh polygons.

(1:20) And I'm going to delete some of these edges just to make it a bit more simple. Also going to subdivide this. I'm going to select my objects, delete their history, and then I'm going to apply this boolean function to join the two objects together.

(2:10) Then delete the history. So now these these have been combined into just one object. And I think I'm going to subdivide these a little bit more. And then what I can now do is I can delete all of these faces and just have a quarter of it left, which I'm then going to duplicate and and connect everything together.

(2:40) So I and connect everything together. So I select half the object, delete it. And essentially I'll just connect these two things together. So we can see here we've got two halves. Now I can stitch those together by just merging the vertexes and bind them, and now this is one one solid object.

(3:22) And then from there, I can just add more details to it. I can add a gun turret and um some other bits and pieces. And essentially this is how you make a model. You just kind of make smaller pieces and then add them to the model as you go along.

For related video file See:
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH
THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM

BAYLIS_I