# EXHIBIT K

Case 2:23-cv-01653-RSM    Document 85-16    Filed 09/15/25    Page 1 of 5

IS VFX GWBush1.mp4

Also found at -  https://www.youtube.com/watch?v=AeKmitDuV-w&t=303s

Description - A Demonstration of an original '2011 Iron Sky Maya file' by Trevor Baylis. (Lead Maya Artist) George W Bush Craft weapons reveal. (Includes footage from official Iron Sky "Making of" videos)

(0:00) Samuli Torssonen ("ST") from Energia Productions (VFX vendor) extract taken from *"Iron Sky Signal S02: Episode 5 - Making Of Iron Sky"*  (https://www.youtube.com/watch?v=z89NyGkUf6k&t=907s)

(0:00) ST - Right from the beginning we knew that Iron Sky will have a loads of visual effects. Iron sky has almost 1,000 visual effects shots I was telling constantly to Tero [Kaukomaa] (Producer - Blind Spot Pictures (Zurich)) that we can do this ourselves.

(0:14) ST - We need to build the team together pick the best guys who have the right attitude that's the only way we can accomplish the visual effects for this film with the quality Timo [Vuorensola] (Director - Live action) and I want, so we started gathering the team together.

(0:32) ST - We found really talented guys from Finland and and young guys who were willing to learn new things all the time but I knew that we really need some really professional guys as well who have the experience of 10 or 20 years.

(0:45) ST - found really talented guys from the Lightwave (3D software) community and we flew them over to Finland they were here for half a year just doing visual effects and I have to say that it must have been really exhausting because they just didn't have any life here except except 3d art sky and and this office.

(1:42) (Further commentary by Trevor Baylis) So what I'll show now is the animation on this scene which is the weapons reveal scene for the George W. Bush (Spacecraft). One of the most iconic scenes in the film (Iron sky).

(1:58) I've done the animations all myself here. And the weapons, [I] modelled the weapons and created rigs and designed the whole way the system works. The model hull

For related video file See:
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH
THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM

BAYLIS_I

has been made partly by Erko Huhtamaki and Pyry Parkola.

(2:22) But I've brought it all together to make the actual whole craft. What we are going to see first is that the outer hatches start to blow off in sequence. So it's kind of a chain reaction and then you end up with the gun revealed rights at the very end.

(2:42) So everything happens in sequence and I've specifically animated it that way to make it interesting for the viewer to look at. So as we move across the timeline, we start to see the panels come off.

(2:58) So they come off in sequence. Those first followed by the rest. And then as those come out then the, these are called the harpoons, weapons harpoons, they start to roll out. And as they start to roll out the other covers from the main weapons start to come off as well.

(3:20) And they all just blow off out into space. As the weapon comes up. You'll notice the weapon has to fit in quite a small space and I had to design it in a way that it would fit within that small space and then come out in kind of a dramatic and theatrical way.

(3:43) My idea was to make it look like a [Film] Western gun fighter might draw his gun in an overly theatrical way. So that was the idea behind that. And it has all of these different types of moving parts.

(4:00) And the arm unfolds and eventually settles down into it's position. So as we wathc that from the camera angle. The covers blow off. As you get closer toward the craft,our attention is draw to the weapon itself and then the weapon comes out. And everything is unfolding an moving, really kind of 'over the top' to give it a bit more 'power' [Drama) to the audience. That - 'The fight back has begun, and the Americans have turned up with their "Big Guns"'.

(4:51) Now I'm going to talk a little bit about the actual [Maya] file itself. This is an original Maya file from the film Iron Sky. It was originally created in April 2011. So this is the actual file itself - "gwb_front_section_with_weapons_rigs.mb" - And we can see it's the 20th of April 2011.

BAYLIS_2

(5:18) And it's a collection of other files. All these other files have gone together into this and they are all files I've made myself. You can see these files have the name "trev" in them. And it's a genuine fully animated and rigged file.

(5:34) So it's the George W. Bush [spacecraft] and it comes in and it unfurls it's weapon and this is the actual files that's used in the film.

(5:48) And we can investigate the metadata of the file by opening up the file in a 'Text Editor' (basic text software). So instead of opening it up in Maya, I can also open it up as a normal text file (TextEdit (Mac)).

(6:08) And when we open that file [ gwb_front_section_with_weapons_rigs.mb] up as a text file we see the code that the file is made up of. And in the top part here, we can see that the data tells you the time and date of the file. It also shows us what the product [software] is which is Maya 2011. Version 2011.

(6:36) And then we also have the operating system that was used on the computers in the Engergia office (Samuli Torssonen's Office). We even have the route on the server. The address, server address of the file at the Energia office.

(6:56) And if we look here we see my name ["trev"] is in the file multiple times. And the reason for that is because the files has to read from other files, [see at (5:18)] to build the file to accumulate it together.

(7:10) So I've made smaller files, smaller parts of the model. Smaller parts of the rig. And then I've brought them all into a kind of master file and connected everything together.

(7:24) And if you were to do a search for the name "trev". You can see that it appears within the metadata of this file 5,632 times. So this is my name in the file which identifies me with the file. And basically what it's doing is it's picking up all of these other files [see at (5:18)] which I've work on and which I've named ["trev"] and they are all part an parcel of the whole file itself.

**(7:50) And this was at a time when I didn't have a work contract** (see Case 2:23-cv-01653-RSM Document 25. P. 34&35 of 48) as well. *So that's very important to remember*.

BAYLIS_3

(7:57) So we can see these other referenced files here which go together to make up the whole model. We have a reference editor and this reference editor shows all the other files that go together to make this whole scene.

BAYLIS_4