# EXHIBIT L

GenFilesandGWBWeapon .mp4

Also found at -  https://www.youtube.com/watch?v=2h_ge6lWRr0

Description - A look at more original Iron Sky files and explaining how smaller models are combined for larger scenes. Also some preliminary 'Work in Progress' files are shown related to the G W Bush craft main weapons.

(0:00) So what I'll show now is there's a number of files uh that I've managed to obtain. And again these are genuine [Iron Sky 3D] files from 2010 to 2011. They've all - these particular files all have my name on.

(0:16) oAnd initially I was making something called a 'machine room' [Interior of Gotterdammerung spacecraft] which was a a much larger scene where the German soldiers stand on a platform and they're surrounded by machinery.

(0:33) And the way that that was made was to make lots of different smaller files and to just bring everything together as a larger scene. I think yeah, so I have some screen grabs of some of the files.

(0:50) Yeah. So, this this was just a thruster for the George W. Bush. These are some engines that went into the - like a steam engine, that went into the engine room. This was a kind of a piston setup that I created that I was going to use in certain places.

(1:12) This is the this is one of the scenes where the whole of the machine room is being constructed. So, I've made all of these things individually and then placed it all together in in a larger scene. So, I've made the chains individually, and all this all this stuff is stuff that I've made.

(1:31) This this kind of spring and piston attachments for these are the connections for the platform to the to the main structures. This these kind of big machinery things the these are parts of a lift. All these kind of pipes and stuff all these things you know were were made by myself and then combined together to make a a larger scene.

(1:52) One of the first things I made was just a very simple thing called an oil dispenser.

For related video file See:
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH
THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM

BAYLIS_I

And it was just something to to sit on a shelf somewhere. But I'd make loads of different things, loads of props to kind of put around the scene and then I'd construct the whole scene based on the smaller files that I've made.

(2:18) A quick demonstration to show how the modeling works. Essentially, you can just make a sphere and then delete faces, delete edges and then start extruding, and you know you that's essentially how you'd make a model.

(2:34) Modeling is quite simple. It's kind of when you first get 3D software the first thing you do with it is make a model. So, it's kind of entry level work and there's a lot of junior modelers and I think they were the *real trainees* and they're listed in the the credits as junior modelers.

(2:51) Whereas the main visual effects artists such as myself and Risto Puukko, and Lee Stringer and Kelly Myers and Luke Whitehorn and Sebastian Barquin. We were the main guys that kind of constructed things, constructed the scenes, animated the scenes, and created the actual story [Animated parts of the story] for the film Iron Sky.

(3:21) So, we'll move on now to having a look at some of the construction history of the George W. Bush weapons file. One of the thing that sets me apart from all of the other team is that I had been using Maya for about 10 years, which was a lot longer than everybody else had been using it.

(3:40) And I also do rigging and animation, so not just modeling. And because I can do rigging, it means that I can construct models and design models and rigs together at the same time. And that gives me a wider range of possibilities in the work that I create.

(4:02) So, we're going to look at the initial files that I started working with for the for the George W. Bush gum. So, this is a file again. It's got my name ["trev"] on it. This was - we're at 18th of January 2011. I've got my joint chain in the whole model and I'm experimenting with different ways of getting it to work like sliding in and out and trying to work out ways to get the rig to move.

(4:42) And also we have this. This is a more complex thing that I've modeled. And as I've mentioned earlier in the other videos [ see "BasiHydraulicAndEnginePiston"], I kind of rig

these pistons. And I think it makes it look like a more interesting structure to have within a model. I quite like to have these mechanical looking pistons and gears and cogs and stuff within the models.

(5:09) So, I start with blocking the file. I've got the the main hull here before it's had any detail added to it. So I'm just kind of uh working along trying to figure out how this is going to all come together. How it's going to move, how it's going to come in and out of the place where it's seated, and how it's going to turn and uh shoot at things once it's once it's been deployed.

BAYLIS_4