# EXHIBIT M

GWBModelCloseLook.mp4

Also found at -  https://www.youtube.com/watch?v=xGGAzxhz4Xw

Description - A Close look at the Iron Sky George W Bush model and rigs for Iron Sky.

(0:00) Okay. Now, so let's have a closer look at the models themselves. This is the George W. Bush, just the front section just to keep things simple. In making these models, the modeling team are given a lot of freeway, a lot of creativity to bring to the model themselves.

(0:21) There are no blueprints. There's no front side elevations that we're copying. And the storyboard itself may even just say the word CGI (see Fig.1) which stands for computer generated imagery.

**67C. EXT. SPACE**

full CGI

**1. ESTABLISHING WIDE**
**FULL CGI**
U.S.S. "Dubya" DROPS the outer shielding covering a HUGE ARSENAL of modern weaponry.

Fig. 1

(0:36) And there may be a rough drawing within the story boards. If there's any concept work, the concept work tends to be reverse engineered (see Fig.2) and it's usually a model that someone has made and then it's made to look like concept work and then that concept work is used for marketing.



Fig.2

For related video file See:
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH
THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM

BAYLIS_I

(0:56) The final work that ends up in the film is created by the modelers themselves. It's much easier to do things that way. There are some parts of the model, let's say some of the hidden parts which the camera may not see and these might just be generic models made by the uh the junior modelers.

(1:17) But generally the main kind of the main look and feel of the craft is delineated by the creativity of the modelers [and] how we put it all together to to give a performance for the film. So the model is separate to the images [images that make up the film] so to speak.

(1:39) There's a 3D model, but the images that are the film which tell the story, those are rendered images. And any concept work is often reverse engineered and just used for marketing purposes. [Concept work] it's never really used for the film itself.

(2:00) Okay. So, I've uh obviously done my own modeling and work on this craft, but then I have to break things up, add extra modeling so that we can get a performance from it.

(2:20) So, I've had to alter the the hull to try to make the panels come off. And then when we look at the model it itself for the guns, I've had to design and create all of these bits and pieces. And you can see how it kind of neatly fits inside the bay area.

(2:47) And as it's extended. I've done a lot of modeling on different parts of the gun itself. And all of these parts of the arm are modeled to make them look interesting. And, you know, I could keep going with this. I could add extra bits and pieces, you know, and and continue on making extra things to the model.

(3:27) And if we look at the rig itself is kind of hidden away here, and it's attached - (It's based on the) - So, I've I've blocked out the model first to make a kind of to help me make the basic rig. And then after that's done, that's when I go in and add detail to the model itself. So that way I know that the rig - and so I've so I've modeled and rigged the whole thing together as I've gone along over the number of weeks or months that it's taken me to create this.

(4:10) So there is a rig inside here. We have the finetuning targeting. And you'll notice that what I've tried to do is tried to keep this a relationship between the gun and the barrel

BAYLIS_2

itself. So that it remains kind of level where it can to maintain a kind of aesthetic look because I don't want the the barrel kind of turning upside down and going in different directions.

(4:49) So, no matter how the the rig is moved, how the arm rotates, you still get this relationship between the the gun and the barrel regardless of how things move elsewhere.

(5:12) And again there's this rig here for the for the - these are called the harpoons. They are supposed to fire these kind of harpoons out to them. And so this just allows me I've got these attributes here which just allow me to control how the how the rig works.

(5:37) Again, you can see this kind of piston setup I've got here working. And and I could have made this so that it just slides out in a very basic way, but in order to give it that kind of production quality - and also for for me to show off a little bit, I just made these things as complex.

(6:07) I just made these things, you know, more complex so that they roll out, so that they turn, so that they extend. And I think that helps it give a better impression to the audience rather than if you just had a gun just kind of slide out and just point at things.

BAYLIS_3