# EXHIBIT N

Gotterdammerung.mp4

Also found at -  https://www.youtube.com/watch?v=7Iozn8QGPb8&t=331s

Description - A look at the Iron Sky Gotterdammerung Model

(0:12) Right. So, now on to the Gotterdammerung. Th Gotterdammerung is the main baddie of the film. It's kind of the McGuffin *(Dictionary -  McGuffin: an object or device in a film or a book which serves merely as a trigger for the plot that carries the film narrative)* that carries the film narrative along for a large part of the film.

(0:28) It's the machine that in my mind when we were developing it, was a type of Von Neumann probe in that it was a self-replicating machine that would burrow into the Moon and kind of make use of the resources of the Moon in order to build upon itself.

(0:48) So it would have within itself furnaces and factories and then those furnaces and factories could be used to create the actual UFOs -  the fleet of UFOs that were used for the invasion.

(1:05) So it was a kind of a parasitical kind of machine type entity, a little bit like a scabies tick in my mind. And we'd look at research from things like shipyards, quarries, kind of tunnel boring machines, which is what the front of the the, uh, the Gotterdammerung is based on.

(1:31) We had no time to do any major design work on it. So we built it kind of ad hoc and I was completely in control of creating the craft and the modeling team, the main senior modelers were assigned to me and I would give them starting files to work with and then just supervise them.

(1:55) And also, you know, myself, I was creating lots of the modeling myself. And then, at the end of every evening, we'd we'd see what we had. I'd make an assembly file and then we'd spend the next couple of months just kind of modeling and building and creating the model that we see in the film.

(2:42) Okay. So, we'll take a quick look at the file. And again, this is a it's a Maya file that was created in 2011, November the 17th. Again we've got in the metadata the product is

For related video file See:
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH
THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM

BAYLIS_I

Maya 2011. And again we can find at least some some instances of my name ["trev]. So that identifies me with the file.

(3:14) There were number of files made. This is one of the the more finished files. So it's essentially made up of lots of different files. The cannons at the front. Part of something called the engine front. We have the hood, cannon spinners, small cranks, acceleration gears, locomotives, some geometry, something called the nose sliders, exhaust unions. I mean, these are just names we've just kind of made up.

(4:00) Shredders. This is the radial engine. Lots of different cogs and stuff going on and lots of other different files that go together. And then the whole rear section is a file of itself.

(4:24) So, this is the the kind of the starting point of the Gotterdammerung [Radial engine]. It's the It's kind of the first thing that was made. And it's it's kind of the the main feature of the craft. And it features in the trailers and things. So there's some nice detail up close You've got these shredders. These sit around the radial engine.

(4:56) And the idea is that the craft kind of goes forward and you'll see one of - I think it's the Indian ship - getting chewed up by the shredders as the Gotterdammerung lurches toward it.

(5:14) There's lots of extra pistons and things going on. These things called locomotives. We've just made up names for these things. And these animate in and out. And I've modeled these. I've made all this stuff.

(5:36) Then these gears, these this was all - of this kind of modeling and rigging was something I did. So you have these gears and pistons and kind of differential systems here and that's all kind of animated and moving about.

(6:07) Yeah. And so it all gets very complex very quickly when you kind of start seeing all these things moving together and it gave quite a good impression in the film and I think it's a very new unique spacecraft. There's nothing else like it. And I'm very pleased to have been the main guy that uh created this and put it together.

BAYLIS_2

(6:43) And of course, it's so complex that nobody else could use it for the shots in the film. So, I had to do all of the scenes where the where the craft was needed for things like, you know, engaging with the with the other engaging with the with the other into the moon. So all that was my work.

(7:06) And I was the last 3D modeler on the project. Everyone had left by December 2011 and I had to work over Christmas and New Year to try and get this try and get the ends the these final scenes of Gotterdammerung done by myself in order for them to for the scenes to go into the film and for the final film to be delivered at the Berlin Film Festival [February 11th 2012]

BAYLIS_3