# EXHIBIT O

SceneBuildExample.mp4

Also found at - https://www.youtube.com/watch?v=zlskGGDqiUo

Description - An example of how main scene files in Maya are constructed from smaller scene files and how I superintend the arrangement of the scenes.

0:00 Okay, so now I want to talk about a scene, putting a scene together in Maya and then rendering an image from that scene.

0:12 And the reason why I want to use this particular image, I asked Valve Corporation to acknowledge that this sort of image is the kind of image that

0:17 any reasonable person would be considered [Consider to be] a copyrightable image and they denied that it was.

0:21 So, this uh this is my character Lotte, who I've created for hopefully an Iron Sky reboot in the future. And in the background is the Rheingold UFO, which was created by Seb Barquin whilst he was in the United Kingdom at his home in Northampton.

0:48 Um, and then I've constructed a whole scene like a a room where the action takes place.

0:57 The scene itself is built up from smaller files. So, I'm going to demonstrate how we bring a scene together.

1:00 So if we look at this particular Maya file, all of the elements that are in the scene are are actually built in separate files and then those separate files come together in a in an assembly file.

1:19 So if we look here, we have something called a reference editor and the reference editor shows us all of the other connected scenes within the file. So if we navigate to the files on the hard drive, we can see that we have hanger six here which appears as a separate file.

For related video file See:
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH
THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM

BAYLIS_I

1:42 The head setup, the actual head of Lotte is is a separate file because it's an animated head. The Stormtrooper body that she uses, Stormtrooper 2 with the face animation, Stormtrooper 2. So, all of these files are

1:57 made separately and they're brought together in a scene. And if we take a look at the scene from a different angle, we can see we've got a large room.

2:10 And you can see Lotte down here. And if we pan out, we can see that this scene is basically a room. And we once again see our light dome, which gives our generic light.

2:23 And we can go around back and we see we've got one of the Valkyrie crafts that I've made. Um, and we can sort of navigate around the scene

2:38 and see things from different angles. Get back to Lotte.
Here she is. What I can do, I can choose, um a camera angle I like and set up a camera. So that's what I've done here.

2:58 And then I would add the lights and uh then just uh do a render. So this is my animated character, Lotte. Um she's rigged and animated and I can get a performance uh from her and she's she's just a single file.

3:18 She's animated based on "blend shapes", which is a kind of a stop motion technique where you have lots of different heads and each head has a particular face shape.

3:29 And these techniques are found in uh Jason Osipa's uh book, *Stop Staring*. And I've I've been doing this kind of stuff since um for about twenty years or so.

3:44 So there's the basic way of how you might model the the character and set up the blend shapes are in are in this book. And this is my own book which I bought from Foyles's bookshop (Famous bookshop in London) back in 2003 I think.

3:48 Uh and as I say I learned to do this at University. I was at University at the time. Right. So when I've uh created Lotte's head, then I can attach her to a body and uh then I

4:17 can add the rig to her. And from there I can create animations and create a whole animated scene. And I can do this over and over again and create lots of different animations.

4:34 and then I'd have an animated character to place into lots of different scenes. Okay, so now that brings us to the Iron Sky hanger scene. This is a very very large scene because it's made up of so many different files. Here's all the number of files that are used to make the scene.

5:00 So the scene itself, the actual 3D scene with all the models and everything in. And so all of these different models in here are all separate scene files in everything in there.

5:12 The cranes, the the Valkyries, the train, the road, the motorcyclist, the shelves. And I've modeled a lot of this stuff. And then some of the other models have been done

5:26 by other people, but I've brought it all in and kind of arranged it all and made an animated sequence to kind of sell the idea to the audience that this is a kind of a massive hanger full of spaceships which are going to be used for the invasion.

5:46 One of the protagonists, Washington, is being taken further into the moon base. He's going past all of these giant UFOs and he's seeing for himself and thus conveying to the audience that there's a huge invasion fleet being built here.

6:03  And um yeah, so when when you you actually see that scene in the film and it's all been put together by by myself.

6:11 Um I can try to show you some of the files. So there's a you know the initial starting point is a road. So I would build this road. Um, and this itself is is quite a substantial model.

6:25 I've got my lighting set up in here as well. Yeah. So, here's the train. Yeah. So, we've got the animated train in there as that goes through.

6:43 So I'll have set that up next to the road. And then we have the train coming through. And then we have, you know, the Valkyries coming up the side and lots of cranes lifting things  around.

BAYLIS_3

6:57 Um, maybe I can show one of the cranes. Right. So, yeah. So, we have these cranes. These cranes are animated and moving. They're sliding up. And then the Valkyries would be attached to these.

7:09 So, as we're driving underneath these canes, the cranes are swinging the Valkyries. And these cranes the are rigged and I've created the rigs for these. Um,

7:24 and I've got these attributes attached. That's the attribute for that. And the attribute for the crane to go up and down and for the crane to rotate.

7:41 So, so all of these things have been built into it by by myself. Then these are added to the these smaller scenes are added to the larger scene. And that's how we get our main hanger scene.