# EXHIBIT P

IronSkyFilesMetaData.mp4

https://www.youtube.com/watch?v=wy1jdRcYqW8

Description - Opening Original Iron Sky Maya files in Text Editor reveals the name "trev" thousands of times within the files.

No transcript.





For related video file See:
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH
THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM

BAYLIS_I





BAYLIS_2



