# EXHIBIT Q

KermodeFilmReview_IronSkyExtract.mp4

Taken from - Iron Sky reviewed by Mark Kermode

    Mark Kermode reviews Iron Sky, a sci-fi comedy in which Nazis return from their secret base on the moon to conquer the world. 18 May 2012

https://www.bbc.co.uk/programmes/p00stck9

Also found at  - KermodeAndMayosFilmReview-20120518-18052012.mp3 (1:15:40)

(0:00) I think you'll like Iron Sky. For one thing, and this is something that nobody's pointing out.

(0:04) **It's designed really well**

I mean it's got these kind of Ed Wood flying sauces that just from a special effects, I don't mean rip roaring special effects, you haven't seen special effects like this anywhere else

(0:13) **but what you haven't seen is special effects this well designed before**

I mean the film makes references all the way throughout the movies mentioned, to The Great Dictator there is stuff from Plan 9 From Outer Space, and I think there's stuff from Mars Attacks. There is a central gag about watermelon man which I thought was, you know, kind of worked quite well, and yes maybe the Script, you know could do with another pass through and polish.

(0:37) **I think visually it was impressive!**

Mark Kermode - BBC Film Reviewer.

For related video file See:
NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH
THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM

BAYLIS_I