# EXHIBIT S

MchRmCmpre .mp4

Also found at -  https://www.youtube.com/watch?v=IikaDAGOgMc&t=5s

Description - A video to demonstrate how **taking the 3D animation work from Iron Sky out of the film** would make a dramatic difference to the whole film and proving why the 3D artists are authors of the film. The (uncopyrightable) "scène à faire" elements if any are more likely to be the live action footage of the German officers rather than the 3D animation parts which are entirely original in at least their selection and arrangement by the animators ans in setting up the cameras and other rendering aspects as well as their creation as 3D models by the 3D team of which Trevor Baylis was a principle creative artist, animator, scene builder and author. The film could not exist without Baylis' contribution which were executed independently by him and without any input from the film director who was often not even in the country let alone the studio.

No transcript.



MchRmCmpre

For related video file See:

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH
THE CLERK REGARDING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT ON OWNERSHIP OF COPYRIGHT
No. 2:23-cv-01653-RSM

BAYLIS_I



**MchRmCmpre**



**MchRmCmpre**



**MchRmCmpre**



**MchRmCmpre**