# EXHIBIT V

   **Trevor Baylis <trevor.baylis@gmail.com>**

**Request of Opinion from the Finnish Copyright Council**

**Samuli Torssonen** <samuli.torssonen@starwreck.com>   20 August 2014 at 10:45
To: Trevor Baylis <trevor.baylis@gmail.com>

Hi Trevor. If you are refering to the "work of art" reel which you posted to Youtube I recommend you contact the current Iron Sky copyright holder which is "Iron Sky Universe Oy". Energia Productions does not own any of rights to Iron Sky film and is not connected to the sequel in any way.

Thank you.

Samuli Torssonen
CEO / Energia Productions Oy
[Quoted text hidden]
--
Samuli Torssonen
Energia Productions / Iron Sky VFX producer
samuli.torssonen@starwreck.com
+358 40 7499765

BAYLIS_I