# EXHIBIT W

**Iron Sky Universe Oy**

**TILINPÄÄTÖS**

**31.12.2017**

BAYLIS_I

Iron Sky Universe Oy  			31.12.2017  			1 (10)
Työpajankatu 2 b E
00580 HELSINKI
Y-tunnus 2584146-3
Kotipaikka Helsinki

SISÄLLYSLUETTELO					sivu
*CONTENTS*					page

1. Sisällysluettelo					1
*Contents*
2. Tuloslaskelma					2
*Income Statement*
3. Tase					3
*Balance sheet*
6. Liitetiedot					5
*Notes to financial statement*
7. Luettelo käytetyistä kirjanpitokirjoista					9
*Accounting books*
8. Tositelajit ja säilyttämistapa					9
*Types of vouchers and records*
9. Tilinpäätöksen allekirjoitukset					10
*Signatures*
10. Tilinpäätösmerkintä					10
*Auditors´ note*

Tilinpäätös on säilytettävä vähintään 10 vuotta tilikauden päättymisestä (KPL 2:10 §).
Tilikauden tositeaineisto on säilytettävä vähintään 6 vuotta sen vuoden lopusta, jonka
aikana tilikausi on päättynyt.

*The financial statements must be stored for a minimum of 10 years following the end of the fiscal period. Accounting materials m*
*be stored for a minimum of 6 years following the end of the calendar year during which the fiscal year ended.*

Tilinpäätöksen laati
*Financial Statements were prepared by*

Tietotili Consulting Oy, auktorisoitu tilitoimisto
Vanha Kaarelantie 33A
01610 Vantaa

BAYLIS_2

Iron Sky Universe Oy  
Työpajankatu 2 b E  
00580 HELSINKI  
Y-tunnus 2584146-3  
Kotipaikka Helsinki

31.12.2017

2 (10)

| | 1.1.2017-<br>31.12.2017 | 1.1.2016-<br>31.12.2016 |
|---|---:|---:|
| **T U L O S L A S K E L M A**<br>***INCOME STATEMENT*** | | |
| **LIIKEVAIHTO**<br>***NET TURNOVER*** | 13221,19 | 225697,37 |
| Liiketoiminnan muut tuotot<br>*Other operating income* | 16326,13 | 40279,36 |
| Materiaalit ja palvelut<br>*Materials and Consumables* | | |
|     Aineet, tarvikkeet ja tavarat<br>    *Raw materials and consumables* | | |
|         Ostot tilikauden aikana<br>        *Purchases during the financial year* | -177,27 | -755,51 |
|         Varaston muutos<br>        *Variation in inventories* | | |
|     Ulkopuoliset palvelut<br>    *External services* | -1 327,86 | -1 370,98 |
| Materiaalit ja palvelut yhteensä<br>*Materials and consumables total* | -1 505,13 | -2 126,49 |
| Henkilöstökulut<br>*Staff expenses* | | |
|     Palkat ja palkkiot<br>    *Employees' wages and salaries* | -6760 | -14815 |
|     Henkilösivukulut<br>    *Social securitys expenses* | | |
|         Eläkekulut<br>        *Pension expenses* | -1503,05 | -4323,30 |
|         Muut henkilösivukulut<br>        *Other social security expenses* | 804,73 | 15471,98 |
| Henkilöstökulut yhteensä<br>*Staff expenses total* | -7 458,32 | -3 666,32 |
| Poistot ja arvonalentumiset<br>*Depreciation and reduction in value* | | |
|     Suunnitelman mukaiset poistot<br>    *Depreciations according to plan* | -43685,58 | -38789,87 |
|     Poistot ja arvonalentumiset yhteensä<br>    *Depreciations and reductions total* | -43 685,58 | -38 789,87 |
| Liiketoiminnan muut kulut<br>*Other operating expenses total* | -109 415,77 | -142 241,85 |
| **LIIKEVOITTO/-TAPPIO**<br>***OPERATING PROFIT*** | -132 517,48 | 79 152,20 |
| Rahoitustuotot ja -kulut<br>*Financial income and expenses* | | |
|     Muut korko- ja rahoitustuotot<br>    *Financial income* | 77,56 | |
|     Korkokulut ja muut rahoituskulut<br>    *Financial expenses* | -16 663,28 | -8 279,34 |
|     Rahoitustuotot ja -kulut yhteensä<br>    *Financial income and expenses total* | -16 585,72 | -8 279,34 |
| **VOITTO ENNEN TILINPÄÄTÖSSIIRTOJA JA VEROJA**<br>***PROFIT (-LOSS) BEFORE TAXES*** | -149 103,20 | 70 872,86 |
| Tuloverot<br>*Income taxes* | | |
| **TILIKAUDEN VOITTO/-TAPPIO**<br>***PROFIT (-LOSS) FOR THE FINANCIAL PERIOD*** | -149 103,20 | 70 872,86 |

Iron Sky Universe Oy  
Työpajankatu 2 b E  
00580 HELSINKI  
Y-tunnus 2584146-3  
Kotipaikka Helsinki

31.12.2017                                    3 (10)

| | 31.12.2017 | 31.12.2016 |
|---|---:|---:|
| **T A S E** / *BALANCE SHEET* | | |
| **V a s t a a v a a** / *Assets* | | |
| **PYSYVÄT VASTAAVAT** / *NON-CURRENT ASSETS* | | |
| **Aineettomat hyödykkeet** / *Intangible assets* | | |
| Aineettomat oikeudet / *Intangible rights* | 80 532,69 | 98 905,38 |
| Muut pitkävaikutteiset menot / *Other capitalised long-term expenditure* | 4 241 026,34 | 3 697 743,23 |
| Aineettomat hyödykkeet yhteensä / *Intangible assets total* | 4 321 559,03 | 3 796 648,61 |
| **Aineelliset hyödykkeet** / *Tangible assets* | | |
| Koneet ja kalusto / *Machinery and equipment* | 938,68 | 1 251,57 |
| Aineelliset hyödykkeet yhteensä / *Tangible assets total* | 938,68 | 1 251,57 |
| PYSYVÄT VASTAAVAT YHTEENSÄ / *NON-CURRENT ASSETS* | 4 322 497,71 | 3 797 900,18 |
| **VAIHTUVAT VASTAAVAT** / *CURRENT ASSETS* | | |
| **Lyhytaikaiset saamiset** / *Short-term receivables* | | |
| Myyntisaamiset / *Sales receivables* | 199 085,23 | 6 297,70 |
| Lainasaamiset / *Loan receivables* | 5 635,85 | 19 153,12 |
| Muut saamiset / *Other receivables* | 9 302,36 | 19 323,95 |
| Siirtosaamiset / *Prepayments and accrued income* | 30 492,13 | 16 786,76 |
| Lyhytaikaiset saamiset yhteensä / *Short-term receivables total* | 244 515,57 | 61 561,53 |
| Saamiset yhteensä / *Receivables* | 244 515,57 | 61 561,53 |
| **Rahat ja pankkisaamiset** / *Cash and bank receivables* | 73 090,76 | 135 598,29 |
| VAIHTUVAT VASTAAVAT YHTEENSÄ / *CURRENT ASSETS TOTAL* | 317 606,33 | 197 159,82 |
| **V a s t a a v a a   y h t e e n s ä** / *Assets total* | 4 640 104,04 | 3 995 060,00 |

BAYLIS_4

Iron Sky Universe Oy  
Työpajankatu 2 b E  
00580 HELSINKI  
Y-tunnus 2584146-3  
Kotipaikka Helsinki

31.12.2017    4 (10)

**T A S E**  
*BALANCE SHEET*

**V a s t a t t a v a a**  
*Equity and liabilities*

**OMA PÄÄOMA**  
*SHAREHOLDER´S EQUITY*

| | | |
|---|---:|---:|
| Osakepääoma | 2 500,00 | 2 500,00 |
| *Share capital* | | |
| **Sijoitetun vapaan oman pääoman rahasto** | 270 195,00 | 270 195,00 |
| *Reserve for invested unrestricted equity* | | |
| Edellisten tilikausien voitto | -91 626,28 | -162 499,14 |
| *Retained earnings (losses)* | | |
| Tilikauden voitto/tappio | -149 103,20 | 70 872,86 |
| *Profit (loss) for the financial year* | | |
| OMA PÄÄOMA YHTEENSÄ | 31 965,52 | 181 068,72 |
| *CAPITAL AND RESERVES TOTAL* | | |

**VIERAS PÄÄOMA**  
*LIABILITIES*

| | | |
|---|---:|---:|
| Pitkäaikainen | | |
| *Long-term liabilities* | | |
|     Bonds | 235 162,00 | 235 162,00 |
| Lainat rahoituslaitoksilta | 1 000 000,00 | 1 000 000,00 |
| Muut velat | 75 000,00 | 70 000,00 |
| Pitkäaikainen velka yhteensä | 1 310 162,00 | 1 305 162,00 |
| *Long-term liabilities total* | | |

**Lyhytaikainen**  
*Short-term liabilities*

| | | |
|---|---:|---:|
|     Saadut ennakot | 2 866 576,43 | 2 297 390,33 |
|     *Advances received* | | |
|     Ostovelat | 230 684,15 | 156 373,97 |
|     *Accounts payable* | | |
|     Muut velat | 19 134,65 | 15 920,70 |
|     *Other short term debts* | | |
|     Siirtovelat | 181 581,29 | 39 144,28 |
|     *Accruals and deferred income* | | |
| Lyhytaikainen velka yhteensä | 3 297 976,52 | 2 508 829,28 |
| *Short-term liabilities total* | | |
| VIERAS PÄÄOMA YHTEENSÄ | 4 608 138,52 | 3 813 991,28 |
| *LIABILITIES TOTAL* | | |
| **V a s t a t t a v a a   y h t e e n s ä** | 4 640 104,04 | 3 995 060,00 |
| *Equity and liabilities total* | | |

Iron Sky Universe Oy                          31.12.2017                                    5 (10)
Työpajankatu 2 b E
00580 HELSINKI
Y-tunnus 2584146-3
Kotipaikka Helsinki

**TILINPÄÄTÖKSEN 31.12.2017 LIITETIEDOT**
*NOTES TO FINANCIAL STATEMENTS 31.12.2017*

**Tilinpäätöksen laatimisperiaatteet**
*Notes regarding the methods employeds in ppreparing the financial statements*

Tilinpäätös on laadittu valtioneuvoston asetuksen pien-ja mikroyrityksen tilinpäätöksistä esitettävistä tiedoista säädettyjen 2 ja 3 lukujen pienyrityssäännöstöä noudattaen.
*The financial staments have been prepared accordance with Finnish Government Decree chapters 2 and 3 to small and micro-enterprise financial statements.*

Tasekirja on laadittu kaksikieliseksi. Mikäli suomenkielisen ja englanninkielisen sanamuotojen
välillä on eroja tai ristiriitoja, suomenkielinen versio on virallinen versio.
*The financial statements are bilingual. In case of doubts concerning the interpretation of the financial statements*
*or/and differences between versions resulting from the incorrect translation, Finnish version of the financial*
*statements shall prevail.*

**Tilinpäätöksen laatimista koskevat liitetiedot (2 §):**
*Notes regarding the methods employeds in ppreparing the financial statements*

**Arvostusperiaatteet ja -menetelmät**
(KPA 2:2.1,1 ja KPA 2:3.1,3)
*Valuation principles*

Yhtiön pysyvät vastaavat on arvostettu hankintamenoonsa.
*The non-current assets have been valuated to changing acquisition price.*

**Jaksotusperiaatteet ja -menetelmät**
(KPA 2:2.1,1)
**Recognition principles and methods**

Poistoajat perustuvat arvioituihin taloudellisiin käyttöaikoihin. Käyttöomaisuuserät on jaettu seuraaviin poistoryhmiin:
*Depreciation according to plan is calculated based on the useful life of the assets.*

| Käyttöomaisuushyödyke | arvioitu pitoaika | poisto% | poistomenetelmä |
|---|---|---|---|
| *Capital asset* | *probable useful life* | *depreciation-%* | *depreciation method* |
| Tavaramerkkioikeudet | 5v | | tasapoisto |
| *Intangible rights* | *5 years* | | *Straight-line depreciation* |
| Koneet ja kalusto | | 25 % | menojäännös |
| *Machinery and equipment* | | | *Outlay residue write-off* |

Keskeneräiset työt on arvostettu hankintamenoonsa.
Keskeneräisiin tuotantoihin kohdistuvat tulot ja avustukset ovat saaduissa ennakoissa ja sitä vastaavat kulut on kirjattu muihin pitkävaikutteisiin menoihin.
*Unfinished production have been valued to aquisition price.*
*Income and allowances, directed to unfinished production has been entered as advances received, and corresponding expense booked as other capitalised long-term expenditure.*

Iron Sky Universe Oy  31.12.2017  6 (10)
Työpajankatu 2 b E
00580 HELSINKI
Y-tunnus 2584146-3
Kotipaikka Helsinki

**Taseen vastaavia koskevia liitetiedot (4 §)**
*Notes concerning assets*

**Käyttöomaisuuden hankintamenojen ja muiden pitkävaikutteisten menojen hankintamenot, muutokset tilikaudella ja poistamattomat osat**
(KPA 2:4.2)
*Non-current assets*

|  | Aineettomat hyödykkeet | Koneet ja kalusto |
|---|---|---|
|  | *Intangible assests* | *Machinery and equipment* |
|  | 2017 | 2017 |
| Tasearvo 1.1.2017 | 98 905,38 | 1 251,57 |
| *Book value 1.1.2017* |  |  |
| Lisäykset + | 25 000,00 | 0,00 |
| *Increases* |  |  |
| Vähennykset - | 0,00 | 0,00 |
| *Decreases* |  |  |
| Sumu-poistot | -43 372,69 | -312,89 |
| *Planned depreciations* |  |  |
| Tasearvo 31.12.2017 | 80 532,69 | 938,68 |
| *Book value 31.12.2017* |  |  |
|  |  |  |
| Kertynyt poistoero | 0,00 | 0,00 |

**Taseen vastattavia koskevat liitetiedot (5 §)**
*Notes concerning equity and liabilities*

**Oman pääoman erittelyt**
(KPA 2:5.1,1)  31.12.2017
*Total equity*

Sidottu oma pääoma  2500,00
*Restricted equity*

Osakepääoma 10.1.  2 500,00
**Osakepääoma 31.12.**  **2 500,00**
*Capital Stock*

Sidottu oma pääoma yhteensä  2 500,00
*Restricted equity total*

Vapaa oma pääoma
*Unrestricted equity*

Voitto edellisiltä tilikausilta 1.1.
*Retained earnings1.1.*
Osingonjako
*Distrubution of profits*
**Voitto edellisiltä tilikausilta 31.12.**  **-91 626,28**
*Retained earnings 31.12.*

**Tilikauden voitto/tappio**  **-149 103,20**
*Profit for financial year*

Sijoitetun vapaan oman pääoman rahasto 10.1.
**Sijoitetun vapaan oman pääoman rahasto 31.12.**  270 195,00
*Reserve for invested unrestricted equity 31.12.*

Vapaa oma pääoma yhteensä  29 465,52
*Unrestricted equity total*

**OMA PÄÄOMA YHTEENSÄ 31.12.**  **31 965,52**
***TOTAL EQUITY***

BAYLIS_7

Iron Sky Universe Oy  
Työpajankatu 2 b E  
00580 HELSINKI  
Y-tunnus 2584146-3  
Kotipaikka Helsinki

31.12.2017

7 (10)

**Erittely liikkeelle lasketuista joukkovelkakirjoista**  
*Bonds*

| | | |
|---|---|---|
| Crowd bond, 8 % | alkusaldo 1.1.2016 | 235 162,00 |
| | book value 1.1.2016 | |
| | lisäys | 0,00 |
| | increases | |
| | saldo 31.12.2017 | 235 162,00 |
| | decreases | |

**Vakuudet ja vastuusitoumukset (7 §)**  
*Guarantees and contingent liabilities*

**Velat ja niiden vakuudet tase-erittäin ja vakuuslajeittain**  
(KPA 2:7)  
*Liabilities and guarantees*

Vuokravakuus  
*Bank deposit for the rent security*                    7 500,00

Muut vastuut

Blind Spot Pictures Oy:lle IPR oikeuksista sopimuksen mukaan tulevista kassavirroista 3 % tai 30 %, kunnes 500.000 € on saavutettuna. Per tilinpäätöshetki on maksettu 111.863,43 €, jolloin mahdollisen vastuun määrä on 388.136,57 €. 500.000 €:n kauppahinnan maksun jälkeen 20 % yhtiön positiivisesta IPR oikeuksien kohteena olevasta elokuvasta ja siihen liittyvän liiketoiminnan positiivisesta kassavirrasta.

Energia Productions:lle sopimuksen mukaan 2 % tai 20 % vuosittaisesta kassavirrasta, kuitenkin vähintään 25.000 € tai 40.000 €, kunnes 200.000 €:n kokonaiskorvaus on maksettu. Per tilinpäätöshetki on maksettu 105.000 €, jolloin mahdollisen vastuun määrä on 95.000 €.

*Other liabilities*

*The Company is liable to pay Blind Spot Pictures Oy 3% or 30% for IPR rights from future cash flows generated per agreement until 500 000€ is paid. At the end of the Fiscal year 2017, the company has made contributions totaling 111.868,43€, leaving a liability of 388 136,57€. After 500 000€ has been paid in full, the company is liable to pay 20% from IPR rights used in targeted movies and other business activities that use the IPR and generate positive cash flow.*  
*The company shall pay Energia Productions Oy 2% or 20% from annual cash flow, or at least 25 000€ or 40 000€ until the total compensation reaches 200 000€. At the end of the fiscal year, 105 000€ has been contributed toward this leaving a total liability of 95 000€.*

| | | |
|---|---|---|
| Iron Sky Universe Oy | 31.12.2017 | 8 (10) |
| Työpajankatu 2 b E | | |
| 00580 HELSINKI | | |
| Y-tunnus 2584146-3 | | |
| Kotipaikka Helsinki | | |

**Liitetiedot henkilöstöstä ja toimielinten jäsenistä (8 §)**

**Henkilöstön lukumäärä ja ryhmät
(KPA 2:8.1,1)**
*Average number of personnel*

| | 31.12.2017 |
|---|---|
| Henkilöstön lukumäärä tilikauden aikana keskimäärin | 3 |
| *Average number of personnel during the financial year* | |

**OSAKEYHTIÖLAIN 11 LUVUN MUKAISET LIITETIEDOT
NOTES RELATING TO THE REPORT OF OPERATIONS REQUIRED BY THE LIMITED LIABILITY COMPANIES´ ACT**

**Hallituksen esitys yhtiön voittoa koskeviksi toimenpiteiksi ja muun vapaan oman pääoman jakamisesta**
*Proposal by the Board of Directors on procedures concerning the company´s profit.*

Voitonjakokelpoiset varat ovat -240 729,48 euroa, josta tilikauden tappio on 149 103,20 euroa.
Hallitus ehdottaa yhtiökokoukselle, että voitonjakokelpoiset varat käytetään seuraavasti:
*Company has -240 729,48 € distributande funds on 31.12.2017 (loss for the financial period 149 103,20 €).
Board suggests to annual meeting of shareholders that dividends from financial year will not be distributed:*

| | | | |
|---|---|---|---|
| Osinkoa jaetaan | | 0,00 | euroa |
| *Dividend* | | | |
| Jätetään omaan pääomaan | | -240 729,48 | euroa |
| *To be retained in equity* | | | euroa |
| | | -240 729,48 | |

**Yhtiön osakkeet
Shares of the company**

| | Kpl | Osakepääoma
Capital stock |
|---|---|---|
| Rekisteröity | 113 097 | 2 500,00 |
| *Shares* | | |

Kukin osake oikeuttaa yhteen ääneen yhtiökokouksessa. Kaikilla osakkeilla on samanlainen oikeus
osinkoon ja yhtiön varoihin.
*Each share entitles to one votes in the General Meeting. All shares have similar rights to dividends and to the company's
assets.*

Iron Sky Universe Oy  31.12.2017  9 (10)
Työpajankatu 2 b E
00580 HELSINKI
Y-tunnus 2584146-3
Kotipaikka Helsinki

**KIRJANPITOKIRJAT**
*ACCOUNTING BOOKS AND RECORDS*
    Tilinpäätös ja tase-erittelyt sidottuina kirjoina
    *Financial Statements and balance sheet specifications as bound book.*

| | CD/Paper |
|---|---|
| Tuloslaskelma | ADP-record |
| *Income statement* | ADP-record |
| Tase | ADP-record |
| *Balance sheet* | ADP-record |
| Päiväkirja | ADP-record |
| *Journal* | ADP-record |
| Pääkirja | ADP-record |
| *General ledger* | ADP-record |
| Ostoreskontra | ADP-record |
| *Purchase invoices* | ADP-record |
| *Sales Invoices* | ADP-record |
| *Sales receivables* | ADP-record |
| Palkkakirjanpito | ADP-record |
| *Payroll accounting* | ADP-record |

**TOSITELAJIT JA SÄILYTYSTAPA**
*TYPES OF VOUCHERS AND THEIR STORAGE METHODS*

| | | |
|---|---|---|
| 9 | Kassatositteet | sähköinen |
| | *Cash vouchers* | *electronic* |
| 15 | Pankkitositteet | sähköinen |
| | *Bank vouchers* | *electronic* |
| 20 | Ostolaskut | sähköinen |
| | *Purchase vouchers* | *electronic* |
| 30 | Myyntilaskut | sähköinen |
| | *Sales ivouchers* | *electronic* |
| 40 | Muistiotositteet | sähköinen |
| | *Memo vouchers* | *electronic* |
| 41 | Alkusaldot | sähköinen |
| | *Opening balance* | *electronic* |
| 45 | Palkkatositteet | sähköinen |
| | *Payroll vouchers* | *electronic* |
| 45 | Matkalaskut ja kulukorvaukset | sähköinen |
| | *Travel expenses* | *electronic* |
| 47 | Laskennalliset tositteet | sähköinen |
| | *Calculated vouchers* | *electronic* |
| 49 | Jaksotustositteet | sähköinen |
| | *Accrual vouchers* | *electronic* |

Iron Sky Universe Oy  31.12.2017  10 (10)
Työpajankatu 2 b E
00580 HELSINKI
Y-tunnus 2584146-3
Kotipaikka Helsinki

**TILINPÄÄTÖKSEN ALLEKIRJOITUKSET**
*SIGNATURES*

Helsinki   ___.___._____

Iron Sky Universe Oy

_____

Kaukomaa Tero
Hallituksen puheenjohtaja                          hallituksen jäsen
*chairman of the board*

_____

Vuorensola Timo                                      Josef Brandmaier
Hallituksen jäsen                                      hallituksen jäsen
board member

**TILINTARKASTUSMERKINTÄ**
*AUDITORS NOTE*

Suoritetusta tilintarkastuksesta on tänään annettu kertomus.
*Our auditor's report has been issued today.*

_____  ____.____.2018

_____

Rehn Joakim Kristoffer
Revico Grant Thornton Oy

BAYLIS_11