# EXHIBIT Y

IronSkyOfficial Berlin_11Feb2012_TimoTero.mp4

Also found at, https://youtu.be/xIir8r0bpcw?si=0k6Q04UVRtUB1EVD

Description - Timo and Tero confirm their consent that the First Publication of Iron Sky was 11th February 2012 in Berlin German and confirms the "Country of origin" was Germany under Berne Convention Article 5(4)(a) for a "point of attachment" of German copyright law. Iron Sky is thus "nationalised" as a German film. NOT a Finnish film.

0:02 (Timo Vuorensola) Hello everybody. My name is Timo Vuorensola and I'm the director of this awesome film about the Nazis from the dark side of the moon.

0:10 And I have great news to you because Iron Sky is now officially completed. In addition to that, the film has been chosen to the Berlin International Film Festival as part of the official program in the Panorama section.

==0:20 This means that the world premiere of Iron Sky will be in Berlin in 11th of February at six o'clock at the biggest cinema in Berlin. I think it's the best place to open with Iron Sky.==

0:36 And after that, we have, of course, a huge party coming up with all the stars and all the filmmakers attending. I'll see you in Berlin. Bye-bye.

==0:46 (Tero Kaukomaa) Six years doing one film, it's a lifetime. And today is Friday, but tomorrow is Saturday. And tomorrow, the 11th of February, is the world premiere of Iron Sky here in Berlin Panorama.==

1:04 So, um I think I have to admit that probably I've been haven't been so nervous before, but it's really really nice feeling after all these years. I'm so happy. Yeah!

BAYLIS_I