# EXHIBIT Z

IronSky_2012Berlinale_RedCarpetPremiere2012.mp4

Also found at - https://www.youtube.com/watch?v=PP895qHQGro

Description - The VFX team for Iron Sky including Trevor Kevin Baylis at the Berlin Film Festival 11th February 2012 after the First Publication to a paying audience. Comments from Actor Udo Kier also emphasise the central role of the 3D animation sequences of the film and the audience appeal is demonstrated by the applause from the crowd when he compares our work to special effects in a George Lucas or Steven Spielberg film.

0:01 (Samuli Torssonen) I just can't believe that we are here believe that we are here and finally it's true and I it's happening and that and I just wish that all the fans and other people enjoy the film as much as we enjoyed while making it.

0:16 (Timo Vuorensola) huge applaud to the person who came up with the idea Jarmo Puskala is in the house everybody.

0:21 [Applause]

==1:28 one person which I like very specifically also rise up here is is this man. This film had over 890 CG shots which is a lot and this guy and the team behind where behind that huge workload in Tampere Finland.==

1:51 Which probably most of you don't even know where it is. This guy and his team and they really made wonderful work with the CG, with with the visual effects don't you think?

1:59 [Applause]

==2:12 (Samuli Torssonen) Yes, it was a miracle that we pulled it off. Bt we did it and uh, thank you also especially Tero who believed in Star Wreck and saw something special in our small film.==

2:27 and of course all the other who joined the production from that point forward I just couldn't believe that we are here now so thank you.

2:39 [Applause]

2:47 (Udo Kier (actor))
and everybody America saying that new film by George Lucas and new special effects by Steven Spielberg - *but this film!*

2:57 I haven't seen it before it's also sort like you the first time, and there is no difference! It is wonderful that from Finland the whole team is able to do even maybe for me better because I'm playing in it

3:15 [Applause]

Below proof of Trevor Kevin Baylis in attendance on stage.



**IronSky 2012Berlinale RedCarpetPremiere2012**



IronSky 2012Berlinale RedCarpetPremiere2012

BAYLIS_3