The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>             Plaintiff, *(pro se)*.<br><br>    v.<br><br>VALVE CORPORATION,<br><br>             Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**DECLARATION OF SEBASTIAN BARQUIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Sebastian Barquin, declare as follows:

1.      I am over the age of Eighteen, competent to be a witness herein, and make this declaration on the basis of my personal knowledge.

2.      I am a Senior 3D Artist from Northampton, England, United Kingdom.

3.      I worked jointly with Trevor Baylis and others to create the film Iron Sky from 2010 until autumn 2011.

4.      During 2010, I worked on Iron Sky from my home and created three versions of a 3D model 'Rheingold' (A space craft seen prominently in Iron Sky) which, was created

DECLARATION OF SEBASTIAN BARQUIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
No. 2:23-cv-01653-RSM                                                                                                          Page 1

by myself in my home using my own equipment in the United Kingdom without any kind of written contract or payment.

5. I participated in a Finnish Court case, 'Number MAO302/18' which Trevor Baylis explained to me, returned an unfair ruling as it failed to consider I was a United Kingdom citizen the same as Trevor, and I would own copyright in my work on Iron Sky at least based on my Nationality under the United Kingdom Copyright, Designs and Patents Act 1988 especially for work I created at home in the United Kingdom.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed in Northampton, England on this 11th day of September, 2025.

Sebastian Barquin

DECLARATION OF SEBASTIAN BARQUIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
No. 2:23-cv-01653-RSM                                                                                              Page 2

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 15th September 2025 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN

Director Intellectual Property Section Commercial Litigation Branch

Civil Division U.S. Department of Justice

Scott.Bolden@usdoj.gov

Dated: 15th September 2025

*Trevor Baylis*

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

DECLARATION OF SEBASTIAN BARQUIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
No. 2:23-cv-01653-RSM                                                                 Page 3