The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

        Plaintiff,

    v.

VALVE CORPORATION,

        Defendant.

No. 2:23-cv-01653-RSM

**DECLARATION OF JONAH O. HARRISON IN SUPPORT OF DEFENDANT'S MOTION TO STAY CASE PENDING SUMMARY JUDGMENT RULING OR IN THE ALTERNATIVE TO EXTEND TRIAL AND RELATED DATES**

Note on Motion Calendar:
October 2, 2025

I, Jonah O. Harrison, declare as follows:

1.    I am an attorney at the law firm Arete Law Group PLLC. I represent Defendant Valve Corporation ("Valve") in this matter. I am over the age of eighteen and have personal knowledge of the facts stated below. I am otherwise competent to testify and, if called upon to testify on the matters herein, would do so consistently with this declaration.

2.    Baylis has indicated that he intends to file a cross-motion for summary judgment regarding the preclusive effect of the Finnish decision.

3.    Valve notified Baylis that it would be willing to stipulate and proposed a briefing schedule based on one Baylis himself earlier proposed.

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

4.    To date, neither party has noted depositions, and written discovery is in its early stages.

5.    Valve served written discovery requests on Baylis shortly before filing this Motion to Stay, as a precaution and with the hope that this Motion will be granted. The responses to those discovery requests would of course be stayed pending the decision of Valve's MSJ were the Court to grant the instant motion.

6.    One day after receiving Valve's First Discovery Requests, Baylis served his objections on Valve in which he notified Valve that he was refusing to produce documents in response to Valve's 12 document requests and refusing to respond to nine of the 13 interrogatories. Attached hereto as **Exhibit A** is a true and correct copy of Baylis' Objections and Responses to Valve's First Interrogatories and Requests for Production.

7.    In response to my request to meet and confer regarding his objections and responses, Baylis' refused to meet and confer at any time. Instead, he asserted that he had no reason to believe I am a licensed attorney and would not engage with me. Attached hereto as **Exhibit B** is a true and correct copy of email correspondence regarding my request to meet and confer.

8.    Our prior attempts to confer with Baylis regarding various litigation issues have been met with insults and bluster.  For instance, he recently responded to an email request by calling me "dumbass" and refusing to confirm whether or not he had communicated *ex parte* with the Court.

9.    On April 27, 2024, in retaliation for Valve's April 3, 2024 Motion to Refer to the Register of Copyrights Baylis filed a bar complaint against me.

10.    The WSBA promptly dismissed Baylis' bar complaint. Baylis immediately appealed the dismissal.  The WSBA promptly dismissed Baylis' appeal as well.

DECLARATION OF JONAH O. HARRISON IN SUPPORT OF
DEFENDANT'S MOTION TO STAY CASE PENDING
SUMMARY JUDGMENT RULING
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

11.    Valve proposed stipulating to the stay proposed in this Motion, but Baylis refused to agree. Attached hereto as **Exhibit C** is a true and correct copy of email correspondence regarding Valve's proposed stipulation to the stay proposed in this Motion.

12.    Given Baylis' and other key deponents' overseas locations, depositions would involve significant time and cost.

13.    Baylis himself has expressed his goal of obtaining clarity and a definitive ruling on his alleged copyright ownership through his own cross motion.


I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.


Executed in Seattle, Washington on this 18th day of September, 2025.


*/s/ Jonah O. Harrison*
Jonah O. Harrison

DECLARATION OF JONAH O. HARRISON IN SUPPORT OF
DEFENDANT'S MOTION TO STAY CASE PENDING
SUMMARY JUDGMENT RULING
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that on this date I caused true and correct copies of the foregoing

3  document to be served upon the following, at the addresses stated below, via the method of

4  service indicated.

5

6   Trevor Kevin Baylis (*pro se*)          ☐   E-mail
    Jankanraitti 10 A 4                      ☐   U.S. Mail
7   33560, Tampere                           ☒   E-filing
    Finland

8

9

10  Dated this 18th day of September, 2025 in Seattle, Washington.

11                                    */s/ Kaila Greenberg*
                                      Kaila Greenbert
12                                    Legal Assistant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF JONAH O. HARRISON IN SUPPORT OF
DEFENDANT'S MOTION TO STAY CASE PENDING
SUMMARY JUDGMENT RULING
No. 2:23-cv-01653-RSM – Page 4

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

# EXHIBIT A

1

The Honorable Ricardo S. Martinez

2

3

4                    UNITED STATES DISTRICT COURT

5                  WESTERN DISTRICT OF WASHINGTON

6                              AT SEATTLE

7

8    TREVOR KEVIN BAYLIS,                    Case No. 2:23-cv-01653-RSM

9              Plaintiff, *(pro se)*.        **PLAINTIFF'S
                                             RESPONSE AND OBJECTIONS TO**
10        v.                                 **DEFENDANT VALVE
                                             CORPORATION'S FIRST**
11   VALVE CORPORATION,                      **DISCOVERY REQUESTS TO
                                             PLAINTIFF**
12                   Defendant.
                                             September 13, 2025
13

14

15

16

17

18

19

20

21

22

23

24   PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
     CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
     No. 2:23-cv-01653-RSM

TO: Valve, Defendant

On April 29th 2025 Baylis has previously requested from Defendant "Valve" any and all Chain Of Title Documents pertaining to Iron Sky films ("Iron Sky") and other productions including the Games such as Iron Sky Invasion and related titles and other media ("Content") distributed by Valve on their storefront delivery platform "Steam" including employment and copyrights transfer from all artists that have contributed to Iron Sky and other Content.

Baylis has provided Value relevant names and contact information required for them to obtain such information themselves (see #59-6 Exhibit Email_IronSky_ChainOfTitleContct_Info) and enough time has elapsed for Valve to have conducted their own due diligence given their corporation status and presumed access to legal professional who may be specialized in due diligence and chain of title searches.

Now Valve requested essentially the same that Baylis has previously requested from Valve in their, Defendant Valve Corporation's First Discovery Requests To Plaintiff received by Baylis on 13th September ("Request").

Valve replied to Baylis' request the following,

"Valve objects that this request is vague, overbroad, unduly burdensome and seeks irrelevant information not reasonably calculated to lead to the discovery of admissible evidence. Specifically, and without limitation, "Chain of Title Documents" is wholly undefined. Further, the request seeks such information about films and other "productions" and "other media" produced and distributed by third parties over whom Valve has no authority or control. Valve further objects that this request seeks documents in the control and possession of third parties. Valve further objects that the request directly seeks work product and information and documents protected by the attorney client privilege. Valve is willing to meet and confer to address this request and its objections." (Defendant Valve Corporation's Objections To Plaintiff's Request For "Chain Of Title Documents". May 29, 2025).

1    Baylis objects to Valve's Request on the basis that Valve have already admitted such

2    information in their Request,

3        "seek[s] irrelevant information not reasonably calculated to lead to the
         discovery of admissible evidence"

4        (Defendant Valve Corporation's Objections To Plaintiff's Request For "Chain
         Of Title Documents". May 29, 2025).

5

6    Never the less Baylis once again provides Valve with necessary contact details below

7    and reminds Valve that they should have done their "Chain of Title" due diligence before

     uploading Iron Sky related video games for sale and distribution via their Steam platform to

8    ensure that the game developer, Topware Interactive themselves had a clear Chain of Title and

9    authorization from Baylis to creative derivative versions of his work. It is standard procedure

10   for major distributors to conduct Chain of Title due diligence on large scale audio visual

11   productions where multiple authors may be involved, such as in the film industry.

12

13

14       IRON SKY UNIVERSE OY BANKRUPTCY ESTATE

15       Kemppi & Tuominen Attorneys Ltd

16       Mannerheimintie 113, 00280 Helsinki

17       Tel. +358 10 235 2120

18       https://lakipihlaja.fi/henkilo/max-tuominen/

19       max.tuominen@lakipihlaja.fi

20       Tel. +358 40 828 8044

21

22

23

24   PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
     CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

1     Additionally, It's well known to Valve that there have been major legal disputes

2     regarding the adequacy of the Iron Sky Chain of Title due to a number court cases in Finland

3     (another red flag!), and Valve have retained their own Finnish lawyer, Patrik Lindfors who

4     may be in a good position to contact max.tuominen@lakipihlaja.fi himself to request Iron Sky

5     Chain of Title documentation.

6

7     LINDFORS & CO

8     ATTORNEYS AT LAW LTD

9     Aleksanterinkatu 17

10    FI-00100 Helsinki, Finland

11

12    Attorney Lindfors should also be helpful in obtaining "public records" relating to

13    Baylis' legal disputes concerning his work on Iron Sky from the following "Red flag" events!.

14

15    1.     Baylis v Troll VFX L 15_32468

16    Pirkanmaa District Court

17    Kelloportinkatu 5 A, 33100 Tampere, Finland

18

19    2.     Baylis Trevor_Troll Vfx Oy_Turun HO 5.1.18

20    Turku Court Of Appeal

21    Old Academy Building

22    Hämeenkatu 11, 20500 Turku, Finland

23

24    PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
      CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

3.      A, B, C, D and E  v Blind Spot Pictures Oy and Iron Sky Universe Oy

2017/588 and 2017/701

MAO302/18

Market Court Of Finland

Radanrakentajantie 5, 00520 Helsinki, Finland


It's also known to Valve that the game that includes Baylis' Iron Sky works comes Topware Entertainment which they have their own business association to and may obtain Iron Sky 3D modles and animations from them directly!


4.      Iron Sky 3D animation files.

C/O, Dirk Hassinger

Topware Interactive

Karlsruhe at Rittnert Str. 36, 76227 Karlsruhe, Germany

1

INTERROGATORIES

2  INTERROGATORY NO. 1: Describe your complete employment history to date,

3  including identifying each employer, job title, job description, dates of employment, location,

4  supervisor or manager, salary or rate of pay, and reasons for leaving the employment.

5  ANSWER:

6  Objection. Asks for irrelevant information unrelated to copyright law.

7

8  INTERROGATORY NO. 2: Provide a complete description of your educational

9  history, including identifying all post-elementary school educational institutions attended,

10  dates of attendance, whether you graduated, degrees obtained, if any, and any completed

11  certified training programs.

12  ANSWER:

13  Objection. Asks for irrelevant information unrelated to copyright law.

14

15  INTERROGATORY NO. 3: Excluding this Lawsuit and the Finnish Market Court

16  Matter, identify all legal proceedings in any country in which you have participated, including

17  the nature and type of proceeding, the case name, case number, date, location, parties

18  involved, your affiliation with the matter, and the resolution, if any, of the matter.

19  ANSWER:

20  Objection. Asks for irrelevant information unrelated to copyright law.

21

22

23

24  PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

1    INTERROGATORY NO. 4: Excluding this Lawsuit, the Finnish Market Court

2    Matter, and your August 11, 2023 application with the United States Copyright Office,

3    identify in detail all other attempts you have made to assert copyright ownership in the Iron

4    Sky film or its Animated Works, including, without limitation, through copyright registration,

5    lawsuits, or demand letters or emails to third parties. For each such attempt, identify the

6    nature of the attempt, the dates, the parties involved, and the result, if any.

7    ANSWER:

8    Objection. Asks for irrelevant information as there is a "no formalities rule" in European

9    copyright law for copyright to arise and it is purely a question of fact.

10

11    INTERROGATORY NO. 5: During the time you were involved in the Iron Sky

12    film as described in your Complaint, identify each person to whom you reported or who

13    supervised, managed, directed, oversaw, assisted, or guided your work or animation efforts

14    and describe in detail each person's position, title, and role.

15    ANSWER:

16    Objection. Baylis was not employed by Blind Spot Pictures nor was he an employee of

17    Energia Productions and therefore could not have been under any management or supervision

18    as a mater of fact.

19

20

21

22

23

24    PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
      CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
      No. 2:23-cv-01653-RSM                                              Page 6

1    INTERROGATORY NO. 6: For each Animated Work in which you claim

2    copyright ownership in this Lawsuit, identify each person who participated or was involved

3    in the creation of the Animated Work in any manner, including, without limitation,

4    conceptualizing, planning, designing, programming, animating, reviewing, revising or

5    supervising the Animated Work, and describe in detail each person's involvement.

6    ANSWER:

7    Objection. "Joint authorship" analysis in copyright law doesn't require such things and

8    concepts and ideas are not subject to copyright. There is a presumption of authorship rule

9    under Berne Convention article 15 and a persons name on the work is all that is required

10   for protection under the Berne convention. Any author of a joint work may lay claim to a

11   authorship of a work under Berne Convention article 6bis. Baylis' name is on the work at

12   issue in this case. Authorship is a question of fact.

13

14   INTERROGATORY NO. 7: To the extent you are asserting you provided unique,

15   original contributions to the film Iron Sky or the Animated Works, or the video game Iron

16   Sky: Invasion, describe in detail the bases for that assertion.

17   ANSWER:

18   Objection. "Joint authorship" analysis in copyright law doesn't require such things and

19   concepts and ideas are not subject to copyright. There is a presumption of authorship rule

20   under Berne Convention article 15 and a persons name on the work is all that is required

21   for protection under the Berne convention. Any author of a joint work may lay claim to a

22   authorship of a work under Berne Convention article 6bis. Baylis' name is on the work at

23   issue in this case. Authorship is a question of fact.

24   PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
     CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

1    INTERROGATORY NO. 8: Describe in detail all facts upon which you base the

2    allegation in your Complaint that you are a joint author of the film Iron Sky.

3    ANSWER:

4    Objection. "Joint authorship" analysis in copyright law doesn't require such things and

5    concepts and ideas are not subject to copyright. There is a presumption of authorship rule

6    under Berne Convention article 15 and a persons name on the work is all that is required

7    for protection under the Berne convention. Any author of a joint work may lay claim to a

8    authorship of a work under Berne Convention article 6bis. Baylis' name is on the work at

9    issue in this case. Authorship is a question of fact.

10

11    INTERROGATORY NO. 9: Explain in detail all grounds upon which you base

12    your allegation in the Complaint that the film Iron Sky was first published at the Berlin

13    International Film Festival in Berlin, Germany on February 11, 2012, including, without

14    limitation, a description of any alleged distribution of the film at the film festival.

15    ANSWER:

16    Objection: It is a Judicially noticeable fact that *Iron Sky* was first published at the Berlin

17    International Film Festival in Berlin, Germany on February 11, 2012 and offered for further

18    distribution with consent from all authors involved, who had the exclusive right of "first

19    publication" to choose where Iron Sky should be first published under Berne Convention

20    "first publication" and "country of origin" rules Articles 3 to 5 including Article 5(4(a).

21

22

23

24    PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
      CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
      No. 2:23-cv-01653-RSM                                                    Page 8

1    INTERROGATORY NO. 10: Describe in detail the damages you are alleging for

2    Counts I and II of your Complaint, including the specific amounts, calculations of those

3    amounts, and the bases for the alleged damages.

     ANSWER:

5    Objection. Requires further discovery to answer with specific precise accuracy which is not a

6    requirement at this stage in proceeding but insofar as it is possible to calculate damages then

7    see, Complaint For A Civil Case Dkt. 1-1 page 5.

8

9    INTERROGATORY NO. 11: Identify all alleged similarities between the Animated

10   Works and any other works in which you assert copyright ownership and the Iron Sky:

11   Invasion video game.

12   ANSWER:

13   Objection. There is no dispute that Topware Interactive have not received Baylis' Iron Sky

14   work and created numerous derivative works based upon his work and there is no dispute

15   from Valve that they are not distributing Iron Sky works on their Steam platform which Valve

16   have obtained directly from Topware Interactive. The work Valve are distributing contains

17   "multiple actual scenes" from the film *Iron Sky* which Baylis owns a copyright interest in and

18   it has been adequately pled and demonstrated in Baylis, Second Amended Complaint Dkt. 25,

19   pages 11 - 33, and 39-40, that the works at issues are "verbatim copies" of images in the film

20   *Iron Sky which also exist in the game play* in many instances, and for the games' 3D models

21   they are substantially similar abridged derivative works of Baylis' own works.

22

23

24   PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
     CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

1    INTERROGATORY NO. 12: Identify all joint authors of the film Iron Sky and for

2    each, the basis for your claim of joint authorship.

3    ANSWER:

4    See Copyright Registration Registration Number: PA0002432422.

5    There is a presumption of authorship rule under Berne Convention article 15 and a persons

6    name on the work is all that is required for protection under the Berne convention. Any author

7    of a joint work may lay claim to a authorship of a work under Berne Convention article 6bis.

8    Baylis' name is on the work at issue in this case. Authorship is a question of fact.

9        Baylis has genuine knowledge of such things as he was the actual modeling

10   supervisor for the 3D modeling team and in some cases can even identify models made by

11   his team based on their topological structure, as each team member had their own personal

12   way of approaching the creation of models. For instance Seb Barquin was highly trained from

13   his time at Escape Studios in the UK and produced very clean precise topology whereas in

14   contrast Erkko Huhtamaki was learning Maya software on the Iron Sky project for the first

15   time and his models often had many fundamental errors such as "too many subdivisions"

16   and his Outliner (part of the Maya interface) lacked organization. Pyry Parkola would model

17   things that might never been seen on camera or not align objects properly that need to be

18   rotated on their axis in animating. All of these things are demonstrative of each modeler

19   working independently and imbuing the models with their own personality. Baylis was the

20   most experience of all the Maya artists and had a wide range of skills not possessed by any

21   other team member, and his work is identifiable not just because of his use of is own name in

22   many files but because of the shear complexity of what he created which was far beyond the

23   capabilities of any other member of the team.

24   PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
     CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

1    INTERROGATORY NO. 13: Identify all individuals with knowledge of your

2    copyright registration, including but not limited to any copyright registration you have

3    obtained and any efforts to obtain a copyright registration you have made in the United States

4    or any other jurisdiction.

5    ANSWER:

6    Objection. Asks for irrelevant information as there is a "no formalities rule" in European

7    copyright law for copyright to arise and it is purely a question of fact.

8    REQUESTS FOR PRODUCTION

9    REQUEST FOR PRODUCTION NO. 1:

10    RESPONSE:

11    Objection: Baylis objects to Valve's Request on the basis that Valve have already admitted

12    such information is irrelevant,

13          "seek[s] irrelevant information not reasonably calculated to lead to the
              discovery of admissible evidence"

14          (Defendant Valve Corporation's Objections To Plaintiff's Request For "Chain
              Of Title Documents". May 29, 2025).

15    Never the less, for chain of title information see, pages 2, 3, 4 of this document above.

16

17

18    REQUEST FOR PRODUCTION NO. 2:

19    RESPONSE:

20    Objection: Seeks irrelevant information not reasonably calculated to lead to the

21    discovery of admissible evidence

22

23

24    PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
        CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

1    REQUEST FOR PRODUCTION NO. 3:

2    RESPONSE:

3    Objection: Seeks irrelevant information not reasonably calculated to lead to the

4    discovery of admissible evidence

5

6    REQUEST FOR PRODUCTION NO. 4:

7    RESPONSE:

8    Objection:  "Joint authorship" analysis in copyright law doesn't require such things and

9    concepts and ideas are not subject to copyright. There is a presumption of authorship rule

10   under Berne Convention article 15 and a persons name on the work is all that is required

11   for protection under the Berne convention. Any author of a joint work may lay claim to a

12   authorship of a work under Berne Convention article 6bis. Baylis' name is on the work at

13   issue in this case. Authorship is a question of fact.

14

15   REQUEST FOR PRODUCTION NO. 5:

16   RESPONSE:

17   Objection: It is a Judicially noticeable fact that *Iron Sky* was first published at the Berlin

18   International Film Festival in Berlin, Germany on February 11, 2012 and offered for further

19   distribution with consent from all authors involved, who had the exclusive right of "first

20   publication" to choose where Iron Sky should be first published under Berne Convention

21   "first publication" and "country of origin" rules Articles 3 to 5 including Article 5(4(a).

22

23

24   PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
     CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
     No. 2:23-cv-01653-RSM                                          Page 12

1   REQUEST FOR PRODUCTION NO. 6:

2   RESPONSE:

3   Objection:  "Joint authorship" analysis in copyright law doesn't require such things and

4   concepts and ideas are not subject to copyright. There is a presumption of authorship rule

5   under Berne Convention article 15 and a persons name on the work is all that is required

6   for protection under the Berne convention. Any author of a joint work may lay claim to a

7   authorship of a work under Berne Convention article 6bis. Baylis' name is on the work at

8   issue in this case. Authorship is a question of fact.

9

10   REQUEST FOR PRODUCTION NO. 7:

11   RESPONSE:

12   Objection: Requires further discovery.

13

14   REQUEST FOR PRODUCTION NO. 8:

15   RESPONSE:

16   Objection: Seeks irrelevant information not reasonably calculated to lead to the

17   discovery of admissible evidence

18

19   REQUEST FOR PRODUCTION NO. 9:

20   RESPONSE:

21   Objection: Seeks irrelevant information not reasonably calculated to lead to the

22   discovery of admissible evidence, or can be obtained by Valve from Topware Interactive

23

24   PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

1

REQUEST FOR PRODUCTION NO. 11:

2

RESPONSE:

3

Objection: Nonsensical. Seeks irrelevant information not reasonably calculated to lead to the

4

discovery of admissible evidence

5

6

REQUEST FOR PRODUCTION NO. 12:

7

RESPONSE:

8

Objection: Seeks irrelevant information not reasonably calculated to lead to the

9

discovery of admissible evidence

10

Never the less, for chain of title information see, pages 2, 3, 4 of this document above.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM                                          Page 14

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17    13th September 2025

18

19    Trevor Kevin Baylis

20    *Trevor Bay*

21    Jankanraitti

22    Tampere 33560, FINLAND

23    Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or
grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

24    PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM

1

2                          CERTIFICATE OF SERVICE FORM

3       I hereby certify that on 13th September 2025 I served the foregoing document

4                    to the following parties or their counsel via Email:

5                       Jeremy E Roller: jroller@aretelaw.com,

6                    Jonah O. Harrison: jharrison@aretelaw.com,

7                          jfischer@aretelaw.com,

8                          kgreenberg@aretelaw.com

9                          Dated: 29th April 2025

10

11

12                          Trevor Kevin Baylis

13                          Jankanraitti

14                          Tampere 33560, FINLAND

15

16

17

18

19

20

21

22

23

24

PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM

# EXHIBIT B



**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Wednesday, September 17, 2025 1:41 PM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>
**Subject:** Re: Baylis v. Valve | Valve's First Discovery Requests

Lets be clear, You sent a discovery request, on 13 september

"Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Defendant Valve
Corporation ("Valve") requests that you provide answers and responses to the following
interrogatories and requests for production within thirty (30) days"

I answered ONLY ten hours later and included information including names and address of
where you could obtain the information you were asking for.

So not 30 days later. just 10 hour later.

On 15th September you confirmed you have those answers.  However, it seems to me that not
enough time has elapsed for you to contact the people that have all the relevant information
you are looking for.

Did you actually try to contact any of the names or seek any of the information I provided?

I doubt it because there just hasn't been a long enough time period for you to undertake such

discovery.

So rather than undertake discovery based on the legitimate information I provided you decided to try and arrange a conference with me? For what?

I already gave you the information you need particularly to obtain Chain of Title documentation from and actual Finnish Lawyer in Finland who has all the relevat Chainn of title documentation you need? I don't have a different name and address to give you even if you phone me up and asked me.

Furthermore, The 3D animation files are likely to be held by the same Bankruptcy estate as they were specifically assigned with the task of taking possession of all assets in possession of Iron Sky Universe Oy which includes the 3D animation files because according to financial statements Samuli Torssonen (illegally) sold those 3D files to Iron Sky Universe and I am have reason to believe those files were passed on to other Firms such as Topware Interactive.

So instead of contacting the genuine people that have possession of all the 3D files and Chain of Title documentation you asked for - (and even the Finnish courts have such records which should be publicly accessible especially by your Finnish lawyer) you want to phone me up and ask for information I've already supplied to you?!

As for rudeness - you don't even have the common decency to recognize that the award winning work I created is actually my own work. AND you still accuse me of lying to the Copyright Office by suggesting I provided "inaccurate information" to the Copyright Office.

There was no inaccuracy. I created the work!

***If you have someone else you think created the work I created instead of me - then kindly designate that person and get them to prove they created my work instead of me by arranging them to give an actual demonstration of the 3D files.***

***Deeds not words!***

***if you have any further questions then please do not hesitate to ask!***

On Wed, 17 Sept 2025 at 23:03, Jonah Harrison <jharrison@aretelaw.com> wrote:

> Mr. Baylis, I am not your attorney, and you have consistently been rude and unprofessional, with personal attacks. You have a duty to read and know the rules. Do this yourself.

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

---

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Wednesday, September 17, 2025 12:46 PM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>
**Subject:** Re: Baylis v. Valve | Valve's First Discovery Requests

I don't think that's correct. Which rule?

On Wed, 17 Sept 2025 at 22:01, Jonah Harrison <jharrison@aretelaw.com> wrote:

> Because the local rules of our court require you to meet telephonically.

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

---

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Wednesday, September 17, 2025 11:27 AM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>
**Subject:** Re: Baylis v. Valve | Valve's First Discovery Requests

I will answer questions by email. If that's not suitable for you then you'll have to explain why.

On Wed, 17 Sept 2025 at 21:22, Jonah Harrison <jharrison@aretelaw.com> wrote:

Please let us know if your availability for a call tomorrow, Thursday 9/18, or Friday, 9/19 between 9am and 5 pm PST, or propose an alternative time.

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

**From:** Jonah Harrison
**Sent:** Wednesday, September 17, 2025 11:20 AM
**To:** 'Trevor Baylis' <trevor.baylis@gmail.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>
**Subject:** RE: Baylis v. Valve | Valve's First Discovery Requests

Mr. Baylis,

No, we will not proceed by email.  You will have to meet and confer telephonically.

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Wednesday, September 17, 2025 10:24 AM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>
**Subject:** Re: Baylis v. Valve | Valve's First Discovery Requests

If you have any questions I can consider them by email. I won't answer questions that I don't feel are relevant.

Kind regards.

On Mon, 15 Sept 2025 at 23:12, Trevor Baylis <trevor.baylis@gmail.com> wrote:

> I don't have any counsel to advise me and I feel you may be acting in bad faith.
>
> For instance, authorship is a question of fact not law. You must know this being an experienced lawyer that represents a major corporation that it self is in the business of creating 3D animation audio visual productions. Valve have 3D artisst on their staff who may create works of authorship that Valve can acquire under work for hire arrangements due to US Work for hire laws.
>
> It's well known that Valve strategically hired "iceFrog" to obtain Dota 2
>
> "IceFrog was brought to Valve's headquarters in downtown Bellevue, where they showed him their office space and gained his interest and admiration. As such, IceFrog was hired on the spot and given the task of designing the sequel to *DotA*." https://liquipedia.net/dota2/IceFrog
>
> The way you have acted recently in falsely accusing me of prohibited  ex-parte communications with the Court has understandably eroded any trust I have with you, and the fact the Court had to address such things and cancel your requests for a telephonic conference with the court (minute order 83) establishes to me that you were acting in bad faith then.
>
> It's also common decency to recognized the work a person does as their own work. For instance, Imagine if i considered you as a "trainee lawyer",
>
> I mean, how do I know you are not just some school leaver with no professional training as a Lawyer. You haven't sent me your educational or work history and even if you did how do I know you haven't faked it. Who is your supervisor? Do you even write your own motions?
>
> You could be anyone really.
>
> So I'm not interested in having a conference with someone pretending to be a lawyer thanks.

On Mon, 15 Sept 2025 at 22:46, Jonah Harrison <jharrison@aretelaw.com> wrote:

> What other times are you available to confer?
>
> *This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Monday, September 15, 2025 12:30 PM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>
**Subject:** Re: Baylis v. Valve | Valve's First Discovery Requests

No.

On Mon, 15 Sept 2025 at 21:47, Jonah Harrison <jharrison@aretelaw.com> wrote:

> Good morning, Mr. Baylis,
>
> We received your objections. We would like to telephonically meet and confer with you regarding your objections. Are you available Tuesday, Wednesday or Thursday this week at 1:00 PST for a call?
>
> Thank you,
>
> *This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

**From:** Trevor Baylis <trevor.baylis@gmail.com>

**Sent:** Saturday, September 13, 2025 2:41 AM
**To:** Kaila Greenberg <kgreenberg@aretelaw.com>
**Cc:** Jonah Harrison <jharrison@aretelaw.com>; Jeremy Roller
<jroller@aretelaw.com>; Janet Fischer <jfischer@aretelaw.com>
**Subject:** Re: Baylis v. Valve | Valve's First Discovery Requests

Attached please find Baylis objections and responses to Defendant Valve
Corporation's First Discovery Requests to Plaintiff.

Kind regards

On Sat, 13 Sept 2025 at 02:04, Kaila Greenberg <kgreenberg@aretelaw.com>
wrote:

> Mr. Baylis,
>
> Attached please find Defendant Valve Corporation's First Discovery Requests to
> Plaintiff.
>
> Thank you,
>
> Kaila



**Kaila Greenberg**
*Legal Assistant*
A 600 University Street, Suite 2420
  Seattle, WA 98101
D 206-445-7506  O 206-428-3250
E kgreenberg@aretelaw.com
W www.aretelaw.com

*This e-mail may contain confidential information that is legally privileged. The information is
solely for the use of the addressee(s) named above. If you are not the intended recipient, any
disclosure, copying, distribution or other use of the contents of this information is strictly
prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete
this message. Thank you.*

--
Trevor Baylis


Tel: Finland +358 (0)41 722 5899


https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

# EXHIBIT C

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Tuesday, September 9, 2025 3:18 PM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Janet Fischer <jfischer@aretelaw.com>; Jeremy Roller <jroller@aretelaw.com>; Kaila Greenberg
<kgreenberg@aretelaw.com>
**Subject:** Re: Video files.

I can't see your motion succeeding because of the previous Ari Kaurismaki case MAO79/18
and the fact you are deliberately mischaracterizin MAO302/18as a denial of ALL copyright
when that's not even wha it ruled.

You want to rely on Finnish law but previous Finnish cases to the Iron Sky case all say that
films are joint works. There's even a collection society, Kopiosto that pays royalties to film
authors such as set designer etc.

Thus, there is no consistency in Finnish ruling when it comes to Iron Sky because that case
involved valuable IP and foreigners.

The Finnish state was trying to attract Chinese co-productions and the Finnish Judiciary
received money from the Finnish Film incentive to pay the bill for refurbishments of the Finnish
Appeals Court in Turku at the same time they reduced my damages award in Baylis V Troll VFX.

Torssonen lied about me being a trainee and when I truned up in court demonstrating high level
award winning animations *whilst Torssonen sat there like an idiot instead of being able to
demonstrate the work -*  then the court panicked because the the judiciary had already gotten

money from utilizing Iron Sky IP (thinking that Torssonen was copyright owner when he wasn't) and they realized I was the guy that owned it all - after reducing my award for damages in Baylis v TrollVFX. The whole thing could be made into a situation comedy.

They could have just licensed my work but there was too much fraud under the bridge by then.

I can explain all this in a normal response to your summary judgement. You can try to look for copyright council opinions to back up your claims but ...there aren't any. It was all just malfeasance by the Finnish courts.

Part of the cover up was the media reports and the Finnish Lawyers Kluwer blog. And you just fell for it all.

If the Judge is happy with me just filing my own summary judgement then I'm fine with that. So I don't need to file a cross motion because my position is strong enough as I'm genuinely the creator of the Work and I can demonstrate malfeasance in the Finnish Courts.

You have to appreciate that Finland is an East European country bordering Russia. It's just as corrupt as any other East European Country bordering Russia.

Kind regards.



I

On Wed, 10 Sept 2025 at 00:47, Jonah Harrison <jharrison@aretelaw.com> wrote:

> Hi, Trevor,
>
> I'm not sure I understand what you mean by changing your mind, but we are of course still willing to discuss a schedule for briefing. We never said we were not and offered to do so on Saturday September 6, as you know. We wanted to combine that with the stipulation to streamline the process on staying the case or extending it to save both parties and the Court resources and time during the pendency of the summary judgment briefing. I understand you do not want to do that, though, so let's just stipulate to briefing dates for the motions.

You are going to file your response and cross motion on September 18, then? That would put the noting date for your motion on October 16, with our opposition to your motion due October 9, I believe.  Then both parties could submit replies on October 16 in support of their respective motions.

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Tuesday, September 9, 2025 2:21 PM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Janet Fischer <jfischer@aretelaw.com>; Jeremy Roller <jroller@aretelaw.com>; Kaila Greenberg <kgreenberg@aretelaw.com>
**Subject:** Re: Video files.

As we cannot agree on a schedule for a cross motion and considering the way you have acted recently, I have changed my mind. I will respond to your motion and summary Judgement as usual - and as the Judge has mentioned I can file my own summary judgement, then I'll do that.

Kind regards

On Tue, 9 Sept 2025 at 21:57, Jonah Harrison <jharrison@aretelaw.com> wrote:

> No.  You misunderstood. This was in response to your email early this morning that was quarantined for malware.
>
> Thanks in advance.
>
> *This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution*

*or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

---

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Tuesday, September 9, 2025 11:44 AM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Janet Fischer <jfischer@aretelaw.com>; Jeremy Roller <jroller@aretelaw.com>; Kaila Greenberg <kgreenberg@aretelaw.com>
**Subject:** Re: Video files.

Sooo, you just waited 20 days to tell me, and made false accusations about ex parte communications to the Court before just 'checking and sending me a link to upload files'. Got it.

See screen grabs for upload confirmation.
Most videos are well below 10 minutes to make them easier to watch.

The whole film is included too. Iron Sky 2012 DC and the PDF that does with it shows the credit screens. Baylis_Dec_Ex_B1.

There are transcripts for all videos and some extra pdfs (Ex. A, B, U, V, W X) that don't relate to videos plus ExhibitList of files doc and

a Notice of Filing doc which may be the same I would file on the CM/ECF system eventually. (Baylis_v_Valve_2_23_cv_01653_RSM_NoF_PhyM_wC)
It's here just to make a case number connection for practical reasons.

There are video files that demonstrate that I really am a high level 3D artist and animator and not an "intern" or "amateur".
Samuli Torsonnen made claims that I wasn't an animator in Baylis v Troll VFX but that's just a "Big Lie" he told, and lots of people just believed him. He's a public figure in Finland.

He' the 3D art world of Walter Keane (Big eyes painting). He can't even make 3D models, which is entry level, let alone rig and animate anything.

On Tue, 9 Sept 2025 at 20:31, Jonah Harrison <jharrison@aretelaw.com> wrote:

> Trevor,

Just so you know, we noticed that you sent emails that were quarantined in our system, as they contain links to providers with known malware issues. Our company policies do not allow us to open such links.

Below for your convenience is a sharefile link that you can use to securely load whatever video files you tried to send via link earlier.

[Upload your files using this link](#)

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Tuesday, September 9, 2025 10:25 AM
**To:** Jonah Harrison <jharrison@aretelaw.com>; Janet Fischer <jfischer@aretelaw.com>; Jeremy Roller <jroller@aretelaw.com>; Kaila Greenberg <kgreenberg@aretelaw.com>
**Subject:** Video files.

Re Latest Order from the Court.

Re: **Any data storage devices or physical exhibits received by the Court will be noted on the docket and must be sent in identical form to the opposing party unless the parties can agree on another procedure.**

Given you don't seem to want to agree to any other practical way to receive the physical exhibits (video files) I have made you aware of in previous emails since 18th of August then I'll arrange to have them sent to your office at

600 University Street, suite 2420
Seattle, WA 98101

Kind regards

In the meantime you can view the videos online as indicated in the Youtube links and view the transcripts from the email I sent dated 8th September and from the previous emails dated from 18th of August

In fact I can add them here too.
PLAINTIFF'S
FIRST DISCLOSURE OF VIDEO
EVIDENCE FILES

1. TrevorBaylis ironSky showreel v2 2
https://www.youtube.com/watch?v=i3MSphdZO6A
Description - a non-exhaustive example of some of my work that appears in the film Iron Sky.

2. IronSkyFilesMetaData
https://www.youtube.com/watch?v=wy1jdRcYqW8
Description - Opening Original Iron Sky Maya files in Text Editor reveals the name "trev" thousands of times within the files.

3. Iron Sky 3D Workflow Seminar from Assembly 2008
https://www.youtube.com/watch?v=gPqxXMix6hI
Description - Samuli Torssonen admits he is "not a modeler". He did not create any of the models for Iron Sky and cannot claim to be the author of them.

4. Wreckamovie
https://www.youtube.com/watch?v=SrLEDe6ddTU
Description - Demonstrating the collaborative nature of Iron Sky and the Wreckamovie platform that was set up for people to contribute to the production. From BBC Click, 22 Feb 2014. (Click is the BBC's flagship technology programme.)

5. MayaBasics
https://www.youtube.com/watch?v=E_E-kuJWplY&t=80s
Description - Trevor Baylis sits at desk with laptop and demonstrates some basics of using Maya 3D software.

6. BasicHydraulicAndEnginePiston
https://www.youtube.com/watch?v=xbj30jHo-1Q
Description - Trevor Baylis sits at desk with laptop and demonstrates some

basic rigging hydraulic and engine piston in Maya.

7. RigAnimationDemo
https://www.youtube.com/watch?v=66PxNzWiGgk
Description - Trevor Baylis sits at desk with laptop and demonstrates basics of
character rigging in Maya

8. ValkModeling
https://www.youtube.com/watch?v=tqz4nJMT6l8
Description - Trevor Baylis sits at desk with laptop and demonstrates how to
model an Iron Sky Valkyrie spacecraft.

9. GotterCmpare
https://www.youtube.com/watch?v=CkEmWXkqVwI
Description - Trevor Baylis sits at desk with laptop to demonstrate how taking
the 3D animation work from Iron Sky out of the film would make a dramatic
difference to the whole film.

10. MchRmCmpre
https://www.youtube.com/watch?v=IikaDAGOgMc
Description - Trevor Baylis sits at desk with laptop to demonstrate how taking
the 3D animation work from Iron Sky out of the film would make a dramatic
difference to the whole film.

11. HangerWashingtnCmpre
https://www.youtube.com/watch?v=Xhq1gbBLyXE
Description - Trevor Baylis sits at desk with laptop to demonstrate how taking
the 3D animation work from Iron Sky out of the film would make a dramatic
difference to the whole film.

12. IS VFX GWBush1
https://www.youtube.com/watch?v=AeKmitDuV-w
Description - A Demonstration of an original 2011 Iron Sky Maya file by
Trevor Baylis. (Lead Maya Artist) George W Bush Craft weapons reveal.
(Includes footage from official "Making of" videos)

13. GenFilesandGWBWeapon
https://www.youtube.com/watch?v=2h_ge6lWRr0
Description - Trevor Baylis sits at desk with laptop to demonstrate a look

at more original Iron Sky files and explaining how smaller models are combined for larger scenes. Also some preliminary 'Work in Progress' files are shown related to the G W Bush craft main weapons or the film Iron Sky.

14. GWBModelCloseLook
https://www.youtube.com/watch?v=xGGAzxhz4Xw&t=15s
Description - Trevor Baylis sits at desk with laptop to demonstrate a close look at the Iron Sky George W Bush model and rigs for the film Iron Sky.

15. Gotterdammerung
https://www.youtube.com/watch?v=7Iozn8QGPb8
Description - Trevor Baylis sits at desk with laptop to demonstrate a look at one of the animated Iron Sky Gotterdammerung 3D models.

16. SceneBuildExample
https://www.youtube.com/watch?v=zlskGGDqiUo&t=304s
Description - Trevor Baylis sits at desk with laptop to demonstrate example of how main scene files in Maya are constructed from smaller scene files and how Baylis superintend the arrangement of the scenes for the film Iron Sky.

17. Iron Sky Signal S02: Episode 5 - Making Of Iron Sky
https://www.youtube.com/watch?v=z89NyGkUf6k
Description - A look at the making of the first Iron Sky.

PLAINTIFF'S
SECOND DISCLOSURE OF VIDEO
EVIDENCE FILES

1. LP Iron Sky Invasion #29 Götterdämmerung! HD 720p Deutsch 2
https://www.youtube.com/watch?v=JwbRl9eRkFM
Description - Iron Sky Invasion Game Play featuring actual footage of my work from Iron Sky film. Also has end credits. No original 3D Iron Sky artist is mentioned.

2. ISInv STEAM Screen Recording 2025 08 20 at 8 02 06
https://www.youtube.com/watch?v=xnnq4JTd34M
Description - Google search of Iron Sky Invasion on Steam showing a substantial similarity between Iron Sky film footage and the same footage displayed on Valve's Steam Platform.

3. KermodeFilmReview IronSkyExtract

https://www.youtube.com/watch?v=KGexFEgxy9M

Description -Mark Kermode expresses how well designed the 3D animation sets and
spaceship models, etc are .

PLAINTIFF'S
THIRD DISCLOSURE OF VIDEO
EVIDENCE FILES

1. Imagine Filmfestival – Crowdsourcing.mp4

https://www.youtube.com/watch?v=MSzhgfafFd0

Description - At the Imagine: 27th Amsterdam Fantastic Film Festival, Timo
Vuorensola spoke about his 'crowdsourcing' project Wreckamovie.

2. ExtractSamuli Torssonen_Iron Sky Wrkamvi.mp4

https://www.youtube.com/watch?v=EQWId7kUW5w

Description - Extract from Aboagora 2013, Workshop 4, Wednesday 14th
August. Samuli Torssonen talks about Iron Sky and partly how Wreckamovie
was used to obtain spacecraft models from the Wreckamovie community.

PLAINTIFF'S
FORTH DISCLOSURE OF VIDEO
EVIDENCE FILES

1. IronSkyOfficial_Berlin_11Feb2012_TimoTero.mp4

https://www.youtube.com/watch?v=xlir8r0bpcw

Description - Timo Vurensola (Director) and Tero Kaukomaa (Producer)
confirm their consent that the First Publication of Iron Sky was 11th February
2012 in Berlin German and confirms the "Country of origin" was Germany
under Berne Convention Article 5(4)(a) for a "point of attachment" of German
copyright law. Iron Sky is thus "nationalised" as a German film. NOT a Finnish film.

2. BerlinPressCon_Extract_CGI.mp4

https://www.youtube.com/watch?v=OhKxqrxv194

Description - At the Berlin Film Festival 11th February 2012 . Press conference.
Timo Vuorensola (Director) and Tero Kaukomaa (Producer) talk about the importance
of CGI (Computer Generated Imagery) for Iron Sky and the small specialized team
that created the 890 CGI shots used in the film.

3. IronSky_2012Berlinale_RedCarpetPremiere2012.mp4
https://www.youtube.com/watch?v=PP895qHQGro
Description - The VFX team for Iron Sky including Trevor Kevin Baylis at the
Berlin Film Festival 11th February 2012 after the First Publication to a paying audience.
Comments from Actor Udo Kier also emphasises the central role of the 3D animation
sequences of the film and the audience appeal is demonstrated by the applause from
the
crowd when he compares our work to special effects in a George Lucas or Steven
Spielberg film.

4. trevMTVNews29 02 2012 Ironsky.mp4
https://www.youtube.com/watch?v=gWMJfLj5UJY
Description - Finnish TV News from Feb 2012. Proof of Trevor Kevin Baylis at
the Energia Office with Samuli Torssonen and Timo Vuorensola in February 2012 as one
of
the last remaining members of the team and demonstrating his Gotterdammerung
model (seen
on his computer screen) to journalists.
--
Trevor Baylis


Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger


This email and any attachments to it may be confidential and are intended solely for the
use of the individual to whom it is addressed. Any views or opinions expressed are
solely those of the author. If you are not the intended recipient of this email, you must
neither take any action based upon its contents, nor copy or show it to anyone. This
Gmail account holder accepts no liability or responsibility for any loss or damage
suffered by the recipient or any third party as a result of, or in connection with, the use
or misuse of data supplied. Please contact the sender if you believe you have received
this email in error.

--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

--

Trevor Baylis


Tel: Finland +358 (0)41 722 5899


https://twitter.com/baylis_trevor


http://uk.linkedin.com/in/trevityger


This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.