The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

Plaintiff,

v.

VALVE CORPORATION,

Defendant.

No. 2:23-cv-01653-RSM

**DEFENDANT VALVE CORPORATION'S REPLY TO MOTION TO STAY OR IN THE ALTERNATIVE TO EXTEND TRIAL AND RELATED DATES**

Note on Motion Calendar:
October 2, 2025

## I.    ARGUMENT

### A.  Baylis Fails to Offer Any Valid Grounds for Opposing a Stay.

Baylis agrees in his Opposition that this Court has the authority to grant the requested stay. Dkt. #91 at 4:1-9. Valve set forth extensive authority providing that a stay of proceedings while a dispositive motion is pending is appropriate and that federal district courts often grant such stays. Dkt. #91 at 4-5. Baylis does not address or rebut that authority in any way. Nor does he address the factors courts consider when deciding whether to grant a stay. And Baylis does not allege he would experience any damage or prejudice if a stay were granted. That is dispositive, and the Court should grant Valve's motion on that basis.

Furthermore, Baylis does not coherently dispute that Valve and the Court will have to unnecessarily expend considerable resources addressing the particularly contentious nature of this litigation, which will be for naught if the Court grants Valve's pending Motion for

DEFENDANT VALVE CORPORATION'S REPLY TO MOTION
TO STAY
No. 2:23-cv-01653-RSM – Page 1

**ARÊTE LAW GROUP**
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

Summary Judgment ("MSJ").[1] For instance, Baylis asserts that he responded to Valve's discovery requests after only 12 hours. Dkt. #91 at 5. However, he does not deny that in that response, he refused to produce *any* documents and outright objected to any response to nine of the thirteen interrogatories. Dkt. # 89 at 3; Dkt. #91 at 5. Nor does he deny that he refuses to engage in the required telephonic meet-and-confer, leaving Valve no recourse but to seek the Court's assistance through a motion to compel. *Id.* And Baylis does not dispute any of the other examples of bad faith litigation conduct Valve set forth in its Motion, all of which illuminate the contentious path ahead and the certain waste of judicial resources if this matter is not stayed. Dkt. #89 at 3-4.[2]

## II.    CONCLUSION

For the reasons set forth above and, in its Motion, Valve requests that this matter be stayed pending the ruling on Valve's dispositive Motion for Summary Judgment. In the alternative, Valve requests a six-month continuance of the trial date and all current case scheduling deadlines.

---

[1] Baylis claims he never intended to file a cross-motion for summary judgment. As the Court knows, however, on September 8, Baylis filed a motion asking the Court to provide him with a briefing schedule for a cross-motion for summary judgment. Dkt. #80.

[2] The Opposition seems almost wholly focused on another Finnish case involving different parties and facts that he calls "MAO79/18." Valve assumes the Court does not want any substantive response regarding that argument, though it will happily provide it. Baylis' discussion of that case illustrates his misapprehension of fundamental legal concepts and highlights the need for a stay. Without one, both Valve and the Court (and Baylis himself) will undoubtedly spend a great deal of time and money dealing with briefing issues such as his "MAO79/18" argument which seems to arise from a confusion about the difference between trial and appellate courts.

DEFENDANT VALVE CORPORATION'S REPLY TO MOTION
TO STAY
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1

2

*I certify that this memorandum contains 485 words in compliance with the Local Civil Rules.*

3

DATED: October 1, 2025.

**ARETE LAW GROUP PLLC**

4

5

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576

6

Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420

7

Seattle, WA 98101
Phone: (206) 428-3250

8

Fax: (206) 428-3251
jharrison@aretelaw.com

9

jroller@aretelaw.com

10

*Attorneys for Defendant Valve Corporation*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on this date I caused true and correct copies of the foregoing

3    document to be served upon the following, at the addresses stated below, via the method of

4    service indicated.

5

6    Trevor Kevin Baylis (*pro se*)              ☐  E-mail
     Jankanraitti 10 A 4                          ☐  U.S. Mail
7    33560, Tampere                               ☒  E-filing
     Finland

8

9

10   Dated this 1st day of October 2025 in Seattle, Washington.

11                                      /s/ Kaila Greenberg
                                        Kaila Greenbert
12                                      Legal Assistant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250