The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

No. 2:23-cv-01653-RSM

**[PROPOSED] ORDER GRANTING DEFENDANT VALVE CORPORATIONS' MOTION TO COMPEL RESPONSES TO VALVE'S FIRST DISCOVERY REQUESTS**

THIS MATTER comes before the Court on Defendant Valve Corporation's Motion to Compel Responses to Valve's First Discovery Requests. The Court having considered the pleadings and records on file in the matter, including:

    1.    Defendant Valve Corporation's Motion to Compel Responses to Valve's First Discovery Requests;

    2.    Plaintiff Trevor Kevin Baylis' Response, if any; and

    3.    Defendant's Reply;

and the Court deeming itself otherwise advised in the premises, the Court HEREBY GRANTS the Motion to Compel Responses to Valve's First Discovery Requests. The Court awards Valve Corporation's request for reasonable attorneys' fees pursuant to Fed. R. Civ. P. 37(a)(5). Within ten (10) days of the entry of this Order, Valve shall submit a

[PROPOSED] ORDER GRANTING DEFENDANT VALVE CORPORATIONS' MOTION TO COMPEL RESPONSES TO VALVE'S FIRST DISCOVERY REQUESTS
No. 2:23-cv-01653-RSM – Page 1

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

declaration from counsel supporting its request for reasonable attorneys' fees incurred in bringing the instant Motion to Compel.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2025.

_____
Honorable Ricardo S. Martinez

*Presented by:*

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

[PROPOSED] ORDER GRANTING DEFENDANT VALVE CORPORATIONS' MOTION TO COMPEL RESPONSES TO VALVE'S FIRST DISCOVERY REQUESTS
No. 2:23-cv-01653-RSM – Page 2


ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 14th day of October, 2025 in Seattle, Washington.

/s/ *Kaila Greenberg*
Kaila Greenberg
Legal Assistant

[PROPOSED] ORDER GRANTING DEFENDANT VALVE CORPORATIONS' MOTION TO COMPEL RESPONSES TO VALVE'S FIRST DISCOVERY REQUESTS
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250