The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

No. 2:23-cv-01653-RSM

**DECLARATION OF JONAH O. HARRISON IN SUPPORT OF DEFENDANT VALVE CORPORATIONS' MOTION TO COMPEL RESPONSES TO VALVE'S FIRST DISCOVERY REQUESTS**

Note on Motion Calendar:
November 4, 2025

I, Jonah O. Harrison, declare as follows:

1. I am an attorney at the law firm Arete Law Group PLLC. I represent Defendant Valve Corporation ("Valve") in this matter. I am over the age of eighteen and have personal knowledge of the facts stated below. I am otherwise competent to testify and, if called upon to testify on the matters herein, would do so consistently with this declaration.

2. Attached hereto as **Exhibit A** is a true and correct copy of Defendant Valve Corporation's First Discovery Requests to Plaintiff dated September 12, 2025.

3. Baylis returned his objections, answers and responses to Valve's First Discovery Requests within 12 hours. Attached hereto as **Exhibit B** is a true and correct copy

DECLARATION OF JONAH O. HARRISON IN SUPPORT OF DEFENDANT VALVE CORPORATIONS' MOTION TO COMPEL RESPONSES TO VALVE'S FIRST DISCOVERY REQUESTS
No. 2:23-cv-01653-RSM – Page 1

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

of Plaintiff's Response and Objections to Defendant Valve Corporation's First Discovery Requests to Plaintiff dated September 13, 2025.

4. Upon receipt of Baylis' deficient responses to Valve's First Discovery Requests, Valve's attorney promptly requested a telephonic meet and confer pursuant to LCR 37(a)(1). Baylis refused to participate.

5. Attached hereto as **Exhibit C** is a true and correct copy of email correspondence regarding my request for a telephonic meet and confer.

6. Baylis refused to participate in the meet and confer, leaving Valve no option but to bring this Motion.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed in Seattle, Washington on this 14th day of October, 2025.

*/s/ Jonah O. Harrison*
Jonah O. Harrison

---

DECLARATION OF JONAH O. HARRISON IN SUPPORT OF DEFENDANT VALVE CORPORATIONS' MOTION TO COMPEL RESPONSES TO VALVE'S FIRST DISCOVERY REQUESTS
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| Trevor Kevin Baylis (*pro se*) | ☐ E-mail |
| Jankanraitti 10 A 4 | ☐ U.S. Mail |
| 33560, Tampere | ☒ E-filing |
| Finland | |

Dated this 14th day of October, 2025 in Seattle, Washington.

*/s/ Kaila Greenberg*
Kaila Greenbert
Legal Assistant

DECLARATION OF JONAH O. HARRISON IN SUPPORT OF DEFENDANT VALVE CORPORATIONS' MOTION TO COMPEL RESPONSES TO VALVE'S FIRST DISCOVERY REQUESTS
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250