# EXHIBIT A

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

                    Plaintiff,

         v.

VALVE CORPORATION,

                    Defendant.

No. 2:23-cv-01653-RSM

**DEFENDANT VALVE CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF**

TO:     Trevor Baylis, Plaintiff

        Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Defendant Valve Corporation ("Valve") requests that you provide answers and responses to the following interrogatories and requests for production within thirty (30) days following service of these requests, at the office of Arete Law Group, PLLC, 600 University Street, Suite 2420, Seattle, Washington 98101.

**INSTRUCTIONS AND DEFINITIONS**

        1.     These interrogatories and document requests are intended to be a continuing obligation upon you to furnish all information requested herein until the final disposition of this case. Corrections and supplemental answers are required as provided in the Federal Rules of Civil Procedure.

2.      These requests seek information and documents within your possession, custody, and/or control and are intended to include information known to and documents within the possession of you and your agents, principals, or attorneys.

3.      These requests require you to produce not only hard copy documents but also native electronic files, including metadata.

4.      In responding to each request for production, if you do not produce a document in whole or in part because you are unable to do so, or for any other reason, you are requested to state the name and address of each person who you believe has custody, possession, or control of the document.

5.      Objections and claims of privilege should not be made in a general, blanket fashion. Rather, you should indicate which objections and/or claims of privilege are asserted with regard to each interrogatory or request for production. If only part of an interrogatory or requested document is objected to, you should indicate which objections and/or claims of privilege are asserted with regard to each such part.

6.      With regard to attorney-client and work-product privilege objections to interrogatories, describe the factual basis for your claims of privilege, including relevant dates, persons involved in the communication, subject matters involved, all persons present when the communications occurred, all persons who have been told about any of the details of the communication, and other information that would permit the Court to adjudicate the validity of the claim of privilege.

7.      With regard to attorney-client and work-product privilege objections to the production of documents, you are requested to prepare an index listing each and every document withheld, stating the document date, preparer, intended recipient(s), subject matter(s), and persons who have received the document or have been told about the contents thereof.

DEFENDANT VALVE CORPORATION'S
FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

8.     If you object in part to any interrogatory or request for production, respond in full to the remainder.

9.     All documents should be produced in the same order as they are kept or maintained by you in the ordinary course of business and in the manual, booklet, binder, file, folder, envelope, or another container in which they are ordinarily kept or maintained. If for any reason the container cannot be produced, you shall produce copies of all labels or other identifying markings thereon.

10.     The term "you" refers to Plaintiff Trevor Baylis.

11.     The term "Valve" means Defendant Valve Corporation.

12.     The term "Finnish Market Court Matter" means the lawsuit brought by you and other plaintiffs in 2018 in Finland in the Finnish Market Court, 2018 MAO:302/18, against Blind Sport Pictures Oy and Iron Sky Universe Oy.

13.     The term "Lawsuit" means the above-captioned lawsuit.

14.     The term "Complaint" means the Second Amended Complaint filed by you in the above captioned Lawsuit, Docket No. 25.

15.     The term "Animated Works" means the animated models and other animations in the film *Iron Sky* to which you refer to in your Complaint as well as any other works for which you are claiming copyright ownership in this Lawsuit or which you otherwise assert Valve has infringed upon in any way.

16.     The term "document" means any and all hard copy and/or electronic materials including electronic files and programs falling within the definitions provided in subparagraphs (a) through (c) of Fed. R. Evid. 1001, together with all non-identical copies of any such materials, including without limitation all computer data, disks, or film copies thereof. A document is to be considered non-identical if it contains any comment, notation, or markings not contained on the produced original; any draft or preliminary form is also a "non-identical" document.

DEFENDANT VALVE CORPORATION'S
FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

17.     The term "communication" refers to all typed, handwritten, and electronic communications, including letters, notes, memoranda, emails, text messages, instant messaging apps, and social media messages.

18.     The term "person" means any individual, partnership, corporation, firm, association, or other business or legal entity.

19.     The terms "and" and "or" whenever used herein shall be understood in both the conjunctive and disjunctive sense, synonymous with "and/or."

20.     The term "including" means including but not limited to.

21.     Unless otherwise specified, the time period of these requests is January 1, 2011 through the present.

22.     "Identity" or "identify" means:

a.     Person. When used with reference to a natural person, state his or her full name, and if known, his or her present home address, present business address, present home and business telephone numbers, email address, present or last known position, and business affiliation.

b.     Entity. When used in reference to any entity, such as a partnership, joint venture, trust, or corporation, to state the full legal name of such entity, each name under which such entity does business, the entity's street address, the entity's telephone number, email address, the identity of the chief operating officer, manager, trustee or other principal representative and the identity of those persons employed by or otherwise acting for a such entity who are known or are believed to possess the knowledge or information responsive to the interrogatory and for which the entity was identified.

c.     Facts and Events. When used with respect to facts or an event, describe the event with reasonable particularity, including the persons and documents involved in the facts or events, and the dates of the facts or events.

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

d.    Communications. When used in reference to a communication, whether oral or written, it means to state the identity of the speaker(s) and the person(s) to be addressed, and any other person(s) present during the communication, to state the date, place, and medium of the communication, and to describe completely and in full detail the content of the communication.

**INTERROGATORIES**

**INTERROGATORY NO. 1:** Describe your complete employment history to date, including identifying each employer, job title, job description, dates of employment, location, supervisor or manager, salary or rate of pay, and reasons for leaving the employment.

**ANSWER:**


**INTERROGATORY NO. 2:** Provide a complete description of your educational history, including identifying all post-elementary school educational institutions attended, dates of attendance, whether you graduated, degrees obtained, if any, and any completed certified training programs.

**ANSWER:**


**INTERROGATORY NO. 3:** Excluding this Lawsuit and the Finnish Market Court Matter, identify all legal proceedings in any country in which you have participated, including the nature and type of proceeding, the case name, case number, date, location, parties involved, your affiliation with the matter, and the resolution, if any, of the matter.

**ANSWER:**

DEFENDANT VALVE CORPORATION'S
FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM – Page 5

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**INTERROGATORY NO. 4:**  Excluding this Lawsuit, the Finnish Market Court Matter, and your August 11, 2023 application with the United States Copyright Office, identify in detail all other attempts you have made to assert copyright ownership in the *Iron Sky* film or its Animated Works, including, without limitation, through copyright registration, lawsuits, or demand letters or emails to third parties. For each such attempt, identify the nature of the attempt, the dates, the parties involved, and the result, if any.

**ANSWER:**

**INTERROGATORY NO. 5:**  During the time you were involved in the *Iron Sky* film as described in your Complaint, identify each person to whom you reported or who supervised, managed, directed, oversaw, assisted, or guided your work or animation efforts and describe in detail each person's position, title, and role.

**ANSWER:**

**INTERROGATORY NO. 6:**  For each Animated Work in which you claim copyright ownership in this Lawsuit, identify each person who participated or was involved in the creation of the Animated Work in any manner, including, without limitation, conceptualizing, planning, designing, programming, animating, reviewing, revising or supervising the Animated Work, and describe in detail each person's involvement.

**ANSWER**:

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**INTERROGATORY NO. 7:** To the extent you are asserting you provided unique, original contributions to the film *Iron Sky* or the Animated Works, or the video game *Iron Sky: Invasion*, describe in detail the bases for that assertion.

**ANSWER**:

**INTERROGATORY NO. 8:** Describe in detail all facts upon which you base the allegation in your Complaint that you are a joint author of the film *Iron Sky*.

**ANSWER**:

**INTERROGATORY NO. 9:** Explain in detail all grounds upon which you base your allegation in the Complaint that the film *Iron Sky* was first published at the Berlin International Film Festival in Berlin, Germany on February 11, 2012, including, without limitation, a description of any alleged distribution of the film at the film festival.

**ANSWER**:

**INTERROGATORY NO. 10:** Describe in detail the damages you are alleging for Counts I and II of your Complaint, including the specific amounts, calculations of those amounts, and the bases for the alleged damages.

**ANSWER**:

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1

**INTERROGATORY NO. 11:** Identify all alleged similarities between the Animated

2  Works and any other works in which you assert copyright ownership and the *Iron Sky:*

3  *Invasion* video game.

4  **ANSWER**:

5

6

7  **INTERROGATORY NO. 12:** Identify all joint authors of the film *Iron Sky* and for

8  each, the basis for your claim of joint authorship.

9  **ANSWER**:

10

11

12  **INTERROGATORY NO. 13:**  Identify all individuals with knowledge of your

13  copyright registration, including but not limited to any copyright registration you have

14  obtained and any efforts to obtain a copyright registration you have made in the United States

15  or any other jurisdiction.

16  **ANSWER**:

17

18

19  **REQUESTS FOR PRODUCTION**

20  **REQUEST FOR PRODUCTION NO. 1:**  Produce all agreements and any related

21  documents or correspondence regarding or relating to work you performed with respect to

22  the film *Iron Sky* or any derivative work, including without limitation any and all "work

23  training" agreements or "adult job training agreements" referred to in Paragraphs 40 and 82-

24  84 of your Complaint.

25  **RESPONSE:**

26

DEFENDANT VALVE CORPORATION'S
FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM – Page 8



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1  **REQUEST FOR PRODUCTION NO. 2:**  Excluding your communications with

2  undersigned counsel or Defendant Valve Corporation, produce all communications to or from

3  you and any third party discussing or relating to your work on the film *Iron Sky* or its

4  Animated Works, or the video game *Iron Sky: Invasion*, from 2011 to the present.

5  **RESPONSE:**

6

7

8  **REQUEST FOR PRODUCTION NO. 3:**  Produce all communications and

9  documents referring or relating to your Answer to Interrogatory No. 4.

10  **RESPONSE:**

11

12

13  **REQUEST FOR PRODUCTION NO. 4:**  Produce all communications and

14  documents that refer or relate to your Answer to Interrogatory No. 6, including any

15  communications or documents that identify the nature, scope, or manner of each identified

16  person's involvement with the Animated Works.

17  **RESPONSE:**

18

19

20  **REQUEST FOR PRODUCTION NO. 5:**  Produce all communications and

21  documents that support, detract from, or relate to your allegation in the Complaint that the

22  film *Iron Sky* was first published at the Berlin International Film Festival in Berlin, Germany

23  on February 11, 2012, including, without limitation, any communications or documents

24  related to any alleged distribution of the *Iron Sky* film at the film festival.

25  **RESPONSE:**

26

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1     **REQUEST FOR PRODUCTION NO. 6:**  To the extent you assert that you provided

2     your own unique, creative and original work to the film *Iron Sky* or its Animated Works, or

3     the video game *Iron Sky: Invasion*, produce all documents and communications that support,

4     detract from, or relate to that assertion.

5     **RESPONSE:**

6

7

8     **REQUEST FOR PRODUCTION NO. 7:** Produce all communications and

9     documents that support, detract from, or relate to your alleged damages and the calculation

10    of those damages.

11    **RESPONSE:**

12

13

14    **REQUEST FOR PRODUCTION NO. 8:** Produce all drafts of the Animated Works.

15    **RESPONSE:**

16

17

18    **REQUEST FOR PRODUCTION NO. 9:** Produce complete copies of the Animated

19    Works.

20    **RESPONSE:**

21

22

23    **REQUEST FOR PRODUCTION NO. 10:** Produce documents sufficient to show

24    all persons who participated in the conception, development, and creation of the Animated

25    Works.

26    **RESPONSE:**



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**REQUEST FOR PRODUCTION NO. 11:**   Produce all communications and documents referring or relating to your Answer to Interrogatory No. 11.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 12:**  Produce all documents and pleadings you have submitted or have in your control or possession in any matter other than this lawsuit, including without limitation all exhibits, transcripts, pleadings and communications arising from or related to the litigation matters you participated in in Finland regarding *Iron Sky* or the copyrights and works at issue in this lawsuit.

**RESPONSE:**

DATED: September 12, 2025.                    **ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:     (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*



1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on this date I caused true and correct copies of the foregoing

3   document to be served upon the following, at the addresses stated below, via the method of

4   service indicated.

5

6   Trevor Kevin Baylis (*pro se*)                    ☒   E-mail
    Jankanraitti 10 A 4                               ☐   U.S. Mail
7   33560, Tampere                                    ☐   E-filing
    Finland

8

9

10  Dated this 12th day of September, 2025 in Seattle, Washington.

11                                          */s/ Kaila Greenberg*
                                            Kaila Greenberg
12                                          Legal Assistant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

# EXHIBIT B

The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

TREVOR KEVIN BAYLIS,

                Plaintiff, *(pro se)*.

    v.

VALVE CORPORATION,

                Defendant.

Case No. 2:23-cv-01653-RSM

**PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF**

September 13, 2025

PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM

TO: Valve, Defendant

On April 29th 2025 Baylis has previously requested from Defendant "Valve" any and all Chain Of Title Documents pertaining to Iron Sky films ("Iron Sky") and other productions including the Games such as Iron Sky Invasion and related titles and other media ("Content") distributed by Valve on their storefront delivery platform "Steam" including employment and copyrights transfer from all artists that have contributed to Iron Sky and other Content.

Baylis has provided Value relevant names and contact information required for them to obtain such information themselves (see #59-6 Exhibit Email_IronSky_ChainOfTitleContct_ Info) and enough time has elapsed for Valve to have conducted their own due diligence given their corporation status and presumed access to legal professional who may be specialized in due diligence and chain of title searches.

Now Valve requested essentially the same that Baylis has previously requested from Valve in their, Defendant Valve Corporation's First Discovery Requests To Plaintiff received by Baylis on 13th September ("Request").

Valve replied to Baylis' request the following,

"Valve objects that this request is vague, overbroad, unduly burdensome and seeks irrelevant information not reasonably calculated to lead to the discovery of admissible evidence. Specifically, and without limitation, "Chain of Title Documents" is wholly undefined. Further, the request seeks such information about films and other "productions" and "other media" produced and distributed by third parties over whom Valve has no authority or control. Valve further objects that this request seeks documents in the control and possession of third parties. Valve further objects that the request directly seeks work product and information and documents protected by the attorney client privilege. Valve is willing to meet and confer to address this request and its objections." (Defendant Valve Corporation's Objections To Plaintiff's Request For "Chain Of Title Documents". May 29, 2025).

PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM                                                    Page 1

Baylis objects to Valve's Request on the basis that Valve have already admitted such information in their Request,

> "seek[s] irrelevant information not reasonably calculated to lead to the discovery of admissible evidence"
> (Defendant Valve Corporation's Objections To Plaintiff's Request For "Chain Of Title Documents". May 29, 2025).

Never the less Baylis once again provides Valve with necessary contact details below and reminds Valve that they should have done their "Chain of Title" due diligence before uploading Iron Sky related video games for sale and distribution via their Steam platform to ensure that the game developer, Topware Interactive themselves had a clear Chain of Title and authorization from Baylis to creative derivative versions of his work. It is standard procedure for major distributors to conduct Chain of Title due diligence on large scale audio visual productions where multiple authors may be involved, such as in the film industry.

IRON SKY UNIVERSE OY BANKRUPTCY ESTATE

Kemppi & Tuominen Attorneys Ltd

Mannerheimintie 113, 00280 Helsinki

Tel. +358 10 235 2120

https://lakipihlaja.fi/henkilo/max-tuominen/

max.tuominen@lakipihlaja.fi

Tel. +358 40 828 8044

PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM                                                      Page 2

Additionally, It's well known to Valve that there have been major legal disputes regarding the adequacy of the Iron Sky Chain of Title due to a number court cases in Finland (another red flag!), and Valve have retained their own Finnish lawyer, Patrik Lindfors who may be in a good position to contact max.tuominen@lakipihlaja.fi himself to request Iron Sky Chain of Title documentation.

LINDFORS & CO

ATTORNEYS AT LAW LTD

Aleksanterinkatu 17

FI-00100 Helsinki, Finland

Attorney Lindfors should also be helpful in obtaining "public records" relating to Baylis' legal disputes concerning his work on Iron Sky from the following "Red flag" events!.

1.    Baylis v Troll VFX L 15_32468

Pirkanmaa District Court

Kelloportinkatu 5 A, 33100 Tampere, Finland

2.    Baylis Trevor_Troll Vfx Oy_Turun HO 5.1.18

Turku Court Of Appeal

Old Academy Building

Hämeenkatu 11, 20500 Turku, Finland

PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

3.    A, B, C, D and E  v Blind Spot Pictures Oy and Iron Sky Universe Oy

2017/588 and 2017/701

MAO302/18

Market Court Of Finland

Radanrakentajantie 5, 00520 Helsinki, Finland


It's also known to Valve that the game that includes Baylis' Iron Sky works comes

Topware Entertainment which they have their own business association to and may obtain

Iron Sky 3D modles and animations from them directly!


4.    Iron Sky 3D animation files.

C/O, Dirk Hassinger

Topware Interactive

Karlsruhe at Rittnert Str. 36, 76227 Karlsruhe, Germany

INTERROGATORIES

INTERROGATORY NO. 1: Describe your complete employment history to date, including identifying each employer, job title, job description, dates of employment, location, supervisor or manager, salary or rate of pay, and reasons for leaving the employment.

ANSWER:

Objection. Asks for irrelevant information unrelated to copyright law.

INTERROGATORY NO. 2: Provide a complete description of your educational history, including identifying all post-elementary school educational institutions attended, dates of attendance, whether you graduated, degrees obtained, if any, and any completed certified training programs.

ANSWER:

Objection. Asks for irrelevant information unrelated to copyright law.

INTERROGATORY NO. 3: Excluding this Lawsuit and the Finnish Market Court Matter, identify all legal proceedings in any country in which you have participated, including the nature and type of proceeding, the case name, case number, date, location, parties involved, your affiliation with the matter, and the resolution, if any, of the matter.

ANSWER:

Objection. Asks for irrelevant information unrelated to copyright law.

1    INTERROGATORY NO. 4: Excluding this Lawsuit, the Finnish Market Court

2    Matter, and your August 11, 2023 application with the United States Copyright Office,

3    identify in detail all other attempts you have made to assert copyright ownership in the Iron

4    Sky film or its Animated Works, including, without limitation, through copyright registration,

5    lawsuits, or demand letters or emails to third parties. For each such attempt, identify the

6    nature of the attempt, the dates, the parties involved, and the result, if any.

7    ANSWER:

8    Objection. Asks for irrelevant information as there is a "no formalities rule" in European

9    copyright law for copyright to arise and it is purely a question of fact.

10

11    INTERROGATORY NO. 5: During the time you were involved in the Iron Sky

12    film as described in your Complaint, identify each person to whom you reported or who

13    supervised, managed, directed, oversaw, assisted, or guided your work or animation efforts

14    and describe in detail each person's position, title, and role.

15    ANSWER:

16    Objection. Baylis was not employed by Blind Spot Pictures nor was he an employee of

17    Energia Productions and therefore could not have been under any management or supervision

18    as a mater of fact.

19

20

21

22

23

24    PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
     CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

1    INTERROGATORY NO. 6: For each Animated Work in which you claim

2    copyright ownership in this Lawsuit, identify each person who participated or was involved

3    in the creation of the Animated Work in any manner, including, without limitation,

4    conceptualizing, planning, designing, programming, animating, reviewing, revising or

5    supervising the Animated Work, and describe in detail each person's involvement.

6    ANSWER:

7    Objection. "Joint authorship" analysis in copyright law doesn't require such things and

8    concepts and ideas are not subject to copyright. There is a presumption of authorship rule

9    under Berne Convention article 15 and a persons name on the work is all that is required

10   for protection under the Berne convention. Any author of a joint work may lay claim to a

11   authorship of a work under Berne Convention article 6bis. Baylis' name is on the work at

12   issue in this case. Authorship is a question of fact.

13

14   INTERROGATORY NO. 7: To the extent you are asserting you provided unique,

15   original contributions to the film Iron Sky or the Animated Works, or the video game Iron

16   Sky: Invasion, describe in detail the bases for that assertion.

17   ANSWER:

18   Objection. "Joint authorship" analysis in copyright law doesn't require such things and

19   concepts and ideas are not subject to copyright. There is a presumption of authorship rule

20   under Berne Convention article 15 and a persons name on the work is all that is required

21   for protection under the Berne convention. Any author of a joint work may lay claim to a

22   authorship of a work under Berne Convention article 6bis. Baylis' name is on the work at

23   issue in this case. Authorship is a question of fact.

24   PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
     CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

1    INTERROGATORY NO. 8: Describe in detail all facts upon which you base the

2    allegation in your Complaint that you are a joint author of the film Iron Sky.

3    ANSWER:

4    Objection. "Joint authorship" analysis in copyright law doesn't require such things and

5    concepts and ideas are not subject to copyright. There is a presumption of authorship rule

6    under Berne Convention article 15 and a persons name on the work is all that is required

7    for protection under the Berne convention. Any author of a joint work may lay claim to a

8    authorship of a work under Berne Convention article 6bis. Baylis' name is on the work at

9    issue in this case. Authorship is a question of fact.

10

11   INTERROGATORY NO. 9: Explain in detail all grounds upon which you base

12   your allegation in the Complaint that the film Iron Sky was first published at the Berlin

13   International Film Festival in Berlin, Germany on February 11, 2012, including, without

14   limitation, a description of any alleged distribution of the film at the film festival.

15   ANSWER:

16   Objection: It is a Judicially noticeable fact that *Iron Sky* was first published at the Berlin

17   International Film Festival in Berlin, Germany on February 11, 2012 and offered for further

18   distribution with consent from all authors involved, who had the exclusive right of "first

19   publication" to choose where Iron Sky should be first published under Berne Convention

20   "first publication" and "country of origin" rules Articles 3 to 5 including Article 5(4(a).

21

22

23

24   PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
     CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

1    INTERROGATORY NO. 10: Describe in detail the damages you are alleging for

2    Counts I and II of your Complaint, including the specific amounts, calculations of those

3    amounts, and the bases for the alleged damages.

     ANSWER:

4

5    Objection. Requires further discovery to answer with specific precise accuracy which is not a

6    requirement at this stage in proceeding but insofar as it is possible to calculate damages then

7    see, Complaint For A Civil Case Dkt. 1-1 page 5.

8

9    INTERROGATORY NO. 11: Identify all alleged similarities between the Animated

10   Works and any other works in which you assert copyright ownership and the Iron Sky:

11   Invasion video game.

12   ANSWER:

13   Objection. There is no dispute that Topware Interactive have not received Baylis' Iron Sky

14   work and created numerous derivative works based upon his work and there is no dispute

15   from Valve that they are not distributing Iron Sky works on their Steam platform which Valve

16   have obtained directly from Topware Interactive. The work Valve are distributing contains

17   "multiple actual scenes" from the film *Iron Sky* which Baylis owns a copyright interest in and

18   it has been adequately pled and demonstrated in Baylis, Second Amended Complaint Dkt. 25,

19   pages 11 - 33, and 39-40, that the works at issues are "verbatim copies" of images in the film

20   *Iron Sky which also exist in the game play* in many instances, and for the games' 3D models

21   they are substantially similar abridged derivative works of Baylis' own works.

22

23

24   PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
     CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
     No. 2:23-cv-01653-RSM                                              Page 9

1    INTERROGATORY NO. 12: Identify all joint authors of the film Iron Sky and for

2    each, the basis for your claim of joint authorship.

3    ANSWER:

4    See Copyright Registration Registration Number: PA0002432422.

5    There is a presumption of authorship rule under Berne Convention article 15 and a persons

6    name on the work is all that is required for protection under the Berne convention. Any author

7    of a joint work may lay claim to a authorship of a work under Berne Convention article 6bis.

8    Baylis' name is on the work at issue in this case. Authorship is a question of fact.

9         Baylis has genuine knowledge of such things as he was the actual modeling

10    supervisor for the 3D modeling team and in some cases can even identify models made by

11    his team based on their topological structure, as each team member had their own personal

12    way of approaching the creation of models. For instance Seb Barquin was highly trained from

13    his time at Escape Studios in the UK and produced very clean precise topology whereas in

14    contrast Erkko Huhtamaki was learning Maya software on the Iron Sky project for the first

15    time and his models often had many fundamental errors such as "too many subdivisions"

16    and his Outliner (part of the Maya interface) lacked organization. Pyry Parkola would model

17    things that might never been seen on camera or not align objects properly that need to be

18    rotated on their axis in animating. All of these things are demonstrative of each modeler

19    working independently and imbuing the models with their own personality. Baylis was the

20    most experience of all the Maya artists and had a wide range of skills not possessed by any

21    other team member, and his work is identifiable not just because of is use of is own name in

22    many files but because of the shear complexity of what he created which was far beyond the

23    capabilities of any other member of the team.

24    PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM                                                    Page 10

INTERROGATORY NO. 13: Identify all individuals with knowledge of your

copyright registration, including but not limited to any copyright registration you have

obtained and any efforts to obtain a copyright registration you have made in the United States

or any other jurisdiction.

ANSWER:

Objection. Asks for irrelevant information as there is a "no formalities rule" in European

copyright law for copyright to arise and it is purely a question of fact.

REQUESTS FOR PRODUCTION

REQUEST FOR PRODUCTION NO. 1:

RESPONSE:

Objection: Baylis objects to Valve's Request on the basis that Valve have already admitted

such information is irrelevant,

> "seek[s] irrelevant information not reasonably calculated to lead to the
> discovery of admissible evidence"
> (Defendant Valve Corporation's Objections To Plaintiff's Request For "Chain
> Of Title Documents". May 29, 2025).

Never the less, for chain of title information see, pages 2, 3, 4 of this document above.

REQUEST FOR PRODUCTION NO. 2:

RESPONSE:

Objection: Seeks irrelevant information not reasonably calculated to lead to the

discovery of admissible evidence

PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

1    REQUEST FOR PRODUCTION NO. 3:

2    RESPONSE:

3    Objection: Seeks irrelevant information not reasonably calculated to lead to the

4    discovery of admissible evidence

5

6    REQUEST FOR PRODUCTION NO. 4:

7    RESPONSE:

8    Objection:  "Joint authorship" analysis in copyright law doesn't require such things and

9    concepts and ideas are not subject to copyright. There is a presumption of authorship rule

10   under Berne Convention article 15 and a persons name on the work is all that is required

11   for protection under the Berne convention. Any author of a joint work may lay claim to a

12   authorship of a work under Berne Convention article 6bis. Baylis' name is on the work at

13   issue in this case. Authorship is a question of fact.

14

15   REQUEST FOR PRODUCTION NO. 5:

16   RESPONSE:

17   Objection: It is a Judicially noticeable fact that *Iron Sky* was first published at the Berlin

18   International Film Festival in Berlin, Germany on February 11, 2012 and offered for further

19   distribution with consent from all authors involved, who had the exclusive right of "first

20   publication" to choose where Iron Sky should be first published under Berne Convention

21   "first publication" and "country of origin" rules Articles 3 to 5 including Article 5(4(a).

22

23

24   PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
     CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
     No. 2:23-cv-01653-RSM                                              Page 12

1    REQUEST FOR PRODUCTION NO. 6:

2    RESPONSE:

3    Objection: "Joint authorship" analysis in copyright law doesn't require such things and

4    concepts and ideas are not subject to copyright. There is a presumption of authorship rule

5    under Berne Convention article 15 and a persons name on the work is all that is required

6    for protection under the Berne convention. Any author of a joint work may lay claim to a

7    authorship of a work under Berne Convention article 6bis. Baylis' name is on the work at

8    issue in this case. Authorship is a question of fact.

9

10    REQUEST FOR PRODUCTION NO. 7:

11    RESPONSE:

12    Objection: Requires further discovery.

13

14    REQUEST FOR PRODUCTION NO. 8:

15    RESPONSE:

16    Objection: Seeks irrelevant information not reasonably calculated to lead to the

17    discovery of admissible evidence

18

19    REQUEST FOR PRODUCTION NO. 9:

20    RESPONSE:

21    Objection: Seeks irrelevant information not reasonably calculated to lead to the

22    discovery of admissible evidence, or can be obtained by Valve from Topware Interactive

23

24    PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF

1  REQUEST FOR PRODUCTION NO. 11:

2  RESPONSE:

3  Objection: Nonsensical. Seeks irrelevant information not reasonably calculated to lead to the

4  discovery of admissible evidence

5

6  REQUEST FOR PRODUCTION NO. 12:

7  RESPONSE:

8  Objection: Seeks irrelevant information not reasonably calculated to lead to the

9  discovery of admissible evidence

10 Never the less, for chain of title information see, pages 2, 3, 4 of this document above.

PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

13th September 2025


Trevor Kevin Baylis


Jankanraitti

Tampere 33560, FINLAND

Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM

1

2                          CERTIFICATE OF SERVICE FORM

3        I hereby certify that on 13th September 2025 I served the foregoing document

4                     to the following parties or their counsel via Email:

5                         Jeremy E Roller: jroller@aretelaw.com,

6                       Jonah O. Harrison: jharrison@aretelaw.com,

7                              jfischer@aretelaw.com,

8                             kgreenberg@aretelaw.com

9                              Dated: 29th April 2025

10

11

12                              Trevor Kevin Baylis

13                                 Jankanraitti

14                          Tampere 33560, FINLAND

15

16

17

18

19

20

21

22

23

24

PLAINTIFF'S RESPONSE AND OBJECTIONS TO DEFENDANT VALVE
CORPORATION'S FIRST DISCOVERY REQUESTS TO PLAINTIFF
No. 2:23-cv-01653-RSM

# EXHIBIT C

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Wednesday, September 17, 2025 1:56 PM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>
**Subject:** Re: Baylis v. Valve | Valve's First Discovery Requests


Here you go. Why don't you get on the phone and arrange a conference with people mentioned below. They have plenty of information for you.

IRON SKY UNIVERSE OY BANKRUPTCY ESTATE

Kemppi & Tuominen Attorneys Ltd

Mannerheimintie 113, 00280 Helsinki

Tel. +358 10 235 2120

https://lakipihlaja.fi/henkilo/max-tuominen/

max.tuominen@lakipihlaja.fi

Tel. +358 40 828 8044


4. Iron Sky 3D animation files.

C/O, Dirk Hassinger

Topware Interactive

Karlsruhe at Rittnert Str. 36, 76227 Karlsruhe, Germany

LINDFORS & CO

ATTORNEYS AT LAW LTD

Aleksanterinkatu 17

FI-00100 Helsinki, Finland

1. Baylis v Troll VFX L 15_32468

Pirkanmaa District Court

Kelloportinkatu 5 A, 33100 Tampere, Finland

2. Baylis Trevor_Troll Vfx Oy_Turun HO 5.1.18

Turku Court Of Appeal

Old Academy Building

Hämeenkatu 11, 20500 Turku, Finland

3. A, B, C, D and E v Blind Spot Pictures Oy and Iron Sky Universe Oy

2017/588 and 2017/701

MAO302/18

Market Court Of Finland

Radanrakentajantie 5, 00520 Helsinki, Finland

On Wed, 17 Sept 2025 at 23:40, Trevor Baylis <trevor.baylis@gmail.com> wrote:

> Lets be clear, You sent a discovery request, on 13 september
>
> "Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Defendant Valve Corporation ("Valve") requests that you provide answers and responses to the following
> interrogatories and requests for production within thirty (30) days"
>
> I answered ONLY ten hours later and included information including names and address of where you could obtain the information you were asking for.
>
> So not 30 days later. just 10 hour later.
>
> On 15th September you confirmed you have those answers.  However, it seems to me that not enough time has elapsed for you to contact the people that have all the relevant information you are looking for.
>
> Did you actually try to contact any of the names or seek any of the information I provided?
>
> I doubt it because there just hasn't been a long enough time period for you to undertake such discovery.
>
> So rather than undertake discovery based on the legitimate information I provided you decided to try and arrange a conference with me? For what?
>
> I already gave you the information you need particularly to obtain Chain of Title documentation from and actual Finnish Lawyer in Finland who has all the relevat Chainn of title documentation you need? I don't have a different name and address to give you even if you phone me up and asked me.

Furthermore, The 3D animation files are likely to be held by the same Bankruptcy estate as they were specifically assigned with the task of taking possession of all assets in possession of Iron Sky Universe Oy which includes the 3D animation files because according to financial statements Samuli Torssonen (illegally) sold those 3D files to Iron Sky Universe and I am have reason to believe those files were passed on to other Firms such as Topware Interactive.

So instead of contacting the genuine people that have possession of all the 3D files and Chain of Title documentation you asked for - (and even the Finnish courts have such records which should be publicly accessible especially by your Finnish lawyer) you want to phone me up and ask for information I've already supplied to you?!

As for rudeness - you don't even have the common decency to recognize that the award winning work I created is actually my own work. AND you still accuse me of lying to the Copyright Office by suggesting I provided "inaccurate information" to the Copyright Office.

There was no inaccuracy. I created the work!

***If you have someone else you think created the work I created instead of me - then kindly designate that person and get them to prove they created my work instead of me by arranging them to give an actual demonstration of the 3D files.***

***Deeds not words!***

***if you have any further questions then please do not hesitate to ask!***

On Wed, 17 Sept 2025 at 23:03, Jonah Harrison <jharrison@aretelaw.com> wrote:

> Mr. Baylis, I am not your attorney, and you have consistently been rude and unprofessional, with personal attacks. You have a duty to read and know the rules. Do this yourself.
>
>  **Jonah Harrison**
> A 600 University Street, Suite 2420
>   Seattle, WA 98101
> D 206-428-3253  O 206-428-3250
> E jharrison@aretelaw.com
> W www.aretelaw.com

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Wednesday, September 17, 2025 12:46 PM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>
**Subject:** Re: Baylis v. Valve | Valve's First Discovery Requests

I don't think that's correct. Which rule?

On Wed, 17 Sept 2025 at 22:01, Jonah Harrison <jharrison@aretelaw.com> wrote:

Because the local rules of our court require you to meet telephonically.



**Jonah Harrison**
A 600 University Street, Suite 2420
  Seattle, WA 98101
D 206-428-3253  O 206-428-3250
E jharrison@aretelaw.com
W www.aretelaw.com

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Wednesday, September 17, 2025 11:27 AM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>
**Subject:** Re: Baylis v. Valve | Valve's First Discovery Requests

I will answer questions by email. If that's not suitable for you then you'll have to explain why.

On Wed, 17 Sept 2025 at 21:22, Jonah Harrison <jharrison@aretelaw.com> wrote:

Please let us know if your availability for a call tomorrow, Thursday 9/18, or Friday, 9/19 between 9am and 5 pm PST, or propose an alternative time.



**Jonah Harrison**
A 600 University Street, Suite 2420
  Seattle, WA 98101
D 206-428-3253  O 206-428-3250
E jharrison@aretelaw.com
W www.aretelaw.com

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

---

**From:** Jonah Harrison
**Sent:** Wednesday, September 17, 2025 11:20 AM
**To:** 'Trevor Baylis' <trevor.baylis@gmail.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>
**Subject:** RE: Baylis v. Valve | Valve's First Discovery Requests

Mr. Baylis,

No, we will not proceed by email.  You will have to meet and confer telephonically.

**Jonah Harrison**
A 600 University Street, Suite 2420
  Seattle, WA 98101
D 206-428-3253  O 206-428-3250
E jharrison@aretelaw.com
W www.aretelaw.com

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

---

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Wednesday, September 17, 2025 10:24 AM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>
**Subject:** Re: Baylis v. Valve | Valve's First Discovery Requests

If you have any questions I can consider them by email. I won't answer questions that I don't feel are relevant.

Kind regards.

On Mon, 15 Sept 2025 at 23:12, Trevor Baylis <trevor.baylis@gmail.com> wrote:

I don't have any counsel to advise me and I feel you may be acting in bad faith.

For instance, authorship is a question of fact not law. You must know this being an experienced lawyer that represents a major corporation that it self is in the business of creating 3D animation audio visual productions. Valve have 3D artisst on their staff who may create works of authorship that Valve can acquire under work for hire arrangements due to US Work for hire laws.

It's well known that Valve strategically hired "iceFrog" to obtain Dota 2

"IceFrog was brought to Valve's headquarters in downtown Bellevue, where they showed him their office space and gained his interest and admiration. As such, IceFrog was hired on the spot and given the task of designing the sequel to *DotA*."
https://liquipedia.net/dota2/IceFrog

The way you have acted recently in falsely accusing me of prohibited  ex-parte communications with the Court has understandably eroded any trust I have with you, and the fact the Court had to address such things and cancel your requests for a telephonic conference with the court (minute order 83) establishes to me that you were acting in bad faith then.

It's also common decency to recognized the work a person does as their own work. For instance, Imagine if i considered you as a "trainee lawyer",

I mean, how do I know you are not just some school leaver with no professional training as a Lawyer. You haven't sent me your educational or work history and even if you did how do I know you haven't faked it. Who is your supervisor? Do you even write your own motions?

You could be anyone really.

So I'm not interested in having a conference with someone pretending to be a lawyer thanks.

On Mon, 15 Sept 2025 at 22:46, Jonah Harrison <jharrison@aretelaw.com>

wrote:

What other times are you available to confer?



**Jonah Harrison**
A 600 University Street, Suite 2420
   Seattle, WA 98101
D 206-428-3253   O 206-428-3250
E jharrison@aretelaw.com
W www.aretelaw.com

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Monday, September 15, 2025 12:30 PM
**To:** Jonah Harrison <jharrison@aretelaw.com>
**Cc:** Jeremy Roller <jroller@aretelaw.com>
**Subject:** Re: Baylis v. Valve | Valve's First Discovery Requests

No.

On Mon, 15 Sept 2025 at 21:47, Jonah Harrison <jharrison@aretelaw.com>
wrote:

Good morning, Mr. Baylis,

We received your objections.  We would like to telephonically meet and confer with you regarding your objections.  Are you available Tuesday, Wednesday or Thursday this week at 1:00 PST for a call?

Thank you,



**Jonah Harrison**
A 600 University Street, Suite 2420
   Seattle, WA 98101
D 206-428-3253   O 206-428-3250
E jharrison@aretelaw.com
W www.aretelaw.com

*This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

**From:** Trevor Baylis <trevor.baylis@gmail.com>
**Sent:** Saturday, September 13, 2025 2:41 AM
**To:** Kaila Greenberg <kgreenberg@aretelaw.com>
**Cc:** Jonah Harrison <jharrison@aretelaw.com>; Jeremy Roller <jroller@aretelaw.com>; Janet Fischer <jfischer@aretelaw.com>
**Subject:** Re: Baylis v. Valve | Valve's First Discovery Requests

Attached please find Baylis objections and responses to Defendant Valve Corporation's First Discovery Requests to Plaintiff.

Kind regards

On Sat, 13 Sept 2025 at 02:04, Kaila Greenberg <kgreenberg@aretelaw.com> wrote:

> Mr. Baylis,
>
> Attached please find Defendant Valve Corporation's First Discovery Requests to Plaintiff.
>
> Thank you,
>
> Kaila
>
>  **Kaila Greenberg**
> *Legal Assistant*
> A 600 University Street, Suite 2420
>    Seattle, WA 98101
> D 206-445-7506   O 206-428-3250
> E kgreenberg@aretelaw.com
> W www.aretelaw.com
>
> ARÊTE LAW GROUP
>
> *This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.*

--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

--

Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.

--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data

supplied. Please contact the sender if you believe you have received this email in error.


--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger


This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.


--
Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger


This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you

must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.


--

Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger


This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.


--

Trevor Baylis

Tel: Finland +358 (0)41 722 5899

https://twitter.com/baylis_trevor

http://uk.linkedin.com/in/trevityger

This email and any attachments to it may be confidential and are intended solely for the use of the individual to whom it is addressed. Any views or opinions expressed are solely those of the author. If you are not the intended recipient of this email, you must neither take any action based upon its contents, nor copy or show it to anyone. This Gmail account holder accepts no liability or responsibility for any loss or damage suffered by the recipient or any third party as a result of, or in connection with, the use or misuse of data supplied. Please contact the sender if you believe you have received this email in error.