# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALVE CORPORATION,<br><br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.   C23-1653-RSM |

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　Defendant's Motion for Summary Judgment, Dkt. #76, is GRANTED. Plaintiff's claims are DISMISSED. See Order for more details.

　　Dated this 29th day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tajma Eaton*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk