The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>    Plaintiff,<br><br> v.<br><br>VALVE CORPORATION,<br><br>    Defendant. | No. 2:23-cv-01653-RSM<br><br>**DEFENDANT VALVE CORPORATION'S STATUS REPORT REGARDING DKT. # 100** |

  Plaintiff Trevor Baylis filed a pleading on October 30, 2025 that appears to be a motion for reconsideration under the guise of LCR 39.2. *See* Dkt. # 100. This case is not subject to LCR 39.2, as it was never set for trial under the Court's Individualized Trial Program. It appears Baylis attempted to note his pleading as a motion for reconsideration, noting it as a same-day motion pursuant to LCR 7(d)(1). *See* Dkt. # 100 at p. 1. Valve therefore interprets Baylis' pleading as a motion for reconsideration. Accordingly, pursuant to LCR 7(h)(3), Valve will not respond to Baylis' pleading unless directed to do so by the Court.

//

//

DEFENDANT VALVE CORPORATION'S STATUS REPORT
No. 2:23-cv-01653-RSM – Page 1

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ARETE LAW GROUP PLLC**

By: /s/ Jonah O. Harrison
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

DEFENDANT VALVE CORPORATION'S STATUS REPORT
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 31st day of October, 2025 in Seattle, Washington.

*/s/ Janet Fischer*
Janet Fischer
Paralegal

DEFENDANT VALVE CORPORATION'S STATUS REPORT
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250