The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>             Plaintiff, *(pro se)*.<br><br>  v.<br><br>VALVE CORPORATION,<br><br>             Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**PLAINTIFF'S MOTION TO WITHDRAW NOTICE OF INTENTION TO MOVE FOR A NEW TRIAL OR IN ALTERNATIVE TO AMEND THE JUDGMENT (RULE 59(e))**<br><br>November 1st 2025 |

PLAINTIFF'S MOTION TO WITHDRAW NOTICE OF INTENTION TO MOVE FOR A NEW TRIAL OR IN ALTERNATIVE TO AMEND THE JUDGMENT (RULE 59(e))

No. 2:23-cv-01653-RSM

TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff ("Baylis") wishes to with draw his Notice Of Intention To Move For A New Trial Or In Alternative To Amend The Judgment (Rule 59(E)) (Dkt 100) as it appears to be redundant and made in error.

To clarify, Dkt 100 was NOT a Motion at all but merely a NOTICE which Baylis thought was required before filing a Rule 59 Motion To Amend.

Baylis is immensely sorry for the confusion and requests leave to file his, Rule 59 Motion To Amend.

PLAINTIFF'S MOTION TO WITHDRAW NOTICE OF INTENTION TO MOVE FOR A NEW TRIAL OR IN ALTERNATIVE TO AMEND THE JUDGMENT (RULE 59(e))

No. 2:23-cv-01653-RSM

Page 1

November 1st 2025

Trevor Kevin Baylis

*[signature: Trvr Bay]*

Jankanraitti

Tampere 33560, FINLAND

Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

PLAINTIFF'S MOTION TO WITHDRAW NOTICE OF INTENTION TO MOVE FOR A NEW TRIAL OR IN ALTERNATIVE TO AMEND THE JUDGMENT (RULE 59(e))

Page 2

No. 2:23-cv-01653-RSM

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on November 1st 2025 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN

Director Intellectual Property Section Commercial Litigation Branch

Civil Division U.S. Department of Justice

Scott.Bolden@usdoj.gov

Dated: November 1st 2025

*/s/ Trevor Baylis*

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

PLAINTIFF'S MOTION TO WITHDRAW NOTICE OF INTENTION TO MOVE FOR A NEW TRIAL OR IN ALTERNATIVE TO AMEND THE JUDGMENT (RULE 59(e))

Page 3

No. 2:23-cv-01653-RSM