1

The Honorable Ricardo S. Martinez

2

3

4

UNITED STATES DISTRICT COURT

5

WESTERN DISTRICT OF WASHINGTON

6

AT SEATTLE

7

8

TREVOR KEVIN BAYLIS,

Case No. 2:23-cv-01653-RSM

9

Plaintiff, *(pro se)*.

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**

10

v.

**RULE 59 MOTION TO AMENDED THE JUDGMENT**

11

VALVE CORPORATION,

12

Defendant.

13

14

15

16

17

18

THIS MATTER comes before the Court on Plaintiff's Trevor Kevin Baylis' Plaintiff's

19

Rule 59 Motion To Amended The Judgment. The Court having considered the pleadings and

20

records on file in the matter, including:

21

22

1. Plaintiff's Trevor Kevin Baylis' Plaintiff's Rule 59 Motion To Amended The Judgment ;

23

24

[PROPOSED] ORDER GRANTING PLAINTIFF'S
RULE 59 MOTION TO AMENDED THE JUDGMENT
No. 2:23-cv-01653-RSM

1    2. Defendant Valve Corporation's Response, if any; and

2    3. Plaintiff's Reply, if any;

3    and the Court deeming itself otherwise advised in the premises, the Court HEREBY

4    GRANTS the Plaintiff's Rule 59 Motion To Amended The Judgment

5

6

7    IT IS SO ORDERED.

8    Dated this___day of_____ , 2025.

9                                                                    _____

10                                                                   The Honorable Ricardo S. Martinez

11

12   *Presented by:*

13   Trevor Kevin Baylis

14

15

16

17

18                                                 3rd November 2025

19                                                 Trevor Kevin Baylis

20

21                                                 Jankanraitti

22                                                 Tampere 33560, FINLAND

23

24

[PROPOSED] ORDER GRANTING PLAINTIFF'S
RULE 59 MOTION TO AMENDED THE JUDGMENT                          Page 2
No. 2:23-cv-01653-RSM

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 3rd November 2025 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN

Director Intellectual Property Section Commercial Litigation Branch

Civil Division U.S. Department of Justice

Scott.Bolden@usdoj.gov

Dated: 3rd November 2025

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

[PROPOSED] ORDER GRANTING PLAINTIFF'S
RULE 59 MOTION TO AMENDED THE JUDGMENT
No. 2:23-cv-01653-RSM