The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>              Plaintiff,<br><br>   v.<br><br>VALVE CORPORATION,<br><br>             Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**PLAINTIFF'S<br>NOTICE OF MOTION RE-NOTED**<br><br>Filed: 4th November 2025 |

**I.     TO THE HONORABLE RICARDO S. MARTINEZ, UNITED STATES DISTRICT COURT JUDGE, DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE:**

Trevor Kevin Baylis' ("Baylis") Plaintiff's Rule 59 Motion To Amended The Judgment, Dkt. 104 ("Motion") was inadvertently noted for the 27th of November 2025 which is a Court Holiday Closure and therefore Baylis hereby gives notice to re-note the Motion to the 26th of November 2025 instead.

4th November 2025

Trevor Kevin Baylis

*Trvo Bay* (signature)

Jankanraitti

Tampere 33560, FINLAND

Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 4th November 2025 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN

Director Intellectual Property Section Commercial Litigation Branch

Civil Division U.S. Department of Justice

Scott.Bolden@usdoj.gov

4th November 2025

*/s/ Trevor Baylis*

Jankanraitti

Tampere 33560, FINLAND