The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>VALVE CORPORATION,<br><br>  Defendant. | No. 2:23-cv-01653-RSM<br><br>**DEFENDANT VALVE CORPORATION'S STATUS REPORT REGARDING DKT. # 104** |

Plaintiff Trevor Baylis ("Baylis") filed a pleading on October 30, 2025 (Dkt. # 100) seeking reconsideration of the Court's Order Granting Motion for Summary Judgment (Dkt. # 98). The Court denied reconsideration on October 31, 2025. Dkt. # 102. After the Court issued its denial, Baylis filed a new motion (Dkt. # 103) seeking to withdraw his denied motion and on November 3, 2025, Baylis filed what appears to be a new motion for reconsideration entitled Plaintiff's Rule 59 Motion to Amend the Judgment, noted for November 27, 2025 (Dkt. # 104), which again seeks reconsideration of the Court's Order Granting Motion for Summary Judgment (Dkt. # 98). Baylis subsequently renoted the new motion for November 26, 2025. Dkt. # 105. Valve interprets Baylis' motion at Dkt. #104 as a second motion for reconsideration, which is subject to LCR 7(h)(3). Accordingly, pursuant to LCR 7(h)(3), Valve will not respond to Baylis' pleading unless directed to do so by the Court.

DEFENDANT VALVE CORPORATION'S STATUS REPORT
No. 2:23-cv-01653-RSM – Page 1

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**ARETE LAW GROUP PLLC**

By: /s/ Jonah O. Harrison
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

DEFENDANT VALVE CORPORATION'S STATUS REPORT
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 7th day of November, 2025 in Seattle, Washington.

*/s/ Kaila Greenberg*
Kaila Greenberg
Legal Assistant

DEFENDANT VALVE CORPORATION'S STATUS REPORT
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250