The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>　　　　　Plaintiff, *(pro se)*.<br><br>　v.<br><br>VALVE CORPORATION,<br><br>　　　　　Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**PLAINTIFF'S OBJECTION TO DEFENDANT VALVE CORPORATION'S STATUS REPORT REGARDING DKT. # 104**<br><br>November 8th 2025 |

PLAINTIFF'S  OBJECTION TO DEFENDANT VALVE CORPORATION'S
STATUS REPORT REGARDING DKT. # 104
No. 2:23-cv-01653-RSM

1  Plaintiff Trevor Baylis ("Baylis") **strongly objects to Valve's obvious chicanery**
2  intended by their recently filed Defendant Valve Corporation's ("Valve") Status Report
3  Regarding Dkt. # 104. ("SR") and reminds this Court of Baylis' concerns about Valve
4  deliberately misleading the Court under RPC 4.1 TRUTHFULNESS IN STATEMENTS TO
5  OTHERS "In the course of representing a client a lawyer shall not knowingly: (a) make a false
6  statement of material fact or law to a third person"

7  Baylis (pro se) had previously made an error in filing a redundant Notice (Dkt 100)
8  ("Notice") which he mistaken thought was a procedural requirement before filing a Rule 59
9  Motion. Baylis expediently withdrew that Notice (Dkt 103) and apologized to both Valve and
10 this Court for the confusion with that document. Baylis then filed his proper, Plaintiff's
11 Rule 59 Motion To Amended The Judgment (Dkt 104) which contains in the very first
12 paragraph a further apology, repeated here below,

> "PLEASE NOTE:
> Plaintiff ("Baylis") filed in error a Notice of Intention to Move for a New Trial or in alternative to Amend the Judgment (Rule 59(e)) (Dkt. 100) ("Notice") which he has expediently withdrawn once realizing his error (Dkt. 103).
> Baylis is dyslexic and has problems with reading and writing especially in context of extrapolating information about new and complex procedures such as following procedural rules of courts in the United States. Baylis' previously filed documents in this case have a disclaimer attached at the bottom of the last page of each document requesting that he not be prejudiced against for his dyslexia. Attached as, Ex. A, is Baylis' Dyslexia Diagnosis conducted by a Chartered Psychologist at his time at University. Again, Baylis apologizes for the confusion. Baylis mistakenly thought he had to file a Notice first as part of legal procedures before filing his main Motion and it is why on the CM/ECF system he chose to file it as a Notice and not a Motion. That Notice was not Baylis' Rule 59 motion, this new filing, PLAINTIFF'S RULE 59 MOTION TO AMENDED THE JUDGMENT, is Baylis' Rule 59 Motion."
> (Dkt 104. Page 1)

PLAINTIFF'S OBJECTION TO DEFENDANT VALVE CORPORATION'S
STATUS REPORT REGARDING DKT. # 104                      Page 1
No. 2:23-cv-01653-RSM

It is NOT FAIR for Valve to mis-characterise Baylis' filings as something they are not and to harass Baylis with misleading frivolous filings that require him to write objections to, such as this as very document, when Valve are fully aware of Baylis' Dyslexia (Dkt 104-2) and his struggles to engage as easily as others, especially highly against a whole team of competent corporate Lawyers, in a forum that necessitates large amounts of reading and writing for Baylis. It is Saturday 01:15 in Finland as I write this and I have to deal with this nonsense, and a fear that a Judge potentially rules on something before I can I sleep.

NOT FAIR AT ALL!

PLAINTIFF'S OBJECTION TO DEFENDANT VALVE CORPORATION'S
STATUS REPORT REGARDING DKT. # 104
No. 2:23-cv-01653-RSM

Page 2

November 8th 2025

Trevor Kevin Baylis

*[signature: Trvr Bay]*
Jankanraitti

Tampere 33560, FINLAND

Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

PLAINTIFF'S OBJECTION TO DEFENDANT VALVE CORPORATION'S
STATUS REPORT REGARDING DKT. # 104
No. 2:23-cv-01653-RSM

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on November 8th 2025 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN

Director Intellectual Property Section Commercial Litigation Branch

Civil Division U.S. Department of Justice

Scott.Bolden@usdoj.gov

Dated: November 8th 2025

*[signature: Trevor Baylis]*

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

PLAINTIFF'S OBJECTION TO DEFENDANT VALVE CORPORATION'S
STATUS REPORT REGARDING DKT. # 104
No. 2:23-cv-01653-RSM