Trevor Kevin Baylis
Jankannraiti 10 A 4
33560
Tampere
FINLAND
+358 41 722 5899

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In the matter of:<br>TREVOR KEVIN BAYLIS,<br>         Petitioner (*Pro se*),<br>   v.<br>VALVE CORPORATION,<br>         Respondents. | Case No. 2:23-cv-01653-RSM<br><br>**NOTICE OF APPEAL OF**<br>**TREVOR KEVIN BAYLIS**<br><br>(Assigned to<br>The Honorable Ricardo S. Martinez) |

PLEASE TAKE NOTICE that, Petitioner Trevor Kevin Baylis ("Baylis") appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Motion For Summary Judgment, entered in the above-captioned Action, by the Honorable Ricardo S. Martinez on the 29th day of October, 2025.

Baylis also appeals from any and all other rulings contained within that Order and Judgment and/or relating thereto, including without limitation the (1) Minute Order on January 12, 2024 to strike Baylis' Request by Plaintiff Trevor Kevin Baylis for Judicial Notice Of Foreign Laws, (2) Order on April 29, 2024 granting Defendant's Dkt 43 Motion to Refer to the Register of Copyrights and for Stay of Proceedings, (3) Order on July 30, 2024 denying Plaintiff's Dkt 56 and Dkt 58 Motions to Strike Defenses, and all decisions pending or pertaining to, involved in, or leading to the foregoing rulings.

The Court is currently considering Plaintiff's Rule 59 motion, and Plaintiff understands this extends the deadline for Plaintiff to file a notice of appeal. However, given Defendant's position that Plaintiff's motion is not a true Rule 59 motion, and to avoid later issues, Plaintiff files this Notice now and relies upon Federal Rule of Appellate Procedure 4(a)(4)(B)(i) to activate this Notice at the appropriate time, subject of course to amendment or withdrawal of this Notice as appropriate based on the outcome of Plaintiff's Rule 59 motion.

**DATED** this 10th day of November, 2025.

November 10th 2025

Trevor Kevin Baylis

*/s/ Trevor Baylis*

Jankanraitti

Tampere 33560, FINLAND

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on November 10th 2025 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN

Director Intellectual Property Section Commercial Litigation Branch

Civil Division U.S. Department of Justice

Scott.Bolden@usdoj.gov

Dated: November 10th 2025

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

NOTICE OF APPEAL OF TREVOR KEVIN BAYLIS
No. 2:23-cv-01653-RSM