1

The Honorable Ricardo S. Martinez

2

3

4

UNITED STATES DISTRICT COURT

5

WESTERN DISTRICT OF WASHINGTON

6

AT SEATTLE

7

8    TREVOR KEVIN BAYLIS,

9              Plaintiff (*Pro se*),

10       v.

11   VALVE CORPORATION,

12             Defendant.

Case No. 2:23-cv-01653-RSM

**PRAECIPE TO ATTACH DOCUMENT**

**Clerk's Action Require**

13

14

15        On November 3, 2025, Plaintiff Trevor Kevin Baylis filed a Plaintiff's

16   Rule 59 Motion To Amended The Judgment ("Motion") (Dkt. No. 104). Exhibit B was

17   inadvertently omitted from that filing along with the reference for it within page 10 of

18   the Motion at line 22. Accordingly, Plaintiff Trevor Kevin Baylis respectfully requests

19   the Clerk attach to the Motion the Exhibit B filed concurrently as an exhibit to this

20   Praecipe and to replace page 10 of the Motion (Dkt 104) with the minorly adjusted

21   page 10 filed also concurrently as an exhibit to this Praecipe. That adjustment being the

22   reference to the exhibit "(Ex. B)" at line 22.

23

24

PRAECIPE TO ATTACH DOCUMENT
No. 2:23-cv-01653-RSM

1    This mistake occurred once again as a trait of Baylis' Dyslexia (see Dkt 104 -2) as he

2    knew he needed to make reference to the subject of Exhibit B for the preceding sentence to

3    relate, in order for it to actually make any sense ("Therefore, according to what anyone can

4    make of MAO302/18, Iron Sky may be an "orphan work" (Dkt 104. Page 10: 21)). That is to

5    say the "anyone" mentioned in the sentence is actually related to an email exchange which

6    Baylis had with his own lawyer (Ex B) around the time that aforementioned MAO302/18

7    (Finnish language court ruling) was issued in 2018, and what we were "trying to make of it."

8        Baylis then (somewhat ironically) confused himself by later focusing on his Ex.

9    A to be presented and uploaded which, was his Dyslexia Report to show why he is prone

10   to errors in the first place! It's almost comedic if it were not such a serious procedure to

11   try and get right. It then becomes a source of humiliation which has a knock on affect

12   too, as to whether to try to correct things - or not - because it requires owning up to a

13   foolish error - and that leads to a delay itself as Plaintiff Trevor Kevin Baylis tries to

14   work out how to correct what he has done wrong - and at the same time being aware

15   that even trying to correct his error might itself be a mistake! Thus leading to cycle of

16   further mistakes and humiliation.

17       DATED: November 12, 2025.

18

19                                 Trevor Kevin Baylis

20

21                                 Jankanraitti

22                                 Tampere 33560, FINLAND

23   Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or
     grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

24
PRAECIPE TO ATTACH DOCUMENT
No. 2:23-cv-01653-RSM
                                                                        Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

PRAECIPE TO ATTACH DOCUMENT
No. 2:23-cv-01653-RSM

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on November 12th 2025 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN

Director Intellectual Property Section Commercial Litigation Branch

Civil Division U.S. Department of Justice

Scott.Bolden@usdoj.gov

Dated: November 12th 2025

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

PRAECIPE TO ATTACH DOCUMENT
No. 2:23-cv-01653-RSM