# EXHIBIT B



Trevor Baylis <trevor.baylis@gmail.com>

---

### VL: Ratkaisu MAO:n asioissa dnrot 2017/588 ja 2017/701

---

**Trevor Baylis** <trevor.baylis@gmail.com>  
To: Petri Eskola <petri.eskola@backstrom.fi>  
Cc: Markus Lampinen <markus.lampinen@backstrom.fi>

1 June 2018 at 12:33

Hi Petri,

Can you clarify this part for me?

"108. Edellä todetusti Baylisille ja Parkkolalle ei ole katsottu syntyneen tekijänoikeutta Valkyrie-alukseen. Tuotantoyhtiöt eivät ole kuitenkaan väittäneet tai esittäneet sellaista selvitystä, jonka perusteella olisi todettavissa kenelle, jos kenellekään, tekijänoikeus kyseiseen alukseen olisi syntynytja onko tätä koskeva tekijänoikeus siirtynyt yksinoikeudella tuotantoyhtiöille taikka esittäneet muitakaan perusteita sille, miten Baylisin ja Parkkolan menettely olisi loukannut niiden tekijänoikeuksia. Markkinaoikeus katsoo, että kyseinen tekijänoikeuden loukkaus onjäänyt näyttämättä eikä menettelystä ole tarpeen enemmälti lausua. Näin ollen edellytyksiä vaaditun kiellon ja loukkauksen lopettamisen määräämiselle ei ole ja kieltovaatimus 4 on hylättävä."

To me it says that the Production company has failed to show to whom copyright has arisen!

(Google Translate)

[the production companies have not claimed or provided any evidence to establish to whom any copyright on the vessel would have arisen,]

This seems to confirm that the the Valkyrie is copyrighted but Iron Sky Universe have themselves failed to show who the copyright belongs too.

This is what I mean about ISU not being able to protect the work. So for instance I can keep selling the 3D print Model and they cannot take action to stop me. Is that right?

[Quoted text hidden]

BAYLIS_I

 **Trevor Baylis <trevor.baylis@gmail.com>**

---

**VL: Ratkaisu MAO:n asioissa dnrot 2017/588 ja 2017/701**

---

**Petri Eskola** <petri.eskola@backstrom.fi>  1 June 2018 at 08:38
To: Trevor Baylis <trevor.baylis@gmail.com>
Cc: Markus Lampinen <markus.lampinen@backstrom.fi>

Hello Trev,

I need to read this once more. But essentially the court appear to say, that (all of) your working has been directed and guided very closely ( by eg Lehtiniemi and his concepts etc) and thus we should have been able to establish that the creative input of each of you has been " relevant independent artistic/creative (copyrightable) work". Court's conclusion is that the claimants have not established the same (except for the Japanese ship, oddly), To me this seems to lead to a conclusion, that the ships partly are kind of "orphan works" as apparently no one seems to know who finally and actually created them! Or in some cases the ships, according to court apparently, are exact copies of real objects (like NASA ships) taken from the refence materials!

The burden of proof for the claimants is set in extremely high and on a quite strange level and leaves many open issues. Conclusion that some of the ships are exact copies of the reference models (NASA) is naturally upright wrong.

BR

Petri

**Lähettäjä:** Trevor Baylis <trevor.baylis@gmail.com>
**Lähetetty:** 31. toukokuuta 2018 19:52
**Vastaanottaja:** Petri Eskola <petri.eskola@backstrom.fi>
**Kopio:** Markus Lampinen <markus.lampinen@backstrom.fi>
**Aihe:** Re: VL: Ratkaisu MAO:n asioissa dnrot 2017/588 ja 2017/701

[Quoted text hidden]

  Trevor Baylis <trevor.baylis@gmail.com>

---

**VL: Ratkaisu MAO:n asioissa dnrot 2017/588 ja 2017/701**

---

**Petri Eskola** <petri.eskola@backstrom.fi>  1 June 2018 at 13:46
To: Trevor Baylis <trevor.baylis@gmail.com>
Cc: Markus Lampinen <markus.lampinen@backstrom.fi>

Hi Trev,

indeed, these ships seem to be orphan works. The fact that the opposite could not even give plausible clarification on the alleged (other) authors, should have affected clearly to the claimants' burden of proof, in my opinion.

In market Court's opinion you are not infringing. But in para. 108 they state that Valkyrie is protected by copyright legislation. ??

As to your other conclusions, I agree that this is taking away from those who actually have created works ( to the benefit of those having an "idea", which is not protectable at all).

We will think about possibilities to appeal. There issues that might be of interest and clear enough for the Supreme Court to take into consideration.

BR

Petri

**Lähettäjä:** Trevor Baylis <trevor.baylis@gmail.com>
**Lähetetty:** 1. kesäkuuta 2018 12:33

[Quoted text hidden]

[Quoted text hidden]