# EXHIBIT A

13/11/2025, 23:07                    Berlin 2012: E1 Eying 'Iron Sky' for North America

                                                     SUBSCRIBE

HOME  >  MOVIES  >  MOVIE NEWS

# Berlin 2012: E1 Eying 'Iron Sky' for North America

The Nazis-from-space film received $1 million in funding from Internet fans.

BY SCOTT ROXBOROUGH FEBRUARY 15, 2012 10:47AM

    



Berlinale Film Festival Press Still Iron Sky - H 2012

BERLINALE FILM FESTIVAL

BERLIN – Entertainment One is set to acquire Finnish "Nazis from space" film *Iron Sky* for release in North America, the film's producers announced Wednesday in Berlin.

"I'm especially happy at the moment to confirm a theatrical release in North America ( for *Iron Sky*) as we are in negotiations with Entertainment One," said producer **Tero Kaukomaa**. He added that Israel's biggest distributor, Shoval, also has picked up the English-language sci-fi spoof.

**PHOTOS: 28 of Berlin Film Festival's Most Outrageous Movie Posters**

*Iron Sky*, which had its world premiere at the Berlin Film Festival on Saturday, has been generating headlines and online buzz for years. A good portion of the hype is due to how the film was funded: About $1 million of the $10 million budget came through fans' online ⸺tions, or so-called crowd funding.