# EXHIBIT C

< News  Share

# News

Top stories   Latest   About us   More ⌄

ⓘ The article is more than 13 years old

## Finnish sci-fi movie draws crowds in Berlin

The Finnish science fiction comedy Iron Sky, about Nazis invading the Earth from space, got an enthusiastic reception as it premiered at the Berlin film festival Berlinale on Saturday evening.



Avaruusnatseja varusteissaan elokuvassa Iron Sky. Image: Mika Orasmaa

12.2.2012 20:27 • Updated 9.6.2012 9:26

==Space Nazis proved to be quite the draw for the public— an audience of some 2,000 gathered to watch the movie at the sold-out Friedrichstadt-Palast.==

Mos
1
2
3
4
5

Late
16:54
15:10
14:20

BAYLIS_I



⟨ News                                                                                           ⇗ Share

wasn't taken too seriously, Ruhland said.

Is it okay to laugh?

12:01

Timo Vuorensola's comedy provoked some scepticism among investors, as the Nazi chapter in Germany's history is naturally a sensitive subject.

10:40

"We were asked whether we thought it was appropriate to make fun of the Nazis," said the movie's German producer Oliver Damian. "Of course, Germany has its history— and we are aware of it. But I think a black comedy can be made on the subject."

10:21

Audience member Alke from Berlin said that it's necessary to laugh.

"It's an interesting issue, especially here, in Berlin. I think it's good that an international production can pick up a topic like that and take it to such an extreme that one can't consider it morally questionable," Alke noted.

9:40

Iron Sky will open in Finland in April.

12.11.

With a budget of seven million euros, Iron Sky is the most expensive Finnish movie ever— although cheap by Hollywood standards.

12.11.

SOURCES: YLE

12.11.

12.11.

12.11.

12.11.