# EXHIBIT F

07/11/2025, 15:30     'Iron Sky' Producers Win Copyright Suit in Finland



SUBSCRIBE

HOME  >  BUSINESS  >  BUSINESS NEWS

# Court Sides With 'Iron Sky' Producers in Copyright Suit

The issue of who owns the copyright to the 2012 cult sci-fi film and its sequels remains an open question.

BY SCOTT ROXBOROUGH MAY 31, 2018 9:09AM



Berlinale Film Festival Press Still Iron Sky - H 2012

BERLINALE FILM FESTIVAL

A Finnish court on Thursday ruled in favor of the producers of the "Nazis on the Moon" film *Iron Sky* in a copyright suit brought by animators and visual effects technicians. The court dismissed the basis of the suit, whereby the animators claimed the producers used their copyright-protected work for sequels to the cult sci-fi feature without first obtaining permission or giving proper compensation.

The suit centered on design elements, including the design of spaceships used in the film. The five claimants accused Finnish producers Blind Spot and the Iron Sky

https://web.archive.org/web/20250802233139/https://www.hollywoodreporter.com/business/business-news/iron-sky-producers-win-copyright-suit-finland-1116…    1/11

BAYLIS_I

07/11/2025, 15:30  'Iron Sky' Producers Win Copyright Suit in Finland



SUBSCRIBE

claimed their creative contribution to the *Iron Sky* franchise is such that they should also be considered as joint copyright holders of the original movie.

## Related Stories



**BUSINESS**
Blue Ant Media to Go Public After Completing Reverse Takeover

The ruling is currently only available in Finnish, but *The Hollywood Reporter* has seen a translated version provided by the producers of *Iron Sky*. It reads, in part, that the court found that the plaintiffs "have no copyright to the film(s) *Iron Sky* or (the upcoming sequel) *Iron Sky: The Coming Race* or to any material that they have made for those movies." The court awarded copyright to the animators in a single case, the design of the film's Japanese spaceship. But they concluded the copyright had been legally transferred to Blind Spot Pictures.

The court ordered the plaintiffs to pay legal costs for both Blind Spot and Iron Sky Universe.

"Of course I'm relieved the courts have sided with us. I would have been very surprised if the decision had gone any other way," *Iron Sky* producer Tero Kaukomaa told *THR*. "But this legal issue has had an impact. Our shooting schedule for *Iron Sky: The Coming Race* has been delayed because of it."

In an email exchange with *THR*, Trevor Baylis, lead plaintiff in the case, declined to comment, as he does not read Finnish and was waiting for an official English version of the ruling. But he noted that "on the face of it," the court's ruling "seems somewhat illogical" and said he didn't see "how this decision can stand."

The plaintiffs have the right to appeal Thursday's decision.

*Iron Sky: The Coming Race*, which stars Stephanie Paul, Tom Green, Julia Dietze and Udo Kier, is currently shooting and will wrap production later this year. Blind Spot is expected to announce a release date for the film shortly. The producers are also working on a separate film, *Iron Sky: The Ark*, set in the *Iron Sky* universe but not described as a sequel to the original film.

07/11/2025, 15:30  'Iron Sky' Producers Win Copyright Suit in Finland

 SUBSCRIBE

and giving compensation.

**UPDATE on March 12, 2025:** Blind Spot Pictures, the main production company behind *Iron Sky*, declared bankruptcy in 2019. Iron Sky Universe, a separate company set up to produce 2019's *Iron Sky: The Coming Race*, filed for bankruptcy protection in 2020. In 2023, the U.S. Copyright Office ruled that artists who worked on the original *Iron Sky*, including Trevor Baylis, were joint authors of the film under U.S. copyright law. Baylis filed a copyright infringement suit against Valve Corp, a video game group whose software distribution platform Steam distributes *Iron Sky*-themed games. Value Corp. has challenged that ruling and requested a stay of the case while the United States Copyright Office investigates.

READ MORE ABOUT:

INTERNATIONAL  /  IRON SKY

### THR NEWSLETTERS

*Sign up for THR news straight to your inbox every day*

SUBSCRIBE

### MORE FROM THE HOLLYWOOD REPORTER



THR, ESQ
Justin Baldoni Sues 'It Ends With Us' Insurers Over Legal Fees



CINELEASE
Cinelease, Major Movie Lighting and Grip Rental Firm, Sold