The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS, | Case No. 2:23-cv-01653-RSM |
| Plaintiff (*Pro se*), | **PRAECIPE TO ATTACH DOCUMENT** |
| v. | **Clerk's Action Require** |
| VALVE CORPORATION, | |
| Defendant. | |

On November 19, 2025, Plaintiff Trevor Kevin Baylis filed an "Exhibit H" (Dkt. No. 113-8).

Page "Baylis_1" of Exhibit H has a minor error at the forth from bottom line which states - "Dkt 43 Generally and in particular, Page 1: 6-23"

This should actually be "Dkt 45"

PRAECIPE TO ATTACH DOCUMENT
No. 2:23-cv-01653-RSM

1

Accordingly, Plaintiff Trevor Kevin Baylis respectfully requests the Clerk to

2

replace page Baylis_1 of the Exhibit H (Dkt. No. 113-8) with the minorly adjusted page

3

Baylis_1 filed concurrently as an exhibit to this Praecipe.

4

This mistake occurred once again as a trait of Baylis' Dyslexia (see Dkt 104 -2).

5

DATED: November 20, 2025.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

Trevor Kevin Baylis

20

21

Jankanraitti

22

Tampere 33560, FINLAND

23

Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

24

PRAECIPE TO ATTACH DOCUMENT
No. 2:23-cv-01653-RSM

1

2                    CERTIFICATE OF SERVICE FORM

3                      FOR ELECTRONIC FILINGS

4   I hereby certify that on November 20th 2025 I electronically filed the foregoing document

5                    with the United States District Court

6                  Western District of Washington at Seattle by using the

7                  CM/ECF system. I certify that the following parties or their counsel of

8                  record are registered as ECF Filers and that they will be served by the

9                    CM/ECF system:

10                  Jeremy E Roller: jroller@aretelaw.com,

11                  Jonah O. Harrison: jharrison@aretelaw.com,

12                    jfischer@aretelaw.com,

13                    kgreenberg@aretelaw.com

14                    SCOTT BOLDEN

15      Director Intellectual Property Section Commercial Litigation Branch

16                  Civil Division U.S. Department of Justice

17                    Scott.Bolden@usdoj.gov

18                    Dated: November 20th 2025

19

20

21                    Trevor Kevin Baylis

22                    Jankanraitti

23                    Tampere 33560, FINLAND

24

PRAECIPE TO ATTACH DOCUMENT
No. 2:23-cv-01653-RSM