## United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter: Unknown or Other          Judicial Officer: Ricardo S. Martinez

Case No. 2:23-cv-01653          Case Name: Baylis v. Valve Corporation

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

For Appeal? ☐ No  ☒ Yes          Court of Appeals Case No. 25-7126

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | **Requested Delivery Date*** |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | |
| ☐ Ordinary Transcript (30 day) | $4.40 | $1.10 | $ .75 | ***Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.*** |
| ☐ 14-Day Transcript (14 day) | $5.10 | $1.10 | $ .75 | |
| ☐ Expedited Transcript (7 day) | $5.85 | $1.10 | $ .75 | |
| ☐ 3-Day Transcript (3 day) | $6.55 | $1.30 | $ .90 | |
| ☐ Daily Transcript (next morning) | $7.30 | $1.45 | $1.10 | |
| ☐ Hourly Transcript (2-hour) | $8.70 | $1.45 | $1.10 | |
| ☐ Realtime Transcript | $3.70 | ------- | ------- | |

☒ PDF (default delivery format)

Email address for delivery of PDF transcript: _____

Additional Comments:

All of the Dockets filed plus exhibits should be sent or made available to the U.S. Court of Appeals for 9th Circuit Dkt. 85-1 NoticeToClerkVideoFiles relates to a USB drive that contains Video Evidence I would like to include.

| Contact Information | |
|---|---|
| Name: | Trevor Kevin Baylis |
| Phone: | +358417225899    Email: trevor.baylis@gmail.com |
| Firm: | |
| Street Address: | Jankanraitti 10 A 4, 33560, Tampere, FINLAND |
| City/State/Zip: | |
| Billing Reference # (if applicable): | |

_Trevor Baylis_ (signature)                    11/20/2025

**Signature**                                   **Date**

PRINT          SAVE AS          RESET