The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>               Plaintiff, *(pro se)*.<br><br>v.<br><br>VALVE CORPORATION,<br><br>               Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**PLAINTIFF'S**<br>**RULE 60(b)(4) MOTION**<br><br>Note on Motion Calendar: 11th December 2025 |

# 1. INTRODUCTION

*Poetic Justice* by Trevor K. Baylis

Oh dear, oh dear. How did we get here - back at the beginning again. ∞

© Trevor K. Baylis 2025

## 2. LACK OF SUBJECT MATTER JURISDICTION

That Finnish Ruling MAO302/18 which this Court relied upon for it's ruling (Dkt 98), was NULL and VOID before the judges in that case woke up in the morning and made their way to the Finnish Market Court because Baylis is NOT a Finnish National and the Work is a German work and NOT even a Finnish Work due to the judicially noticeably, and undisputed fact that the Work's "First Publication," it's very birth to the watching world, was in Germany on the 11th February 2012. See Exs A, B, C, D and G.

Finnish Market Courts NEVER had subject matter jurisdiction to make such authorship determinations related to *Iron Sky* ("Work") in the first place! The Work may have been conceived partly in Finland (and other parts of the world) but it was most definitely "born" in Germany. Facts are facts!

> "**Place of publication (geographical criterion) prevails over the nationality or the habitual residence (personal criteria):** a Belgian author or one habitually resident in Belgium first publishes his work in the German Federal Republic; the country of origin is the latter country." [Emphasis Added](WIPO — Guide to the Berne Convention. Page 36)

The <u>subject matter jurisdiction</u> even for this Court to determine it's own "choice of law" related to issues of authorship for the Work, is <u>German Copyright law</u>. The truth cannot be denied! **This Courts rulings, are/would be, also Null and Void without referring to German Copyright Law for he "subject matter jurisdiction".** See, ITAR-TASS Russian News Agency v. Russian Kurier, Inc., which held that the "country of origin" determines the initial ownership of a copyright.

PLAINTIFF'S RULE 60(b)(4) MOTION
No. 2:23-cv-01653-RSM                                                                                                          Page 1

### 3. COMITY AND LACK OF SUBJECT MATTER JURISDICTION

**A finding that the foreign court lacked jurisdiction over the subject matter is a reason to refuse enforcement. See Restatement (Fourth) Foreign Relations Law § 483 (2018) ("A court in the United States will not recognize a judgment of a court of a foreign state if … the court that rendered the judgment did not have personal or subject-matter jurisdiction.") [Emphasis added]**

**(Not to mention <u>authorship is a question of fact</u> in any case! Comity applies to laws not facts).**

### 4. ARGUMENT

**A finding that the foreign court lacked jurisdiction over the subject matter is a reason to refuse enforcement. See Restatement (Fourth) Foreign Relations Law § 483 (2018) ("A court in the United States will not recognize a judgment of a court of a foreign state if … the court that rendered the judgment did not have personal or subject-matter jurisdiction.") [Emphasis added]**

**(Not to mention <u>authorship is a question of fact</u> in any case! Comity applies to laws not facts).**

See Restatement (Fourth) Foreign Relations Law § 483 (2018) ("A court in the United States will not recognize a judgment of a court of a foreign state if … the court that rendered the judgment did not have personal or **subject-matter jurisdiction**.") [Emphasis added]

Like a child has only one birthday, *Iron Sky* only has one "First Publication" day which was on the 11th February 2012 (see Exhibits A, B, C, D and G) and it is this "birthday" so to speak, that sets the "point of attachment" for copyright to arise to the Work, and it becomes the subject matter jurisdiction of German law.

PLAINTIFF'S RULE 60(b)(4) MOTION
No. 2:23-cv-01653-RSM
Page 2

**B.     ALL these Court Rulings are a Legal Nullity ALL OF THEM.**

Rule 60(b)(4) of the Federal Rules of Civil Procedure allows a party to ask a court to vacate a judgment that is void, meaning it is a legal nullity <u>because of a fundamental defect in the court's authority</u>. This typically occurs when the court lacked subject-matter jurisdiction and here this Court relies on a foreign ruling that lacked subject matter jurisdiction. <u>It does not matter when this issue is raised</u> because that ruling which this court is trying to apply comity too is NULL AND VOID and that is why this courts ruling (Dkt 98) that relates to that foreign court ruling is NULL AND VOID.  This is not rocket science!

**A motion under this rule 60(b)(4) can be made at any time, as a void judgment is never valid.** NEVER VALID!!!

The Finnish Copyright Act doesn't apply to *Iron Sky* because <u>it's subject matter "Jurisdiction" is Germany</u> which as been said loud and clear! **Germany is the "jurisdiction!"** for the copyright subject matter of authorship to arise to the film *Iron Sky*!!

When a court lacks subject matter jurisdiction, <u>its ruling is void and legally meaningless</u>. **It is a fundamental flaw that cannot be waived, and can be raised at any time, even on appeal or after a judgment has been entered.**

### 7. CONCLUSION

There cannot be a more egregious wrong than to get the birth place wrong of a subject in order to usurp god given rights away from that to that subject. However, that is exactly what Valve tried to do. It has led this Court, just to comit a fundamental unconstitutional human rights violation!

PLAINTIFF'S  RULE 60(b)(4) MOTION
No. 2:23-cv-01653-RSM
Page 3

The Finnish Market Court NEVER had the "subject matter jurisdiction" to do any authorship analysis of the film Iron Sky because we all consented to German Copyright Law in terms of "subject matter jurisdiction". That's why we were all on stage in front of the screen in Berlin Germany on 11th February 2012. This is an undeniable fact.

Truth always leads truth. It's the natural order of things. A lack of subject matter jurisdiction in Finland means that MAO302/18 was Null and Void before those judges tied up their shoes the morning before the trial in 2018. All the US Court rulings are Null and Void too because of that. Peers are watching. Not e'en god would want to disagree with Baylis, a humble (dyslexic) man, a believer of virtue, thus a man touched by grace.

<u>Valve have WASTED everyone's time and money.</u>

A finding that the foreign court lacked jurisdiction over the subject matter is a reason to refuse enforcement. See Restatement (Fourth) Foreign Relations Law § 483 (2018) (**"A court in the United States will not recognize a judgment of a court of a foreign state if … the court that rendered the judgment did not have personal or subject-matter jurisdiction."**)

Baylis had not even been totally deprived of copyrights under FCA §1 as Finland does not have "subject matter" related to questions of initial ownership of Iron Sky. The work became an orphan work but now a joint father figure creator of *Iron Sky* is here by the wings of grace to claim back our child and the very fruits of our labour.

Side note:

> Baylis first employer back in 1983 was Martin Lambie-Nairn ("Martin") who was, as sweet a man as any could ever meet in life, and a devout Christian. Baylis learnt from this man the virtue of forgiveness "first hand" after Baylis' own foolish transgression in his younger years, and such forgiveness from Martin has forever been in his heart. Wisdom can come from mistakes corrected, and who would not want to be wise. Wisdoms last wish to the wise - is a sigh.
> https://en.wikipedia.org/wiki/Martin_Lambie-Nairn

PLAINTIFF'S  RULE 60(b)(4) MOTION
No. 2:23-cv-01653-RSM

I certify that this memorandum contains 1208 words, in compliance with the Local Civil Rules.

20 November 2025

*Trevor Baylis* (signature)

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

Please note: Plaintiff is dyslexic. Thus written documents such as this may have minor accidental spelling and or grammatical errors. Such things should not be seen as cause to prejudice the author of this document.

PLAINTIFF'S RULE 60(b)(4) MOTION
No. 2:23-cv-01653-RSM

Page 5

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 20th November 2025 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN

Director Intellectual Property Section Commercial Litigation Branch

Civil Division U.S. Department of Justice

Scott.Bolden@usdoj.gov

Dated: 20th November 2025

*[signature: Trevor Baylis]*

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND