The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>        Plaintiff, *(pro se)*.<br><br>  v.<br><br>VALVE CORPORATION,<br><br>        Defendant. | Case No. 2:23-cv-01653-RSM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S<br>RULE 60(b)(4) MOTION** |

THIS MATTER comes before the Court on Plaintiff's Trevor Kevin Baylis' Plaintiff's **RULE 60(b)(4) MOTION**. The Court having considered the pleadings and records on file in the matter, including:

1. Plaintiff's Trevor Kevin Baylis' Plaintiff's **RULE 60(b)(4) MOTION** ;

2. Defendant Valve Corporation's Response, if any; and

3. Plaintiff's Reply, if any;

and the Court deeming itself otherwise advised in the premises, the Court HEREBY GRANTS the Plaintiff's **RULE 60(b)(4) MOTION.**

IT IS SO ORDERED.

Dated this___day of_____ , 2025.

_____
The Honorable Ricardo S. Martinez

*Presented by:*

Trevor Kevin Baylis

20th November 2025

Trevor Kevin Baylis

*[signature: Trvor Bay]*

Jankanraitti

Tampere 33560, FINLAND

[PROPOSED] ORDER GRANTING PLAINTIFF'S
RULE 60(b)(4) MOTION
No. 2:23-cv-01653-RSM

Page 2

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on 20th November 2025 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN

Director Intellectual Property Section Commercial Litigation Branch

Civil Division U.S. Department of Justice

Scott.Bolden@usdoj.gov

Dated: 20th November 2025

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

[PROPOSED] ORDER GRANTING PLAINTIFF'S
RULE 60(b)(4) MOTION
No. 2:23-cv-01653-RSM