1

The Honorable Ricardo S. Martinez

2

3

4

UNITED STATES DISTRICT COURT

5

WESTERN DISTRICT OF WASHINGTON

6

AT SEATTLE

7

8    TREVOR KEVIN BAYLIS,

Case No. 2:23-cv-01653-RSM

9

Plaintiff (*Pro se*),

**PRAECIPE TO ATTACH
DOCUMENT**

10

v.

**Clerk's Action Require**

11    VALVE CORPORATION,

12

Defendant.

13

14

15    On November 20, 2025, Plaintiff Trevor Kevin Baylis filed a PLAINTIFF'S

16    RULE 60(b)(4) MOTION

17    Exhibits  A, B, C, D and G were inadvertently omitted from that filing.

18    Accordingly, Plaintiff Trevor Kevin Baylis respectfully requests the Clerk attach to

19    the RULE 60(b)(4) MOTION the Exhibits  A, B, C, D and G  filed concurrently as an

20    exhibit to this Praecipe.

Trevor Kevin Baylis

21

22

23

Jankanraitti

24

Tampere 33560, FINLAND

PRAECIPE TO ATTACH DOCUMENT
No. 2:23-cv-01653-RSM

CERTIFICATE OF SERVICE FORM

FOR ELECTRONIC FILINGS

I hereby certify that on November 20th 2025 I electronically filed the foregoing document

with the United States District Court

Western District of Washington at Seattle by using the

CM/ECF system. I certify that the following parties or their counsel of

record are registered as ECF Filers and that they will be served by the

CM/ECF system:

Jeremy E Roller: jroller@aretelaw.com,

Jonah O. Harrison: jharrison@aretelaw.com,

jfischer@aretelaw.com,

kgreenberg@aretelaw.com

SCOTT BOLDEN

Director Intellectual Property Section Commercial Litigation Branch

Civil Division U.S. Department of Justice

Scott.Bolden@usdoj.gov

Dated: November 20th 2025

Trevor Kevin Baylis

Jankanraitti

Tampere 33560, FINLAND

PRAECIPE TO ATTACH DOCUMENT
No. 2:23-cv-01653-RSM