The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREVOR KEVIN BAYLIS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>　　　　　　Defendant. | No. 2:23-cv-01653-RSM<br><br>**DEFENDANT VALVE CORPORATION'S RESPONSE TO RULE 60(b)(4) MOTION**<br><br>Note on Motion Calendar:<br>December 11, 2025 |

## I.　　ARGUMENT

Valve Corporation opposes Trevor Baylis' Rule 60(b)(4) Motion for the reasons set forth in Valve's Opposition to Motion to Amend Judgment (Dkt. # 112) and in the Court's Order Denying Motion to Amend Judgment (Dkt. # 115), both of which are incorporated herein by reference.

## II.　　CONCLUSION

For the reasons set forth above, Valve respectfully requests that the Court deny Baylis' Rule 60(b)(4) Motion.

DEFENDANT VALVE CORPORATION'S RESPONSE TO RULE 60(b)(4) MOTION
No. 2:23-cv-01653-RSM – Page 1

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

|   |   |
|---|---|
| 1 | *I certify that this memorandum contains 66 words in compliance with the Local Civil Rules.* |
| 2 | |
| 3 | DATED: November 25, 2025. |

*I certify that this memorandum contains 66 words in compliance with the Local Civil Rules.*

DATED: November 25, 2025.

**ARETE LAW GROUP PLLC**

By: */s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:     (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

DEFENDANT VALVE CORPORATION'S RESPONSE TO RULE 60(b)(4) MOTION
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 25th day of November, 2025 in Seattle, Washington.

*/s/ Kaila Greenberg*
Kaila Greenbert
Legal Assistant

DEFENDANT VALVE CORPORATION'S RESPONSE TO RULE 60(b)(4) MOTION
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250