The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

TREVOR KEVIN BAYLIS,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

No. 2:23-cv-01653-RSM

**[PROPOSED] ORDER DENYING RULE 60(b)(4) MOTION**

THIS MATTER comes before the Court on Plaintiff's Rule 60(b)(4) Motion. The Court having considered the pleadings and records on file in the matter, including:

1. Plaintiff's Rule 60(b)(4) Motion;
2. Defendant Valve Corporation's Response; and
3. Plaintiff's Reply, if any;

and the Court deeming itself otherwise advised in the premises, the Court HEREBY DENIES the Rule 60(b)(4) Motion.

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2025.

_____
Honorable Ricardo S. Martinez



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

*Presented by:*

**ARETE LAW GROUP PLLC**

By: /s/ Jonah O. Harrison
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

[PROPOSED] ORDER DENYING RULE 60(b)(4) MOTION
No. 2:23-cv-01653-RSM – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served upon the following, at the addresses stated below, via the method of service indicated.

| | |
|---|---|
| Trevor Kevin Baylis (*pro se*)<br>Jankanraitti 10 A 4<br>33560, Tampere<br>Finland | ☐ E-mail<br>☐ U.S. Mail<br>☒ E-filing |

Dated this 25th day of November, 2025 in Seattle, Washington.

*/s/ Kaila Greenberg*
Kaila Greenberg
Legal Assistant

[PROPOSED] ORDER DENYING RULE 60(b)(4) MOTION
No. 2:23-cv-01653-RSM – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250